UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,                          Case No. 04-CV-74932

-vs-                                Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS    Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.
_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, Campbell & O'Dea |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |

THOMAS W. CRANMER (P25252)
MATTHEW F. LEITMAN (P48999)
Attorneys for Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7651
_____

**APPEARANCE**

TO:    **CLERK OF THE COURT**
        **ALL ATTORNEYS OF RECORD**

        **PLEASE TAKE NOTICE** that the undersigned has this date entered his Appearance on

behalf of Defendant, INDIANA PACERS, in the above-captioned cause of action.

    POTTER, DeAGOSTINO, CAMPBELL & O'DEA

    s/STEVEN M. POTTER (P33344)
    Attorney for Defendant Indiana Pacers
    2701 Cambridge Court, Suite 223
    Auburn Hills, Michigan 48326
    (248) 377-1700
    spotter@potterlaw.com

Dated: February 24, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: L.S. CHARFOOS/JASON J. THOMPSON, 5510 Woodward Avenue, Detroit, MI 48202 and THOMAS W. CRANMER/MATTHEW F. LEITMAN, 150 W. Jefferson, Suite 2500, Detroit, Michigan 48226.
.

    s/STEVEN M. POTTER (P33344)
    Attorney for Indiana Pacers
    2701 Cambridge Court, Suite 223
    Auburn Hills, Michigan 48326
    (248) 377-1700
    spotter@potterlaw.com