# United States District Court Eastern District of Michigan



## Summons in a Civil Action and Return of Service Form

**04-74932**

**ANNA DIGGS TAYLOR**

Case Number and Judge Assignment (to be supplied by the Court)

| Plaintiff name(s): | vs. | Defendant name(s): |
|---|---|---|
| CHARLES HADDAD | | INDIANA PACERS, an assumed name, a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation |

| Plaintiff's attorney, address and telephone: | Name and address of defendant being served: |
|---|---|
| L.S. CHARFOOS P 11799<br>JASON J. THOMPSON P 47184<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>(313) 875-8080 | <br>FILED<br>FEB 2 5 2005<br>CLERK'S OFFICE<br>DETROIT |

### To the defendant:

This summons is notification that YOU ARE BEING SUED by the above named plaintiff(s).

1. You are required to serve upon the plaintiff's attorney, name and address above, an answer to the complaint within ___20___ days after receiving this summons, or take other actions that are permitted by the Federal Rules of Civil Procedure.

2. You must file the original and one copy of your answer within the time limits specified above with the Clerk of Court.

3. Failure to answer or take other action permitted by the Federal Rules of Civil Procedure may result in the issuance of a judgment by default against you for the relief demanded in the complaint.

David J. Weaver
Clerk of the Court

By: _____
Deputy Clerk

**DEC 2 0 2004**
Date of issuance

INT-0131-MIE-REV. 12/93 06/99                                       PAGE 1 OF 2

# RETURN OF SERVICE

A copy of the summons and complaint has been served upon the defendant in the manner indicated below:

Name of Defendant served: __INDIANA PACERS, an assumed name, a/k/a__
__PACERS BASKETBALL CORPORATION__

Date of service: __February 10, 2005__

## Method of Service

☐ Personally served at this address: _____

☐ Left copies at the defendant's usual place of abode with (name of person): _____

At this address: _____

☒ Other (please specify): __CERTIFIED MAIL - RETURN RECEIPT REQUESTED__
__125 S. Pennsylvania St.__
__Indianapolis, IN  46204__

Service fees: Travel $ _____ Service $ _____ Total $ _____

*I declare under the penalty of perjury that the information contained in this Return of Service is true.*

__2/24/05__
Date

Signature of server
Patricia A. Cotton
Server's printed name

5510 Woodward Avenue, Detroit, MI  48202
Server's address

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Received by (Please Print Clearly) \| B. Date of Delivery 2-10-05<br>C. Signature X E. Linkerus ☐ Agent ☐ Addressee<br>D. Is delivery address different from item 1? ☐ Yes    If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br>INDIANA PACERS<br>Pacers Basketball Corp.<br>125 S. Pennsylvania St.<br>Indianapolis, IN 46204 | 3. Service Type<br>☒ Certified Mail    ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number (Copy from service label)<br>7000 0520 0018 1898 9684 | |
| PS Form 3811, July 1999    Domestic Return Receipt | 102595-00-M-0952 |