UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

FILED
FEB 25 2005
CLERK'S OFFICE
DETROIT

---

| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Attorneys for Defendant Anthony Johnson |
| Charfoos & Christensen, P.C. | Miller, Canfield, Paddock and Stone, P.L.C. |
| 5510 Woodward Avenue | 150 West Jefferson, Suite 2500 |
| Detroit, Michigan 48202 | Detroit, Michigan 48226 |
| Telephone: (313) 875-8080 | Telephone: (313) 496-7651 |

## ACKNOWLEDGEMENT OF SERVICE

    I, Matthew F. Leitman, have been duly authorized to accept service of the summons and complaint in the above-captioned civil action on behalf of Defendant Anthony Johnson. I hereby acknowledge accepting service of the summons and complaint on behalf of Defendant Anthony Johnson on Tuesday, January 26, 2005.

                                                    Matthew F. Leitman (P48999)

Dated: January 26, 2005