UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No. 04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.
_____/

| | |
|---|---|
| L.S. CHARFOOS P11799<br>JASON J. THOMPSON P47184<br>Charfoos & Christensen, P.C.<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>(313) 875-8080 | DICKINSON WRIGHT PLLC<br>LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN JR. (P66206)<br>Attorneys for Defendant Jermaine O'Neal<br>500 Woodward, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500 |
| | MUNGER, TOLLES & OLSON LLP<br>WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Admission Pending<br>Co-Counsel for Defendant Jermaine O'Neal<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 |

_____/

## PROOF OF SERVICE

STATE OF MICHIGAN   )
                           ) SS.
COUNTY OF OAKLAND )

Catherine P. Settle, being first duly sworn, deposes and says that she is employed by Dickinson Wright PLLC, and that on March 16, 2005, she caused to be served a copy of Defendant Jermaine O'Neal's Answer to Plaintiff's Complaint and this Proof of Service on:

> L.S. Charfoos, Esq.
> Jason J. Thompson, Esq.
> Charfoos & Christensen, P.C.
> 5510 Woodward Ave.
> Detroit, MI 48202

via first class mail by placing said documents in an envelope properly addressed with postage fully pre-paid and by depositing said envelope in a United States Mail receptacle located at 38525 Woodward Avenue, Bloomfield Hills, Michigan.

_____
Catherine P. Settle

Subscribed and sworn to before me
this 16th day of March, 2005.

_____
Notary Public_____ County, Michigan
My Commission Expires:_____

DONNA J. PAPPERT
Notary Public, Oakland County, Michigan
My Commission Expires on 05-13-2007

BLOOMFIELD 28552-1 679227v1