UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932

Hon. ANNA DIGGS TAYLOR

Mag. Judge Donald A. Scheer

_____

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, Michigan 48202
(313) 875-8080/FAX 8522

Potter, DeAgostino, Campbell & O'Dea
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700/FAX 0051

THOMAS W. CRANMER (P25252)
MATTHEW F. LEITMAN (P48999)
Attorneys for Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7651

_____

## NOTICE OF NON-PARTIES AT FAULT

NOW COMES Defendant, INDIANA PACERS, by and through its attorneys, POTTER, DeAGOSTINO, CAMPBELL & O'DEA, and pursuant to MCR 2.112(K) names the following individuals as potential non-parties at fault for the damages allegedly suffered by Plaintiff:

John Frank Green
3653 McDivitt
West Bloomfield, Michigan

William Paulson
4159 Maplewood Meadows Avenue
Grand Blanc, Michigan 48439
Bryant David Jackson

      5151 Lyn Hill
      Schwartz Creek, Michigan

      John Frederick Ackerman
      2795 Hayward Drive
      Grand Rapids, Michigan 49546

      All unknown individuals who threw objects or substances during the incident complained of in Plaintiff's Complaint

Each of the afore-mentioned individuals instigated or escalated the incident complained of in Plaintiff's Complaint by throwing objects or substances at the Indiana Pacers' players. As a result, the acts of these non-parties was a or the proximate cause of the injuries allegedly sustained by Plaintiff.

                                        POTTER, DeAGOSTINO, CAMPBELL & O'DEA

                                        s/STEVEN M. POTTER (P33344)
                                        Attorney for Defendant Indiana Pacers
                                        2701 Cambridge Court, Suite 223
                                        Auburn Hills, Michigan 48326
                                        (248) 377-1700
Dated: March 16, 2005                spotter@potterlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2005, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: N/A, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: L.S. CHARFOOS/JASON J. THOMPSON, 5510 Woodward Avenue, Detroit, MI 48202 and THOMAS W. CRANMER/MATTHEW F. LEITMAN, 150 W. Jefferson, Suite 2500, Detroit, Michigan 48226.
.

                                        s/STEVEN M. POTTER (P33344)
                                        Attorney for Indiana Pacers
                                        2701 Cambridge Court, Suite 223
                                        Auburn Hills, Michigan 48326
                                        (248) 377-1700
                                        spotter@potterlaw.com