UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

      Plaintiff,                          Case No. 04-CV-74932

-vs-                               Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS     Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

      Defendants.

---

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, Campbell & O'Dea |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| THOMAS W. CRANMER (P25252) | |
| MATTHEW F. LEITMAN (P48999) | |
| Attorneys for Anthony Johnson | |
| 150 W. Jefferson, Suite 2500 | |
| Detroit, Michigan 48226 | |
| (313) 496-7651 | |

---

**NOTICE OF NON-PARTY AT FAULT**

      NOW COMES Defendant, INDIANA PACERS,  by and through its attorneys, POTTER,

DeAGOSTINO, CAMPBELL & O'DEA, and pursuant to MCR 2.112(K) names the following

individual as a potential non-party at fault for the damages allegedly suffered by Plaintiff:

      Alvin Shackelford
      12390 Sheridan Road
      Burt, Michigan 48439

      Mr.  Shackelford entered the basketball court and confronted members of the Indiana

Pacers basketball team. The actions of Mr. Shackelford constitute trespassing. The actions of Mr.

Shackelford either instigated or escalated the incident complained of in Plaintiff's Complaint, and

were either a or the proximate cause of the Plaintiff's alleged injuries.

POTTER, DeAGOSTINO, CAMPBELL & O'DEA


s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
Dated: March 16, 2005                    spotter@potterlaw.com



**CERTIFICATE OF SERVICE**

I hereby certify that on March 16, 2005, I electronically filed the foregoing document with the Clerk
of the Court using the ECF system which will send notification of such filing to the following: N/A,
and I hereby certify that I have mailed by United States Postal Service the paper to the following
non-ECF participants: L.S. CHARFOOS/JASON J. THOMPSON, 5510 Woodward Avenue, Detroit,
MI 48202 and THOMAS W. CRANMER/MATTHEW F. LEITMAN, 150 W. Jefferson, Suite 2500,
Detroit, Michigan 48226.
.

s/STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

2