UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,
    Plaintiff,

v.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.
    Defendants.

---

L.S. Charfoos (P11799)
Jason J. Thompson (P47184)
Attorneys for Plaintiff
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202
Telephone: (313) 875-8080

Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7651

Steven M. Potter (P33344)
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
Telephone: (248) 377-1700

## NOTICE OF NON-PARTIES AT FAULT

NOW COMES Defendant, Anthony Johnson, by and through his attorneys, Miller Canfield Paddock & Stone, P.L.C., and pursuant to MCR 2.112(K) names the following individuals as potential non-parties at fault for the damages allegedly suffered by Plaintiff:

John Frank Green
3653 McDivitt
West Bloomfield, Michigan

William Paulson
4159 Maplewood Meadows Avenue
Grand Blanc, Michigan 48439

BHLIB:467516.1\127325-00001

1

Bryant David Jackson
5151 Lyn Hill
Schwartz Creek, Michigan

John Frederick Ackerman
2795 Hayward Drive
Grand Rapids, Michigan 49546

All unknown individuals who threw objects or substances during the incident complaint of in Plaintiff's Complaint

Each of the afore-mentioned individuals instigated or escalated the incident complained of in Plaintiff's Complaint by throwing objects or substances at the Indiana Pacers' players. As a result, the acts of these non-parties was a or the proximate cause of the injuries allegedly sustained by Plaintiff.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
Thomas W. Cranmer (P25252)
Matthew F. Leitman (48999)
Attorneys for Defendant Anthony Johnson
840 West Long Lake Road, Suite 200
Troy, Michigan 48098-6358
Telephone: (248) 267-3294

Dated: March 24, 2005

BHLIB:467516.1\127325-00001

2