UNITED STATES DISTRICT COURT **FILED**
FOR THE EASTERN DISTRICT OF MICHIGAN

'05 MAR 25 A11 :44

CHARLES HADDAD,

    Plaintiff,

v.

    Case No: 2:04CV74932
    The Honorable Anna Diggs-Taylor
    Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

---

L.S. Charfoos (P11799)
Jason J. Thompson (P47184)
Attorneys for Plaintiff
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202
Telephone: (313) 875-8080

Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7651

Steven M. Potter (P33344)
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
Telephone: (248) 377-1700

---

## NOTICE OF NON-PARTY AT FAULT

NOW COMES Defendant, Anthony Johnson, by and through his attorneys, Miller Canfield Paddock & Stone, P.L.C., and pursuant to MCR 2.112(K) names the following individual as potential non-party at fault for the damages allegedly suffered by Plaintiff:

BHLIB:467519.1\127325-00001    1

Alvin Shackelford
12390 Sheridan Road
But, Michigan 48439

Mr. Shackelford entered the basketball court and confronted members of the Indiana Pacers basketball team. The actions of Mr. Shackelford constitute trespassing. The actions of Mr. Shackelford either instigated or escalated the incident complained of in Plaintiff's Complaint, and were either a or the proximate cause of the Plaintiff's alleged injuries.

        Respectfully submitted,

        MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By: _____
        Thomas W. Cranmer (P25252)
        Matthew F. Leitman (48999)
        Attorneys for Defendant Anthony Johnson
        840 West Long Lake Road, Suite 200
        Troy, Michigan 48098-6358
        Telephone: (248) 267-3294

Dated: March 24, 2005