UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

---

L.S. Charfoos (P11799)
Jason J. Thompson (P47184)
Attorneys for Plaintiff
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202
Telephone: (313) 875-8080

Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7651

Steven M. Potter (P33344)
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
Telephone: (248) 377-1700

## CERTIFICATE OF SERVICE

STATE OF MICHIGAN   )
                              )ss.
COUNTY OF OAKLAND  )

Alisha C. Kaszubski, being first duly sworn, deposes and says that she is employed by Miller Canfield Paddock & Stone, P.L.C., and that on behalf of Defendant Anthony Johnson on the 24th day of March, 2005, in regard to the above-captioned action she then and there deposited a copy of **Notice of Non-Party at Fault**, and **Notice of Non-Parties at Fault,** along with this

Page 1 of 2

BHLIB:467528.1\127325-00001

Dockets.Justia.com

Certificate of Service, in a United States Post Office Department mail receptacle in the City of Troy, Michigan, with first class postage thereon fully prepaid plainly addressed as follows:

L.S. Charfoos (P11799)
Jason J. Thompson (P47184)
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202

Steven M. Potter, Esq.
Potter, DeAgostino, Campbell & O'Dea
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326

_/s/ Alisha C Kaszubski_
Alisha C. Kaszubski

Subscribed and sworn to before me, a Notary Public, in and for the said County and State, this 24th day of March, 2005.

_/s/ Georgia Duengel_
Notary Public, My commission expires:

GEORGIA DUENGEL
Notary Public, Oakland County, MI
My Commission Expires May 9, 2006

Page 2 of 2

BHLIB:467528.1\127325-00001