UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

      Plaintiff,                                  Case No: 2:04CV74932
                                                     The Honorable Anna Diggs Taylor
v.                                                   Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

      Defendants.

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 150 West Jefferson, Suite 2500 |
| Telephone: (313) 875-8080 | Detroit, Michigan 48226 |
| | Telephone: (313) 496-7651 |
| | |
| Richard Apkarian | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| 38525 Woodward Avenue | Attorney for Indiana Pacers |
| Suite 2000 | 2701 Cambride Court, Suite 223 |
| Bloomfield Hills, Michigan 48304 | Auburn Hills, Michigan 48326 |
| (248) 433-7200 | (248) 377-1700 |

_____/

## APPEARANCE and NOTICE OF APPEARANCE

TO: CLERK OF THE COURT

      PLEASE ENTER our Appearance as attorneys on behalf of Defendant Anthony Johnson
in the above entitled matter.

AALIB:435298.1\127325-00001

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:    s/Hideaki Sano
            Thomas W. Cranmer (P25252)
            Matthew F. Leitman (P48999)
            Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, Michigan  48226
(313) 496-7651

Dated:  April 5, 2005

## NOTICE OF APPEARANCE

TO:     All Counsel of Record:

      PLEASE TAKE NOTICE that we have this day entered our Appearance as attorneys on behalf of Defendant Anthony Johnson in the above entitled matter.

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

By:    s/Hideaki Sano
            Thomas W. Cranmer (P25252)
            Matthew F. Leitman (P48999)
            Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
150 W. Jefferson, Suie 2500
Detroit, Michigan  48226
(313) 496-7651445

April 5, 2005

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

      Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

      Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

---

L.S. Charfoos (P11799)
Jason J. Thompson (P47184)
Attorneys for Plaintiff
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202
Telephone: (313) 875-8080

Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan 48226
Telephone: (313) 496-7651

Richard Apkarian
Dickinson Wright PLLC
38525 Woodward Avenue
Suite 2000
Bloomfield Hills, Michigan 48304
(248) 433-7200

Potter, DeAgostino, Campbell & O'Dea
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambride Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700

---

## CERTIFICATE OF SERVICE

I hereby certify that on **April 5, 2005**, I electronically filed:

**An Appearance, Notice of Appearance and Certificate of Service**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:    Richard M. Apkarian, Steven M. Potter, and Jason J. Thompson;

and I hereby certify that I have mailed by United States Postal Service the papers to the following non-ECF participants:

L.S. CHARFOOS
Charfoos & Christensen, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202

***Attorneys for Plaintiff***

Thomas W. Cranmer
Matthew F. Leitman
Miller, Canfield, Paddock and Stone, P.L.C.
150 West Jefferson, Suite 2500
Detroit, Michigan  48226

***Attorneys for Defendant Anthony Johnson***


MILLER CANFIELD PADDOCK and
STONE, P.L.C.

BY:   s/Hideaki Sano (P61877)
Thomas W. Cranmer
Matthew F. Leitman
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
Phone:  (313) 496-7651
Email:  sano@millercanfield .com

April 5, 2005

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

AALIB:435298.1\127325-00001