UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 150 West Jefferson, Suite 2500 |
| (313) 875-8080 | Detroit, Michigan 48226 |
| | (313) 496-7651 |
| Richard Apkarian (P66206) | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| 38525 Woodward Avenue | Attorney for Indiana Pacers |
| Suite 2000 | 2701 Cambride Court, Suite 223 |
| Bloomfield Hills, Michigan 48304 | Auburn Hills, Michigan 48326 |
| (248) 433-7200 | (248) 377-1700 |

_____/

**ANTHONY JOHNSON'S MOTION TO DISMISS PLAINTIFF'S
PRAYER FOR PUNITIVE AND EXEMPLARY DAMAGES,
<u>AND INCORPORATED BRIEF</u>**

    Defendant Anthony Johnson ("Johnson") hereby moves to dismiss, and joins in Defendant

Indian Pacers' (the "Pacers") motion to dismiss, Plaintiff Charles Haddad's prayer for exemplary and

punitive damages. As grounds for its motion, Johnson relies on the reasons set forth in the Pacers'

Motion to Dismiss Punitive And Exemplary Damages Claims Pursuant To Fed. R. Civ. P. 12(b)(6) and

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.

AALIB:435263.1\127325-00001

brief in support filed with this court on March 16, 2005.

          Respectfully submitted,

          MILLER CANFIELD PADDOCK AND STONE, P.L.C.


          BY: __s/Hideaki Sano_____
                Thomas W. Cranmer (P25252)
                Matthew F. Leitman (P48999)
                Hideaki Sano (P61877)
                Attorneys for Defendant Anthony Johnson
                101 North Main, 7th Floor
                Ann Arbor, Michigan  48104-1400
                734-668-7606
                sano@millercanfield.com

Dated:  April 5, 2005

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 150 West Jefferson, Suite 2500 |
| (313) 875-8080 | Detroit, Michigan 48226 |
| | (313) 496-7651 |
| | |
| Richard Apkarian (P66206) | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| Attorney for Jermaine O'Neal | Attorney for Indiana Pacers |
| 38525 Woodward Avenue | 2701 Cambride Court, Suite 223 |
| Suite 2000 | Auburn Hills, Michigan 48326 |
| Bloomfield Hills, Michigan 48304 | (248) 377-1700 |
| (248) 433-7200 | |

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on **April 5, 2005,** , I electronically filed:

**Anthony Johnson's Motion To Dismiss Plaintiff's Prayer For Punitive and Exemplary Damages, and Incorporated Brief and this Certificate of Service**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:         Richard M. Apkarian, Steven M. Potter, and Jason J. Thompson;

and I hereby certify that I have mailed by United States Postal Service the papers to the following non-ECF participants:

| | |
|---|---|
| L.S. CHARFOOS<br>Charfoos & Christensen, P.C.<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br><br>*Attorneys for Plaintiff* | Thomas W. Cranmer<br>Matthew F. Leitman<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>150 West Jefferson, Suite 2500<br>Detroit, Michigan  48226<br><br>*Attorneys for Defendant Anthony Johnson* |

MILLER CANFIELD PADDOCK and STONE, P.L.C.

BY:  s/Hideaki Sano (P61877)
Thomas W. Cranmer
Matthew F. Leitman
150 West Jefferson, Suite 2500
Detroit, Michigan  48226
Phone:  (313) 496-7651
Email:  sano@millercanfield.com