UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No.  04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

_____/

| | |
|---|---|
| L.S. CHARFOOS P11799<br>JASON J. THOMPSON P47184<br>Charfoos & Christensen, P.C.<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, MI  48202<br>(313) 875-8080 | DICKINSON WRIGHT PLLC<br>LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN JR. (P66206)<br>Attorneys for Defendant Jermaine O'Neal<br>500 Woodward, Suite 4000<br>Detroit, MI  48226-3425<br>(313) 223-3500 |
| | MUNGER, TOLLES & OLSON LLP<br>WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Admission Pending<br>Co-Counsel for Defendant Jermaine O'Neal<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, California  90071<br>(213) 683-9266 |

_____/

## **APPEARANCE**

Please add my Appearance as counsel for Defendant Jermaine O'Neal with regard to the captioned matter and include me in all e-filing confirmations.

                Respectfully submitted,

                DICKINSON WRIGHT PLLC

                By:    s/Brian M. Akkashian
                Robert S. Krause (P16228)
                Brian M. Akkashian (P55544)
                Richard M. Apkarian Jr. (P66206)
                Attorneys for Defendant Jermaine O'Neal
                500 Woodward Ave., Suite 4000
                Detroit, MI 48226
                313-223-3500

Date: April 13, 2005

---

I hereby certify that on April 13, 2005 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Steven M. Potter and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Thomas W. Cranmer, Matthew F. Leitman, Jason J. Thompson.

s/Brian M. Akkashian (P55544)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
bakkashian@dickinsonwright.com

DETROIT 28552-1 871326v1