UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                       Plaintiff,

vs.                                        Civil Action
                                                           No. 04-CV74932

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an       Hon. Anna Diggs Taylor
Indiana corporation, JERMAINE O'NEAL and      Mag. Judge Donald A. Scheer
ANTHONY JOHNSON, Jointly and Severally,

      Defendants.
_____/

**L.S. CHARFOOS (P11799)**                    **THOMAS W. CRANMER (P25252)**
**JASON J. THOMPSON (P47184)**             **MATTHEW F. LEITMAN (P48999)**
Charfoos & Christensen, P.C.                  Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Plaintiff                             Attorneys for Defendant Anthony Johnson
5510 Woodward Avenue                     150 West Jefferson, Suite 2500
Detroit, MI 48202                                Detroit, MI 48226
(313) 875-8080                                   (313) 496-7651

**LAWRENCE G. CAMPBELL (P11553)**      **WILLIAM D. TEMKO**
**BRIAN M. AKKASHIAN (P55544)**         **JOSEPH YBARRA**
**RICHARD M. APKARIAN, JR. (P66206)**  Admission Pending
Dickinson Wright PLLC                   Munger, Tolles & Olson LLP
Attorneys for Defendant Jermaine O'Neal  Co-Counsel for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000       355 South Grand Avenue, 35th Floor
Detroit, MI 48226-3425                  Los Angeles, CA 90071
(313) 223-3500                                   (213) 683-9266
_____/

## **PLAINTIFF'S RESPONSE TO DEFENDANT ANTHONY JOHNSON'S MOTION TO DISMISS PLAINTIFF'S PRAYER FOR PUNITIVE AND EXEMPLARY DAMAGES**

      **NOW COMES** Plaintiff, by and through his attorneys, CHARFOOS & CHRISTENSEN, P.C., and responding to Defendant Anthony Johnson's Motion to Dismiss Plaintiff's Prayer for Punitive and Exemplary Damages Claims Pursuant to Fed.R.Civ.P. 12(b)(6),

requests that this Honorable Court deny Defendant's motion for the reasons set forth in Plaintiff's Response to Defendant Indiana Pacers' Motion to Dismiss Punitive and Exemplary Damages Claims Pursuant to Fed.R.Civ.P. 12(b)(6) and Brief in Support of filed with this Court on April 6, 2005.

        CHARFOOS & CHRISTENSEN, P.C.

By:   s/Jason J. Thompson P47184
       5510 Woodward Avenue
       Detroit, MI  48202
       (313) 875-8080
       jthompson@c2law.com
       P47184

Dated:  April 18, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2005, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Richard M. Apkarian; Steven M. Potter, and Hideaki Sano. I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Thomas W. Cranmer, 150 W. Jefferson, Suite 2500, Detroit, Michigan 48226 and Matthew F. Leitman, 840 W. Long Lake Road, Suite 200, Troy, Michigan 48098-6358.

By:   s/Jason J. Thompson P47184
       5510 Woodward Avenue
       Detroit, MI  48202
       (313) 875-8080
       jthompson@c2law.com
       P47184