EXHIBIT A

12/8/04 KM/MM Page 1 of 7 D3

**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

**PROS. ORDER NO. 04-00906**
**COMPLAINT** **Case No.** 04-010544- ~~04-010552~~

**THE PEOPLE OF THE STATE OF MICHIGAN**
VS.

RONALD WILLIAM ARTEST JR/63-04-000906-01
225 East North Street
Indianapolis, IN 46204 Ct: 02 04-010544

JOHN FRANK GREEN /63-04-000906-02
3853 McDivitt
West Bloomfield, MI 48323 Ct: 01,05 04-010545

JOHN FREDERICK ACKERMAN /63-04-000906-03
2795 Hayward Drive Se
Grand Rapids, MI 49546 Ct: 10 04-010546

DAVID RENARD WALLACE /63-04-000906-04
2517 Summerfield Road
Selma, AL 36701 Ct: 06 04-010547

JERMAINE L O'NEAL /63-04-000906-05
8555 Sedgemore
Indianapolis, IN 46202 Ct: 07,09 04-010548

STEPHEN JESSE JACKSON /63-04-000906-06
6945 Brazos Avenue
Port Arthur, TX 77642 Ct: 04 04-010549

DAVID HARRISON /63-04-000906-07
1048 Hickory Hollow Road
Nashville, TN 37221 Ct: 11 04-010550

WILLIAM MITCHELL PAWLSON /63-04-000906-08
a/k/a WILLIAM MITCHELL PAULSON
4159 Maplewood Meadows Avenue
Grand Blanc, MI 48439 Ct: 03 04-010551

ANTHONY MARK JOHNSON /63-04-000906-09
588 Oak Park Drive
Mount Pleasant, SC 29464 Ct: 08 04-010552

Defendant(s)

**Date of Offense:** ON OR ABOUT NOVEMBER 19, 2004

**Location:** CITY OF AUBURN HILLS

**Complainant:**
CT 1: RONALD WILLIAM ARTEST JR.
CT 2: MICHAEL RYAN
CT 3: RONALD WILLIAM ARTEST JR.
CT 4: WILLIAM MITCHELL PAWLSON III
CT 5: RONALD WILLIAM ARTEST JR.
CT 6: FRED JONES
CT 7: MELVIN JOSEPH KENDZIORSKI
CT 8: CHARLIE FRANK HADDAD
CT 9: CHARLIE FRANK HADDAD
CT 10: JERMAINE L. O'NEAL
CT 11: JOHN FREDERICK ACKERMAN

**Complaining Witness:** DET. MARTIN

**WITNESSES**
DET. MARTIN c/o AUBURN HILLS POLICE DEPARTMENT
BRIAN CHARLES AREHART
STEPHEN J. KASSAB
KEITH VAHLBUSCH
JASON STEWART
MAUREEN GORDON
THOMAS JOSEPH NUNEZ
TIMOTHY FRANCIS DONAGHY
RONALD GARRETSON
OFC. EFTINK

Dockets.Justia.com

12/8/04 KM/MM



STATE OF MICHIGAN
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

PROS. ORDER NO. 04-00906

COMPLAINT

Case No. 04-010544-
04-010552

OFC. MAHON
OFC. STOINSKI
SGT. MIARKA
OFC. SUPER
CHUCK PERSON
RYAN CONREY
ALAN BERSTIEN
NEIL MCGRATH
JOHN ACKERMAN SR.
MICHAEL RYAN
WILLIAM MITCHELL PAWLSON III
JOHN FREDERICK ACKERMAN
GREGORY PEASE
THOMAS BAILEY
JAMES M. HASSELLE
JUSTIN WIMMER
MELVIN JOSEPH KENDZIORSKI
JAMES SCHNEIDER
JAMES WIESE
JANICE BOLDEN
RICHARD SALLEN
ALAA ALEMARA
DONNIE WALSH
BOB SHORTER
DAVID HOOG
CHARLIE FRANK HADDAD
ALVIN SHACKELFORD JR.
DR. BLAKER
DR. MASSAY
OFC B. MILLER
ANGELA MICHELLE GREEN
KEVIN LAVERN ROSS
STEVE CUNNINGHAM
BRYAN JAMES JOHNSON
JERRY HENDON
TIM SMITH
SAMI KHAL
AMOS BRYAN
JASON CHRISTOPHER COPLEY
ALAIN MORRE
QUINCY JAMES SMITH
NICHOLAS TODD CHARLES
DAVID GAURUDER
RYAN ROTTACH
JULIE SOCIA
SGT. MCDONNELL
MICHAEL DOWDING
AL ALBERT
JAMIE BERNS
JONATHAN BENDER
MARK BOYLE
QUINN BUCKNER
DAN BURKE

**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

**PROS. ORDER NO. 04-00906**
**COMPLAINT** **Case No.** 04-010544 — 04-010557

RICK CARLISLE
JOSH CORBEIL
DAVID CRAIG
AUSTIN CROSHERE
BILL DEAN
DAN DYREK
JOHN EDWARDS
CHAD FORCIER
JEFF FOSTER
EDDIE GILL
FRED JONES
JAMES JONES
MARIKA KALYVAS
BOBBY LEONARD
JEFF MCCOY
DEAN MCDOWELL
REGGIE MILLER
RON OLIVER
KEVIN O'NEILL
STACEY PAETZ
SCOTT POLLARD
JOE QATATO
JAMAAL TINSLEY
MIKE BROWN
MIKE ABDENOUR
CHAUNCEY BILLUPS
LARRY BROWN
ELDEN CAMPBELL
DERRICK COLEMAN
KEVIN GRIGG
DARVIN HAM
RICHARD HAMILTON
DAVE HANNERS
GARFIELD HEARD
DAMIEN HILTON
LINDSEY HUNTER
HORACE JENKINS
ARNIE KANDER
KENNETH KEEFER
IGOR KOKOSKOV
RICK MAHORN
TOM MAIER
ANTONIO MCDYESS
DARKO MILICIC
SMUSH PARKER
TAYSHAUN PRINCE
CHIP ROBINSON
STEVEN STUCKEY
PATRICK SULLIVAN
BEN WALLACE
RASHEED WALLACE
VINCE BOMMARITO
RONALD WILLIAM ARTEST JR.

