UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No. 04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

---

L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Charfoos & Christensen, P.C.
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

DICKINSON WRIGHT PLLC
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MILLER, CANFIELD, PADDOCK AND
  STONE, P.L.C.
Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

POTTER, DeAGOSTINO, CAMPBELL
  & O'DEA
Steven M. Potter (P33344)
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

## DEFENDANT JERMAINE O'NEAL'S MOTION TO DISMISS
## PUNITIVE AND EXEMPLARY DAMAGES CLAIMS
## PURSUANT TO FED.R.CIV.P. 12(b)(6)

Now comes Defendant Jermaine O'Neal, by and through his attorneys, Dickinson Wright PLLC, and moves to dismiss Plaintiff's claims for punitive and exemplary damages. In support of his motion, O'Neal relies on the facts and arguments set forth in Defendant Indiana Pacers' Motion to Dismiss Punitive and Exemplary Damages Claims Pursuant to Fed.R.Civ.P. 12(b)(6) and brief in support filed March 16, 2005 as well as the Pacers' reply brief filed on April 13, 2005.

Respectfully submitted,

DICKINSON WRIGHT PLLC

By: ___s/Brian M. Akkashian_____
Lawrence G. Campbell (P11553)
Brian M. Akkashian (P55544)
Richard M. Apkarian Jr. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward Ave., Suite 4000
Detroit, MI 48226
313-223-3500

Date: May 13, 2005

I hereby certify that on April 13, 2005 I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Steven M. Potter, Hideaki Sano and Jason Thompson and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants: Lawrence S. Charfoos, Thomas W. Cranmer and Matthew F. Leitman.


s/Brian M. Akkashian (P55544)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500
bakkashian@dickinsonwright.com

DETROIT 28552-1 877100v1