# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,
    Plaintiff,

v.

Civil No. 04-74932
Hon. Anna Diggs Taylor

INDIANA PACERS, an assumed name a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON,
    Defendants.

_____/

## NOTICE OF HEARING AND ORDER SETTING BRIEFING SCHEDULE

On May 11, 2005, Defendant Anthony Johnson filed a Motion for Stay of Proceedings pending final disposition of parallel criminal proceedings, or for stay of discovery in the alternative. Also, on May 12, 2005, Defendant Jermaine O'Neal filed a Motion for Stay of Proceedings.

Now, therefore,

*IT IS ORDERED* that the movants shall attempt to seek concurrence in the above referenced motion, pursuant to Rule 7.1(a) of the Local Rules of the Eastern District of Michigan.

*IT IS FURTHER ORDERED* that parties shall file response and reply briefs with this Court in accordance with Rule 7.1(c) and Rule 7.1(d) of the Local Rules of Eastern District of Michigan.

- Plaintiff's Response briefs are due May 27, 2005.

- Defendants' Reply briefs are due June 6, 2005.

If the non-moving party does not file a response to said motion by the date specified above, or obtain from the Court an extension of time within which file said response, the motion may be considered unopposed and the Court may enter an Order granting the relief requested.

*IT IS ALSO ORDERED* that the parties shall appear in **Room 602, U.S. Theodore Levin Courthouse, Detroit, Michigan**, and shall present oral arguments on **Monday, June 13, 2005 @ 11:00 a.m.**

Both the moving party and the party opposing the motion should be prepared to submit to the Court their proposed orders at the conclusion of oral argument.

*If the date for oral argument on this motion follows the dates previously set for either the final pretrial conference or trial, then those dates are hereby adjourned pending the resolution of this motion.*

**IT IS SO ORDERED**.

Date: _____
    Detroit, Michigan

_____
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

**PURSUANT TO FRCivP COPIES
HAVE BEEN MAILED TO:**

L.S. Charfoos
Richard Apkarian
Hideaki Sano
Steven Potter

By:_____