UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                    Plaintiff,

vs.                                              Civil Action
                                                 No. 04-CV74932

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an                Hon. Anna Diggs Taylor
Indiana corporation, JERMAINE O'NEAL and         Mag. Judge Donald A. Scheer
ANTHONY JOHNSON, Jointly and Severally,

          Defendants.

_____/

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C.
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI   48202
(313) 875-8080

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI   48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI   48326
(313) 248-377-1700

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI   48226
(313) 496-7651

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA   90071
(213) 683-9266

_____/

## PLAINTIFF'S INTERROGATORIES TO DEFENDANT
## ANTHONY JOHNSON

Dockets.Justia.com

NOW COME Plaintiffs, by and through their attorneys, **CHARFOOS & CHRISTENSEN, P.C.**, and submit the following Interrogatories to Defendant Anthony Johnson, in writing and under oath within twenty-eight (28) days from receipt hereof.

The information sought must be given, whether secured by you, your agent, your representative, your attorney or any other person who has made this knowledge known to you, or from whom you can get this information, and who is competent to testify as to the facts stated.

These Interrogatories shall be deemed continuing and supplemental answers, if you directly or indirectly obtain further or different information from the time the answers are served to the time of trial.

## INTERROGATORIES

**INTERROGATORY NO. 1**:Are there any policies of insurance that cover you as to the matters stated in the pleadings of this case?

**ANSWER**:

**INTERROGATORY NO. 2**:If the answer to the previous Interrogatory is in the affirmative, please state the name and home office address of each and every company affording such insurance.

**ANSWER**:

**INTERROGATORY NO. 3**:If the answer to Interrogatory No. 1 is in the affirmative, please state the policy number and policy limits of each and every policy.

**ANSWER**:

**INTERROGATORY NO. 4**:Are there any policies of insurance affording you excess coverage as to the matters stated in the pleadings of this case?

**ANSWER**:

**INTERROGATORY NO. 5**:If the answer to Interrogatory No. 4 is in the affirmative, please state the name and home office address of each and every company affording such insurance.

**ANSWER**:

**INTERROGATORY NO. 6**:If the answer to Interrogatory No. 4 is in the affirmative, please state the policy number and policy limits of each and every policy.

**ANSWER**:

CHARFOOS & CHRISTENSEN, P.C.

-3-

By:_____
L. S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI   48202
(313) 875-8080

Dated:  May 10, 2005

## PROOF OF SERVICE

Patricia Cotton, being first duly sworn and deposed, states that on May 10, 2005 she deposited into the United States mail at 5510 Woodward, Detroit, MI a copy of the attached pleadings in an envelope addressed to all counsel of record with sufficient postage prepaid thereon.

_____

-4-