UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
JUN 2 7 2005
CLERK'S OFFICE
DETROIT

**CHARLES HADDAD,**

            Plaintiff,

vs.

**INDIANA PACERS**, an assumed name, a/k/a
**PACERS BASKETBALL CORPORATION**, an
Indiana corporation, **JERMAINE O'NEAL** and
**ANTHONY JOHNSON**, Jointly and Severally,

            Defendants.

Civil Action
No. 04-CV74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

_____/

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C.
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(313) 248-377-1700

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
**HIDEAKI SANO (P61877)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

_____/

## ORDER

At a session of said Court, held in the
United States District Court, City of
Detroit, Wayne County, Michigan

on    JUN 2 7 2005  _____

dockets.Justia.com

PRESENT:   HONORABLE ANNA DIGGS TAYLOR
U.S. District Court Judge

IT IS HEREBY ORDERED that as to the Motion by the Defendants to dismiss, pursuant to FRCP 12(b)(6):

(1)   IT IS HEREBY ORDERED that punitive damages shall not be considered in this case;

(2)   IT IS FURTHER ORDERED that Defendant's motion to dismiss claims of exemplary damages is denied without prejudice.

_____
U. S. District Court Judge

APPROVED AS TO FORM
AND SUBSTANCE:

_____
**HIDEAKI SANO (P61877)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 496-7651

_____
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI  48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI  48326
(313) 248-377-1700