ORIGINAL

UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No. 04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

---

CHARFOOS & CHRISTIANSON, P.C.
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambride Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

---

**STIPULATED ORDER TO STAY PROCEEDINGS THROUGH AUGUST 30, 2005**

At a session of said Court, held in the Courthouse, City of Detroit, County of Wayne, State of Michigan on June 13, 2005

Present: Honorable ANNA DIGGS TAYLOR

This matter having been raised on (1) Defendant Jermaine O'Neal's Motion for Stay of Proceedings, and (2) Defendant Anthony Johnson's Motion for Stay of Proceedings Pending Final Disposition of Parallel Criminal Proceedings, or For Stay of Discovery in the Alternative; all parties including Plaintiff Charles Haddad, Defendants Indiana Pacers, Jermaine O'Neal and Anthony Johnson having stipulated to entry of this Order to Stay Proceedings Through August 30, 2005 in anticipation of the resolution of the parallel criminal proceedings pending against Ron Artest, Jermaine O'Neal and Anthony Johnson, the criminal trials of Artest, O'Neal and Johnson being currently scheduled for August of 2005, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that this Case, including all discovery, shall be stayed through August 30, 2005.

IT IS FURTHER ORDERED that, if as of August 30, 2005, Defendants O'Neal and/or Johnson have not resolved their criminal matters, they can apply to this Court for further relief, which may or may not be allowed, depending on the circumstances then present.

IT IS SO ORDERED.

AUG 08 2005

_____
US District Court Judge

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By: *L.S. Charfoos* /w/ perm  RMA
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184 (see attached)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By: *Steven M. Potter* /w/ perm  RMA
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By: *Hideaki Sano* /w/ per  RMA
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877) (see attached)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By: _____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: July 22, 2005

BLOOMFIELD 28552-1 699625v1

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By: _____
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By: _____
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By: _____
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By: _____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66208)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: July 20, 2005

BLOOMFIELD 28332v1 68862v1

3

** TOTAL PAGE.06 **

STIPULATED TO AND AGREED TO:

| | |
|---|---|
| CHARFOOS & CHRISTIANSON, P.C. | POTTER, DEAGOSTINO, CAMPBELL & O'DEA |
| By: _____<br>L.S. CHARFOOS P11799<br>JASON J. THOMPSON P47184<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>(313) 875-8080 | By: _____<br>STEVEN M. POTTER (P33344)<br>Attorneys for Defendant Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, MI 48236<br>(248) 377-1700 |
| MILLER, CANFIELD, PADDOCK and STONE, PLC | DICKINSON WRIGHT PLLC |
| By: *Hideaki Sano /DDC*<br>THOMAS W. CRAMMER (P25252)<br>MATTHEW F. LEITMAN (P48999)<br>HIDEAKI SANO (P61877)<br>Attorneys for Defendant Anthony Johnson<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7651 | By: _____<br>LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN JR. (P66206)<br>Attorneys for Defendant Jermaine O'Neal<br>500 Woodward, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500 |
| | MUNGER, TOLLES & OLSON LLP<br>WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Admission Pending<br>Co-Counsel for Defendant Jermaine O'Neal<br>355 South Grand Avenue<br>35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 |

Dated: July 20, 2005

BLOOMFIELD 28552-1 693525v1

3

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By:_____
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By: /s/ Steven Potter /w/ perm RMA
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By:_____
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By:_____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: July 22, 2005

BLOOMFIELD 28552-1 698625v1

3