UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No. 04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

---

CHARFOOS & CHRISTIANSON, P.C.
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambride Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P56206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

---

**STIPULATED ORDER TO EXTEND STAY THROUGH SEPTEMBER 30, 2005**

At a session of said Court, held in the Courthouse, City of Detroit, County of Wayne, State of Michigan on **SEP 12 2005**.

Present: Honorable **ANNA DIGGS TAYLOR**

This matter having originally been raised on Defendants Jermaine O'Neal and Anthony Johnson's Motions for Stay of Proceedings; all parties, including Plaintiff Charles Haddad, Defendants Indiana Pacers, Jermaine O'Neal and Anthony Johnson having previously stipulated to entry of Order to Stay Proceedings Through August 30, 2005, and said Order having been entered by the Court on June 13, 2005; this matter having been raised again as all parties desire to extend the stay through September 30, 2005, in anticipation of the resolution of the parallel criminal proceedings pending against Ron Artest, Jermaine O'Neal and Anthony Johnson, the criminal trial of Johnson being currently scheduled for September 16, 2005, and the pre-trial conferences of O'Neal and Artest being currently rescheduled for September 23, 2005; and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that the stay previously entered by this Court shall be extended through September 30, 2005.

IT IS FURTHER ORDERED that, if as of September 30, 2005, Defendants O'Neal and/or Johnson have not resolved their criminal matters, they can apply to this Court for further relief, which may or may not be allowed, depending on the circumstances then present.

IT IS SO ORDERED.

**SEP 12 2005**

US District Court Judge

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, _Sep. 12, 2005_, by electronic and/or First Class U.S. mail

Johnetta M. Curry-Williams
Case Manager

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By: *L.S. Charfoos* /w/ perm RMA
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184  (see attached fax)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By: *Steven M. Potter* /w/ perm RMA
STEVEN M. POTTER (P33344)  (see attached fax)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By: *Hideaki Sano* /w/ perm RMA
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)  (see attached fax)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By: _____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P56206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: September 6, 2005

BLOOMFIELD 28552-1 898625v1

3

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By: /s/
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By: 
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By: 
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By: 
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: September 6, 2005

BLOOMFIELD 26552-1 694625v1

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By:_____
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By:_____
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By:_____
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61677)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC

By:_____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P60206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9256

Dated: August 31, 2005

BLOOMFIELD 28552-1 698825v1

3

STIPULATED TO AND AGREED TO:

CHARFOOS & CHRISTIANSON, P.C.

By:_____
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA

By:_____
STEVEN M. POTTER (P33344)
Attorneys for Defendant Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48236
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC

By: /s/ _____
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7661

DICKINSON WRIGHT PLLC

By:_____
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P68208)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

Dated: September 6, 2005

BLOOMFIELD 28552-1 888625v1