# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

 Plaintiff,

v.

                Case No.  2:04CV74932
                The Honorable Anna Diggs Taylor
                Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

 Defendants.

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 150 West Jefferson, Suite 2500 |
| Telephone: (313) 875-8080 | Detroit, Michigan  48226 |
| | Telephone: (313) 496-7651 |
| Lawrence G. Campbell (PP11553) | William D. Temko |
| Brian M. Akkashian (P55544) | Joseph Ybarra |
| Richard M. Apkarian, Jr. (P66206) | Admission pending |
| Dickinson Wright P.L.L.C. | Munger Tolles & Olson LLP |
| One Detroit Center, Suite 4000 | 35th Floor, 355 South Grand Avenue |
| Detroit, Michigan  48226-3425 | Los Angeles, California  90071-1560 |
| Telephone:  (313) 223-3500 | Telephone:  (213) 683-9266 |
| Steven M. Potter (P33344) | |
| Potter, DeAgostino, Campbell & O'Dea | |
| 2701 Cambridge Court, Ste. 223 | |
| Auburn Hills, Michigan  48326 | |
| Telephone (248)-377-1700 | |

_____/

## DEFENDANT ANTHONY JOHNSON'S OBJECTIONS
## TO PROPOSED SCHEDULING ORDER

2

Pursuant to this Court's October 24, 2005 proposed scheduling order, Defendant Anthony Johnson ("Johnson") hereby files his objections to the terms of the order. Johnson seeks an extension of the discovery cut-off until June of 2006. Johnson believes that he will need such additional time in order to conduct adequate discovery and to sufficiently prepare his defense to Plaintiff's claims.

        Respectfully Submitted,

        MILLER CANFIELD PADDOCK and STONE, P.L.C.
        BY:

        ___s/Hideaki Sano (P61877)_____
           Thomas W. Cranmer (P25252)
           Matthew F. Leitman (P48999)
           Hideaki Sano (P61877)
        Attorneys for Defendant Anthony Johnson
        150 W. Jefferson, Suite 2500
        Detroit, Michigan  48226
        313-496-7651
        Email:  sano@millercanfield.com

Dated:  November 3, 2005

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.
_____/

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 150 West Jefferson, Suite 2500 |
| Telephone: (313) 875-8080 | Detroit, Michigan  48226 |
| | Telephone: (313) 496-7651 |
| | |
| Lawrence G. Campbell (PP11553) | William D. Temko |
| Brian M. Akkashian (P55544) | Joseph Ybarra |
| Richard M. Apkarian, Jr. (P66206) | Admission pending |
| Dickinson Wright P.L.L.C. | Munger Tolles & Olson LLP |
| One Detroit Center, Suite 4000 | 35th Floor, 355 South Grand Avenue |
| Detroit, Michigan  48226-3425 | Los Angeles, California  90071-1560 |
| Telephone:  (313) 223-3500 | Telephone:  (213) 683-9266 |

Steven M. Potter (P33344)
Potter, DeAgostino, Campbell & O'Dea
2701 Cambridge Court, Ste. 223
Auburn Hills, Michigan  48326
(248)-377-1700
_____/

## PROOF OF SERVICE

I hereby certify that on **November 3, 2005,** electronically filed Defendant Anthony Johnson's Objections to Proposed Scheduling Order and this Proof of Service with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

**Brian M. Akkashian**, bakkashian@dickinsonwright.com;

**Richard M. Apkarian**, rapkarian@dickinsonwright.com;

**Steven M. Potter**, spotter@potterlaw.com; and

**Jason J. Thompson (at Charfoos & Christensen)**, jthompson@c2law.com.

I further certify that I have mailed by United States Postal Service the papers to the following non-ECF participants: **(none).**

        MILLER, CANFIELD, PADDOCK and STONE, P.L.C.

        By: s/Hideaki Sano
            Thomas W. Cranmer (P25252)
            Matthew F. Leitman (P48999)
            Hideaki Sano (P61877)
        Attorneys for Defendant Anthony Johnson
        150 West Jefferson, Suite 2500
        Detroit, MI 48226
        (313) 496-7651
        sano@millercanfield.com

November 3, 2005

AALIB:450590.1\127325-00001