UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

Case No. 04-CV-74932

-vs-

Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

Mag. Judge Donald A. Scheer

    Defendants.

---

| | |
|---|---|
| L.S. CHARFOOS (P11799)<br>JASON J. THOMPSON (P47184)<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br>(313) 875-8080/FAX 8522 | Potter, DeAgostino, Campbell & O'Dea<br>STEVEN M. POTTER (P33344)<br>Attorney for Indiana Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, Michigan 48326<br>(248) 377-1700/FAX 0051 |
| LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN, JR. (P66206)<br>Attorneys for Jermaine O'Neal<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 | THOMAS W. CRANMER (P25252)<br>MATTHEW F. LEITMAN (P48999)<br>HIDEAKI SANO (P61877)<br>Attorneys for Anthony Johnson<br>150 W. Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 496-7651 |
| WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Co-Counsel for Jermaine O'Neal<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 | |

---

## DEFENDANT INDIANA PACERS' OBJECTIONS TO PROPOSED SCHEDULING ORDER

NOW COMES Defendant, INDIANA PACERS, by and through their attorneys, POTTER, DeAGOSTINO, O'DEA & PATTERSON, and for its Objections to this Court's Proposed Scheduling Order Dated October 24, 2005, states as follows:

Dockets.Justia.com

1. Defendant INDIANA PACERS objects to this Court's discovery cut-off date of March 27, 2006 as it does not provide sufficient time to complete discovery. Defendant proposes a discovery cut-off date of June 15, 2006.

2. Defendant INDIANA PACERS objects to this Court's proposed dispositive motion cut-off filing date of May 8, 2006 because Defendant is requesting discovery beyond that date. Defendant proposes a dispositive motion cut-off filing date of June 1, 2006.

3. Defendant has no objection to this Court's Final Pre-Trial date, Settlement Conference date and Trial date.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2005, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: LAWRENCE S. CHARFOOS; HIDEAKI SANO; BRIAN M. AKKASHIAN; RICHARD M. APKARIAN; JASON J. THOMPSON and mailing said document to WILLIAM D. TEMKOW, 355 S. GRAND AVE., 25TH FLOOR, LOS ANGELES, CA 90071.

s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com