UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

Case No. 04-CV-74932

-vs-

Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

Mag. Judge Donald A. Scheer

    Defendants.

---

| | |
|---|---|
| L.S. CHARFOOS (P11799)<br>JASON J. THOMPSON (P47184)<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br>(313) 875-8080/FAX 8522 | Potter, DeAgostino, Campbell & O'Dea<br>STEVEN M. POTTER (P33344)<br>Attorney for Indiana Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, Michigan 48326<br>(248) 377-1700/FAX 0051 |
| LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN, JR. (P66206)<br>Attorneys for Jermaine O'Neal<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 | THOMAS W. CRANMER (P25252)<br>MATTHEW F. LEITMAN (P48999)<br>HIDEAKI SANO (P61877)<br>Attorneys for Anthony Johnson<br>150 W. Jefferson, Suite 2500<br>Detroit, Michigan 48226<br>(313) 496-7651 |
| WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Co-Counsel for Jermaine O'Neal<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 | |

---

## F.R.C.P. RULE 26(F) CONFERENCE REPORT

NOW COME Plaintiff, CHARLES HADDAD, Defendants, INDIANA PACERS a/k/a PACERS BASKETBALL CORPORATION, JERMAINE O'NEAL and ANTHONY JOHNSON, by and through counsel, and pursuant to Rule 26(F) submit the following report:

    1.    On November 3, 2005, the parties met, considered the nature and basis of their claims and defenses, and the possibilities for prompt settlement or resolution of the case. It was

determined by the parties that there is no possibility of a prompt settlement or resolution of this matter. The parties also discussed the fact that all disclosures required by Rule 26 (A)(1) will be submitted within the next two weeks.

2. The parties discussed the subjects on which discovery will be needed and Plaintiff identified three Indiana Pacers' basketball players that he will depose. They are Jermaine O'Neal, Ron Artest and Anthony Johnson. Proposed dates for the depositions of these individuals have been provided to Plaintiff's attorney by counsel for the Indiana Pacers.

3. Plaintiff's attorney informed defense counsel during the conference that his client has been seen by a neuropsychologist who will be providing a written report shortly which will be provided to Defendants' counsel. Plaintiff's attorney also advised that he has retained a vocational expert who is currently evaluating Plaintiff's employability.

4. Defendants advised Plaintiff that they will be conducting extensive discovery regarding the damages claimed by Plaintiff which will require production of all relevant medical records and wage records, as well as the scheduling of independent medical examinations. Defendants will also take depositions of Detroit Piston organization employees who have knowledge of Plaintiff who was a season ticket holder at Detroit Piston games.

5. The parties have also considered this Court's proposed Scheduling Order filed on October 24, 2005. The parties propose the following changes to the proposed Scheduling Order:

Trial Witness Lists including expert & lay witnesses Filing Date:    March 1, 2006

Discovery Cut-off:    June 15, 2006

Dispositive Motion Cut-Off Filing Date:    June 1, 2006

The parties are in agreement with the Court's Final Pretrial Conference date, Settlement

Conference date and Trial date.

s/LAWRENCE S. CHARFOOS (P11799)  s/STEVEN M. POTTER (P33344)
Attorney for Plaintiff  Attorney for Indiana Pacers
lcharfoos@c2law.com  spotter@potterlaw.com

S/HIDEAKI SANO (P61877)  s/BRIAN M. AKKASHIAN (P55544)
Attorney for Johnson  Attorney for O'Neal
sano@millercanfield.com  Bakkashian@dickinsonwright.com