UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932
Hon. ANNA DIGGS TAYLOR
Mag. Judge Donald A. Scheer

___

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, Michigan 48202
(313) 875-8080/FAX 8522

LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN, JR. (P66206)
Attorneys for Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

Potter, DeAgostino, O'Dea & Patterson
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700/FAX 0051

THOMAS W. CRANMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7651

___

## DEFENDANT INDIANA PACERS' SUPPLEMENTAL WITNESS LIST

NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide Defendant's Supplemental Witness List as follows:

1. Dave Rhodes, Palace Sports & Entertainment
   Keeper of multi-media records
   3 Championship Drive
   Auburn Hills, MI 48326

2. Any and all witnesses, including expert witnesses, identified on Defendant's previously filed Witness Lists.

3. Any and all witnesses, including expert witnesses, who appear on Plaintiff's Witness List.

4. Any and all rebuttal witnesses.

5. Any and all witnesses discovered through the course of discovery.

6. All witnesses listed in answers to interrogatories, depositions and pleadings.

7. Defendant reserves the right to amend this Witness List at any time prior to trial.

      POTTER, DeAGOSTINO, O'DEA & PATTERSON

      s/STEVEN M. POTTER (P33344)
      Attorney for Defendant Indiana Pacers
      2701 Cambridge Court, Suite 223
      Auburn Hills, Michigan 48326
      (248) 377-1700
      spotter@potterlaw.com

Dated: April 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2006 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

      s/STEVEN M. POTTER (P33344)
      Attorney for Indiana Pacers
      2701 Cambridge Court, Suite 223
      Auburn Hills, Michigan 48326
      (248) 377-1700
      spotter@potterlaw.com