UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932
Hon. ANNA DIGGS TAYLOR
Mag. Judge Donald A. Scheer

---

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, Michigan 48202
(313) 875-8080/FAX 8522

LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN, JR. (P66206)
Attorneys for Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

Potter, DeAgostino, O'Dea & Patterson
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700/FAX 0051

THOMAS W. CRANMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, Michigan 48226
(313) 496-7651

---

## DEFENDANT INDIANA PACERS' SUPPLEMENTAL WITNESS AND EXHIBIT LIST

    NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide Defendant's Supplemental Witness And Exhibit List as follows:

1. Malcolm Cohen, Ph.D. - Economic Expert
   Employment Research Corporation
   3820 Packard Road, Suite 250
   Ann Arbor, Michigan 48108

2. Spirit Airlines
   Custodian of the Records
   2800 Executive Way
   Miramar, FL 33025

3. Thomas Meyer, Head of Security
   Palace Sports & Entertainment
   Address Unknown

4. Simplicity Wireless
   Custodian of the Records
   31487 Northwestern Highway
   Farmington Hills, Michigan 48334

5. Burt Enterprises, Inc.
   Custodian of the Records
   9538 East Road
   Burt, Michigan 48417

6. Birch Run School District
   Custodian of the Records
   12450 Church Street
   Birch Run, Michigan 48415

7. MGM Grand Casino
   Custodian of the Records
   1300 John C Lodge
   Detroit, Michigan 48225

8. Greektown Casino
   Custodian of the Records
   555 E. Lafayette Blvd.
   Detroit, Michigan 48226

9. MotorCity Casino
   Custodian of the Records
   2901 Grand River Avenue
   Detroit, Michigan 48201

10. Treasure Island
    Custodian of the Records
    3300 Las Vegas Blvd.
    Las Vegas, Nevada 89109

11. Bellagio
    Custodian of the Records
    3600 Las Vegas Blvd S
    Las Vegas, Nevada 89109

12. Mirage Hotel & Casino
    Custodian of the Records
    3400 Las Vegas Blvd S
    Las Vegas, Nevada 89109

13. MGM Grand
    Custodian of the Records
    3799 Las Vegas Blvd South
    Las Vegas, Nevada 89109

14. Absolute Poker
    Custodian of the Records
    Canada

15. Any and all witnesses, including expert witnesses, identified on Defendant's previously filed Witness Lists.

16. Any and all witnesses, including expert witnesses, who appear on Plaintiff's Witness List, and Co-Defendant's Witness Lists.

17. Any and all rebuttal witnesses.

18. Any and all witnesses discovered through the course of discovery.

19. All witnesses listed in answers to interrogatories, depositions and pleadings.

20. Defendant reserves the right to amend this Witness List at any time prior to trial.

## EXHIBIT LIST

1. Any and all records of Spirit Airlines

2. Any and all records of Simplicity Wireless.
3. Any and all records of Burt Enterprises, Inc.

4.   Any and all records of Birch Run School District

5.   Any and all records of MGM Grand Casino

6.   Any and all records of Greektown Casino

7.   Any and all records of MotorCity Casino

8.   Any and all records of Treasure Island

9.   Any and all records of Bellagio

10.  Any and all records of Mirage Hotel & Casino

11.  Any and all records of MGM Grand

12.  Any and all records of Absolute Poker

13.  Any and all exhibits identified on Defendant's previously filed Exhibit Lists.

14.  Any and all exhibits referred to or attached to deposition transcripts.

15.  Any and all exhibits identified on Plaintiff's and Co-Defendants' Exhibit Lists.

16.  Any and all exhibits identified or obtained through the course of discovery.

17.  Any and all pleadings in this case including, but not limited to: interrogatories, requests to admit, and requests to produce.

18.  Any and all exhibits necessary for use in rebuttal.

19.  Defendant reserves the right to amend this Exhibit List at any time prior to trial.

                        POTTER, DeAGOSTINO, O'DEA & PATTERSON

                        s/STEVEN M. POTTER (P33344)
                        Attorney for Defendant Indiana Pacers
                        2701 Cambridge Court, Suite 223
                        Auburn Hills, Michigan 48326
                        (248) 377-1700
                        spotter@potterlaw.com

Dated: June 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

4

JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

s/STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com
