UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,                               Case No. 04-CV-74932

-vs-                                         Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS    Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | MATTHEW F. LEITMAN (P48999) |
| BRIAN M. AKKASHIAN (P55544) | HIDEAKI SANO (P61877) |
| RICHARD M. APKARIAN, JR. (P66206) | Attorneys for Anthony Johnson |
| Attorneys for Jermaine O'Neal | 840 West Long Lake Road, Suite 200 |
| 500 Woodward Avenue, Suite 4000 | Troy, Michigan 48098 |
| Detroit, Michigan 48226 | (248) 267-3294/ FAX (248) 879-2001 |
| (313) 223-3500 | |

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

_____

## **DEFENDANT INDIANA PACERS' SUPPLEMENTAL EXHIBIT LIST**

      NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL

CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide

Defendant's Supplemental Exhibit List as follows:

1. Any and all records of Spirit Airlines

2. Any and all records of Simplicity Wireless.

3. Any and all records of Burt Enterprises, Inc.

4. Any and all records of Birch Run School District

5. Any and all records of MGM Grand Casino

6. Any and all records of Greektown Casino

7. Any and all records of MotorCity Casino

8. Any and all records of Treasure Island

9. Any and all records of Bellagio

10. Any and all records of Mirage Hotel & Casino

11. Any and all records of MGM Grand

12. Any and all records of Absolute Poker

13. Any and all exhibits identified on Defendant's previously filed Exhibit Lists.

14. Any and all exhibits referred to or attached to deposition transcripts.

15. Any and all exhibits identified on Plaintiff's and Co-Defendants' Exhibit Lists.

16. Any and all exhibits identified or obtained through the course of discovery.

17. Any and all pleadings in this case including, but not limited to: interrogatories, requests to admit, and requests to produce.

18. Any and all exhibits necessary for use in rebuttal.

19. Defendant reserves the right to amend this Exhibit List at any time prior to trial.

          POTTER, DeAGOSTINO, O'DEA & PATTERSON

          s/STEVEN M. POTTER (P33344)
          Attorney for Defendant Indiana Pacers
          2701 Cambridge Court, Suite 223
          Auburn Hills, Michigan 48326
          (248) 377-1700
          spotter@potterlaw.com

Dated: June 14, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on June 14, 2006 I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

          s/STEVEN M. POTTER (P33344)
          Attorney for Indiana Pacers
          2701 Cambridge Court, Suite 223
          Auburn Hills, Michigan 48326
          (248) 377-1700
          spotter@potterlaw.com