# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, p.l.c. |
| Detroit, Michigan 48202 | 840 West Long Lake Road, Suite 200 |
| Telephone: (313) 875-8080 | Troy, MI 48098-6358 |
| | (248) 644-9118 |
| | |
| Lawrence G. Campbell (PP11553) | William D. Temko |
| Brian M. Akkashian (P55544) | Joseph Ybarra |
| Richard M. Apkarian, Jr. (P66206) | Admission pending |
| Dickinson Wright P.L.L.C. | Munger Tolles & Olson LLP |
| One Detroit Center, Suite 4000 | 35th Floor, 355 South Grand Avenue |
| Detroit, Michigan 48226-3425 | Los Angeles, California 90071-1560 |
| Telephone: (313) 223-3500 | Telephone: (213) 683-9266 |
| | |
| Steven M. Potter (P33344) | |
| Potter, DeAgostino, Campbell & O'Dea | |
| 2701 Cambridge Court, Ste. 223 | |
| Auburn Hills, Michigan 48326 | |
| Telephone (248)-377-1700 | |

_____/

# DEFENDANT ANTHONY JOHNSON'S
# PRELIMINARY WITNESS LIST

Dockets.Justia.com

-2-

Defendant is prepared at this time to list the individuals below as proposed witnesses. Defendants reserve the right to amend and/or supplement this list after the completion of discovery.

1. Anthony Johnson;

2. Charles Haddad;

3. Timothy E. Dicke, M.D. (expert), OrthoIndy – Northwest, 8450 Northwest Boulevard, Indianapolis, IN 46278;

4. Dean S. Louis, M.D. (expert), 2360 Old Earhart Rd., Ann Arbor, MI 48105;

5. Any and all witnesses listed on Defendant Indiana Pacers's witness list;

6. Any and all witnesses listed on Defendant Jermaine O'Neil's witness list;

7. Any and all witnesses listed on Plaintiff Charles Haddad's witness list;

8. Any and all expert witnesses listed on Defendant Indiana Pacers's witness list;

9. Any and all expert witnesses listed on Defendant Jermaine O'Neil's witness list;

10. Any and all expert witnesses listed on Plaintiff Charles Haddad's witness list;

11. Any additional experts necessary to rebut or refute the testimony of additional experts identified by Plaintiff;

12. Any and all witnesses necessary to identify or authenticate any document, record, video recording or other tangible thing or evidence; and

13. Any rebuttal witnesses.

Respectfully submitted,

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Hideaki Sano (P61877)

By:  s/*Hideaki Sano*
     Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
(248) 644-9118
*sano@millercanfield.com*
*Attorneys for Defendants*

Dated:  April 7, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on **June 21, 2006**, I presented the foregoing ***Defendant Anthony Johnson's Preliminary Witness List and Certificate of Service*** to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to the following:  Brian M. Akkashian @ bakkashian@dickinsonwright.com; Richard M. Apkarian @ rapkarian@dickinsonwright.com; Lawrence S. Charfoos @ lcharfoos@c2law.com; and Steven M. Potter @ spotter@potterlaw.com; notice will be delivered by other means to:  NONE

   s/*Hideaki Sano*
+Hideaki Sano (P61877)
101 North Main, Seventh Floor
Ann Arbor, MI  48104
(734) 663-2445
sano@millercanfield.com
Attorneys for Defendant

AALIB:467712.1\127325-00001