UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                      Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,

      Defendants.
_____/

Civil Action
No. 04-CV74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
**HIDEAKI SANO (P61877)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

_____/

## **PLAINTIFF'S WITNESS LIST**

NOW COMES Plaintiff, by and through his attorneys and for his Witness List states as follows:

1. All individuals named by Defendant Indiana Pacers.

2. All individuals named by Defendant Anthony Johnson.

3. All individuals named by Defendant Jermaine O'Neal.

4. Frank Haddad

5. Khawla Haddad

6. Fouad Haddad

7. Rose Siadi

8. Kris Siadi

9. Ann Rodriquez

10. Diana Haddad

11. George Haddad

12. Audai Twab

13. Adrian Smith

14. Belinda Neitzelt

15. Treaters and medical care providers of Pontiac Osteopathic Hospital

16. Treaters and medical care providers of William Beaumont Hospital

17. Treaters and medical care providers of Valley Urgent Care

18. Treaters and medical care providers of Covenant Emergency Care Center

19. John J. Kemerer, D.O.
    3020 Boardwalk
    Saginaw, MI  48603

20. Joel Beltran, D.O.
    800 Cooper, Suite 11
    Saginaw, MI  48602

21. Bong Jung, M.D.

        4705 Towne Centre Road, Suite 304
Saginaw, MI  48604

22. Bradley G. Sewick, Ph.D., ABPN, C.C.M., Retained Expert
26555 Evergreen Road, Suite 830
Southfield, MI  48076-4239

23. Guy Hostetler, Retained Expert
26211 Central Park Boulevard, Suite 501
Southfield, MI 48076

24. B. Michael Grant, Economist Expert
28831 Telegraph Road
Southfield, MI  48034

25. Edward F. Boike, Video Expert
16901 E. Nine Mile Road
Eastpointe, MI  48021-2449

26. John Paul Bederka, Jr., Toxicologist Expert
780 Austin
Aurora, IL  60505

27. Renee Milan, M.D.
Covenant Emergency Care Center
1447 N. Harrison
Saginaw, MI  48602

28. Any and all rebuttal witnesses.

29. Any and all witness discovered through the course of discovery.

30. All witnesses listed in answers to interrogatories, depositions and pleadings.

31. Plaintiff reserves the right to amend this Witness List at any time prior to trial.

## **EXHIBIT LIST**

1. Any and all records, including, but not limited to: documents, diagrams, pictures, videos, contracts, investigative reports, charts, faxes, letters, memorandums, notes, purchase orders, job specification, employee manuals, and instructions from the Palace of Auburn Hills.

2. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Pontiac Osteopathic Hospital.

3. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from William Beaumont Hospital.

4. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Valley Urgent Care.

5. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Covenant Healthcare.

6. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Joel Beltran, M.D.

7. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Bong Jung, M.D.

8. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from American Medical Response.

9. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Social Security Administration.

10. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Chesaning High School.

11. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Burt Enterprises, Inc.

12. Any and all records, including, but not limited to: reports, x-rays, nurses' notes, charts, diagrams, and correspondence from Internal Revenue Service.

13. Any and all exhibits identified on Plaintiff's previously filed Exhibit List.

14. Any and all exhibits identified on Defendant Indiana Pacers' Exhibit List.

15. Any and all exhibits identified on Defendant Jermaine O'Neal's Exhibit List.

16. Any and all exhibits identified on Defendant Anthony Johnson's Exhibit List.

17. Any and all exhibits referred to or attached to deposition transcripts.

18. Any and all exhibits identified or obtained through the course of discovery.

19. Any and all pleadings in this case, including, but not limited to: interrogatories, requests to admit, and requests to produce.

20. Any and all exhibits necessary for use in rebuttal.

21. Demonstrative aids.

22. Plaintiff reserves the right to amend this Exhibit List at any time prior to trial.

         CHARFOOS & CHRISTENSEN, P.C.


       BY: s/Lawrence S. Charfoos
         L.S. CHARFOOS P11799
         JASON J. THOMPSON P47184
         Attorneys for Plaintiffs
         5510 Woodward Avenue
         Detroit, MI 48202
         313-875-8080
         lcharfoos@c2law.com
         Attorneys for Plaintiff

Dated: June 21, 2006

## CERTIFICATE OF SERVICE

  I hereby certify that on June 21, 2006, I presented the foregoing Plaintiff's Witness List and Certificate of Service to the Clerk of the Court for filing and uploading to the ECF system which will send notification of such filing to the following: Brian M. Akkashian @ bakkashian@dickinsonwright.com; Richard M. Apkarian @ rapkarian@dickinsonwright.com; Hiaeaki Sano @sano@millercanfield.com; and Steven M. Potter @ spotter@potterlaw.com; notice will be delivered by other means to: NONE

        s/Lawrence S. Charfoos
         L.S. CHARFOOS P11799
         JASON J. THOMPSON P47184
         Attorneys for Plaintiffs
         5510 Woodward Avenue
         Detroit, MI 48202
         313-875-8080
         lcharfoos@c2law.com
         Attorneys for Plaintiff