## **INDEX OF EXHIBITS**

| **Exhibit** | **Title** |
|---|---|
| A | Statement of Timothy R. Smith |
| B | DVD |
| C | Deposition Transcript of Ronald W. Artest |
| D | Deposition Transcript of Anthony Johnson |
| E | Deposition Transcript of Jermaine O'Neal |
| F | Deposition Transcript of Kris Siadi |
| G | Case Law - Lacey v. Doorstep Shelter Subsidiary of MES, 2006 WL 587828(Ed. Mich. 2006) |
| H | Case Law – Pittman v. ANR Freight Systems, Inc., 47 Fed APPX 266 (6th Cir., 2002) |