## **DVD**

The DVD is approximately 1 minute, 25 seconds.

**Cut 1**.  This segment first shows Ron Artest in the stands.  This is a short time before the attack on Charlie Haddad by the Defendants, O'NEAL and JOHNSON, which occurs later at the other end of the playing court.  The primary focus in this cut is not Artest, but rather on the man in the red shirt down at the bottom on the floor.  He is a Palace employee and we first see him holding Defendant JERMAINE O'NEAL, who had testified that he wanted to go up into the stands and help the other players.  A red arrow points to the Palace employee who is in a tangle with Defendant O'NEAL.  O'NEAL eventually gives him a hard push backwards, throwing the employee off his feet and onto an adjacent table next to the playing floor.

**Cut 2.**  Just after the Palace employee in the red shirt is thrown onto the table by Defendant O'NEAL, Ron Artest can be seen in this cut coming down out of the stands, heading towards the players' exit at the other end of the playing floor.  Mr. Artest can be identified by his number 91.  As Mr. Artest is walking in that direction, as are other players, the video switches to the large number of fans on the playing floor at the same time as the game is over.  They are in close proximity to what is going to happen to Plaintiff CHARLIE HADDAD in a few moments.

After panning the fans, the video returns to Mr. Artest walking still towards the players' tunnel exit.  At 032, a fan appears on the left of Artest in a blue hat and white jersey.  He has been identified as Alvin Shackleford.  He is a friend of the Plaintiff.  He

can be seen walking towards Mr. Artest.  We then see Mr. Artest winding up as if to strike Mr. Shackleford and indeed, it looks as if he does physically come in contact with Mr. Shackleford, who then defends himself.  At 035 the Plaintiff first appears on the video.  He is quite short compared to Mr. Shackleford, and you will see him on the left of Mr. Artest and Mr. Shackleford.  Charlie Haddad, the Plaintiff, attempts to stop Mr. Artest from hitting his friend.  It appears as if he wants to restrain Artest from his attack.  Artest seems to have no trouble shaking him off and pushing him down towards the floor.

**Cut 3.**  After being pushed away, Plaintiff Charlie Haddad is seen on the floor.  At the beginning of the cut, at 042, a man in a brown suit is entering from the right hand side of the screen.  This is Defendant ANTHONY JOHNSON.  He had been sitting on the bench in his civvies during the game because of a fractured hand, injured during a prior basketball game.   Mr. Johnson drops on top of Mr. Haddad.  He is then, rather quickly, pulled off by a Palace employee in a red shirt.  Another gentleman in a red shirt is helping Mr. Haddad up.  At around 048, the video then switches to the two stills supplied by ANTHONY JOHNSON'S attorney, being other views of the same.   Johnson and Haddad are labeled.

**Cut 4.**  The cut starts with Mr. Johnson being pulled up by the gentleman in the red shirt.  In the forefront of the picture, we see fans on the floor including what appears to be a mother and father and their young children watching the events.  At 107, we see Charlie Haddad getting back onto his feet, he is still on his knees and he appears to be

2

talking to Mr. Anthony Johnson.   Suddenly, from the right a blurred figure comes running towards Mr. Haddad.  It is Defendant JERMAINE O'NEAL, with his right arm extended.  He physically punches the Plaintiff with his bare fisted right hand in the face knocking him backwards and onto the floor.