12/8/04 KM/MM



**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

**PROS. ORDER NO. 04-00906**

**COMPLAINT** Case No. 04-010544-
04-010572

AMOS BRYAN
JOE CERVONE
TODD CHARLES
SUSAN DIETZ
TURQOISE FLEMING
BRANDON GOLDEN
TRAVIS HARDEN
CHERYL HAWK
DAN KOWALSKI
RICHARD KILMER
THOMAS M.
MIEKAL MORRIS
AL O'NEAL
KENT PARHAM
JAMES RHODES
DEWAYNE SABOURIN
JEREMY STEPHENS
DAVID SWARTZ
MARY YARBROUGH
DANA JONES
TYRONE MITCHELL
WILLIAM WESLEY
TIM WALLACE
GRANT WHITEHEAD
DET. DAMIANI
OFC. WALKER
DET. EDWARDS
OFC. MCDANIEL
JAMIE REYNOLDS
JAMIE MORSE
OFC. MEDON
SGT. HEATH
OFC. DAVID MILLER
NANCY BUNTAMASI
CYNTHIA CYBALLA
MELVIN THOMAS
SHA MCNAB
JEFF BONENFANT
JONATHAN BAUGHMAN
JOE BRICE
DENNIS J. AUGUST
HOWARD ACHTMAN
BRIDGET ALBRECHT
TAMMIE MILLER
ED RIVERO
SHELLEY BEAUDREAU
JIM VEZINA
DR. JOEL PETRIE
BRIAN AVERY
RONDA WILSON
REP. OF AUBURN HILLS POLICE DEPARTMENT
(DT) RE: AUDIOTAPES, COMPUTER DISKS AND 911 TAPES

STATE OF MICHIGAN
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

PROS. ORDER NO. 04-00906
COMPLAINT
Case No. 04-010544 ~~04-010552~~

REP OF ALABAMA DEPARTMENT OF PUBLIC SAFETY DRIVER LICENSE DIVISION
(DT) RE: CERTIFIED COPY OF RECORDS OF OPERATOR'S LICENSE/IDENTIFICATION REGARDING DAVID RENARD WALLACE, DOB; 12/11/70
REP OF SEC OF STATE
(DT) RE: CERTIFIED COPY OF RECORDS OF OPS #J-250-098-135-344
REP OF ESPN
(DT) RE: DVD/VIDEOTAPE OF NBA GAME, PISTONS VS. PACERS, ON 11/19/04
REP OF PALACE OF AUBURN HILLS SECURITY
(DT) RE: DVD/VIDEOTAPE OF NBA GAME, PISTONS VS. PACERS, ON 11/19/04
REP OF WDIV
(DT) RE: DVD/VIDEOTAPE OF NBA GAME, PISTONS VS. PACERS, ON 11/19/04
REP OF PALACE OF AUBURN HILLS
(DT) RE: TICKET INFORMATION REGARDING BRYANT DAVID JACKSON, DOB; 5/5/67

STATE OF MICHIGAN, COUNTY OF OAKLAND

The COMPLAINING WITNESS says that on the date and at the location described, the defendant, contrary to law,

COUNT 1

did make an assault, or an assault and battery upon the following person: Ronald William Artest Jr.; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY
NOTICE: This Incident resulted in Personal Injury.

COUNT 2

did make an assault, or an assault and battery upon the following person: Michael Ryan; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 3

did make an assault, or an assault and battery upon the following person: Ronald William Artest Jr.; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 4

did make an assault, or an assault and battery upon the following person: William Mitchell Pawlson III; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

**PROS. ORDER NO. 04-00906**
**COMPLAINT** Case No. 04-010544 — 04-010552

COUNT 5

did make an assault, or an assault and battery upon the following person: Ronald William Artest Jr.; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 6

did make an assault, or an assault and battery upon the following person: Fred Jones; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 7

did make an assault, or an assault and battery upon the following person: Melvin Joseph Kendziorski; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 8

did make an assault, or an assault and battery upon the following person: Charlie Frank Haddad; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 9

did make an assault, or an assault and battery upon the following person: Charlie Frank Haddad; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

COUNT 10

did make an assault, or an assault and battery upon the following person: Jermaine L. O'Neal; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

**STATE OF MICHIGAN**
THE DISTRICT COURT-JUDICIAL DISTRICT NO. 52/3
County of OAKLAND

**PROS. ORDER NO. 04-00906**

**COMPLAINT** **Case No.** 04-010544 04-010552

COUNT 11

did make an assault, or an assault and battery upon the following person: John Frederick Ackerman; Contrary to the statute in such case made and provided and against the peace and dignity of the People of the State of Michigan.
MCL 750.81(1). [750.81].
MISDEMEANOR: 93 Days and/or $500.00

ASSAULT OR ASSAULT AND BATTERY

**WARRANT AUTHORIZED BY**
**THE OAKLAND COUNTY PROSECUTING ATTORNEY**

**Assistant Prosecuting Attorney**

The complaining witness asks that defendant be apprehended and dealt with according to law.

Subscribed and Sworn to on this day by

Dated: ________________

**Complaining Witness**

No: ________________

**Before the above-named District Judge/Deputy Clerk/Magistrate**