**Condensed Transcript**

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MELVIN KENDZIORSKI,
    Plaintiff,

vs.

COLLEEN A. O'BRIEN, INDIANA PACERS,
an assumed name for PACERS BASKETBALL
CORPORATION, an Indiana corporation;
JERMAINE O'NEAL, an Indiana resident;
JAMAAL TINSLEY, an Indiana resident; and
JOHN GREEN, a Michigan resident,
jointly and severally,
    Defendants.

Civil Action
File No. 2005-064008-NO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,
    Plaintiff,
vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana corporation,
JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,
    Defendants.

Civil Action
File No. 04-CV74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer



**setdepo**
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JOHN F. ACKERMAN, JR.,
    Plaintiff,

vs.

Case No. 04-062545 NO

INDIANA PACERS, an assumed
name for PACERS BASKETBALL
CORPORATION, an Indiana Corporation,
RON ARTEST, STEPHEN JACKSON,
JERMAINE O'NEAL, DAVID HARRISON and
THE PALACE OF AUBURN HILLS,
an assumed name for PALACE SPORTS &
ENTERTAINMENT, INC., Jointly and Severally,
    Defendants.

Hon. D Langford-Morris

**VIDEOTAPED DEPOSITION OF**

**ANTHONY MARK JOHNSON**

January 26, 2006
8:00 a.m.

125 South Pennsylvania Street
Indianapolis, Indiana

Blanche J. Harris, CCR No. B-2290

**setdepo**
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

**17**

1   A. Not really. No.
2   Q. My understanding is that you had
3   the misfortune of having a bad hand at the
4   time of this game?
5   A. Yes.
6   Q. Tell us how that came about and
7   what the nature of the injury was.
8   A. In the pre-season, I played a game
9   against the Memphis Grizzlies, and I was
10  defending a guy, and basically broke the
11  fourth metacarpal in my right hand.
12  Q. And was it casted?
13  A. It had a soft cast on it.
14  Q. No pins or anything?
15  A. No.
16  Q. And what stage of the healing was
17  it on the evening of the problem at The
18  Palace?
19  A. After I had the injury, I was
20  basically out for four weeks. So I would
21  say that was probably in the second week of
22  being out four weeks.
23  Q. You weren't planning to play in
24  the next few days after this particular
25  evening?

**18**

1   A. No.
2   Q. And would you sit in your city
3   clothes or street clothes at each game,
4   dressed as you were that evening?
5   A. Yes.
6   Q. That was your practice?
7   A. Yes.
8   Q. And you have rights to sit on the
9   bench, of course?
10  A. Yes.
11  Q. Did you have any role whatsoever
12  while you were on the bench, in terms of the
13  game itself?
14  A. Just supporting my teammates.
15  Q. Shouting and screaming and usual
16  stuff?
17  A. Yes.
18  Q. But you had no -- you didn't guide
19  anybody, you didn't conference with anybody,
20  you didn't strategize with anybody?
21  A. Me being part of the team, I am
22  in on, you know, the strategy that we set
23  forth. But due to the fact that I had a
24  broken hand, I wasn't able to physically
25  participate.

**19**

1   Q. Fair enough. Was it in a soft
2   cast that evening?
3   A. Yes.
4   Q. When you looked at the video,
5   could you see the soft cast on your hand?
6   A. I wasn't aware of it.
7   Q. Who was the captain that evening?
8   Who were the captains of the Pacers at that
9   time?
10  A. At that time, we had three
11  captains: Ron Artest, Reggie Miller and
12  Jermaine O'Neal.
13  Q. What was the committee?
14  A. We had a separate committee, as
15  far as different guys that handled issues as
16  it relates to our ball club and things being
17  decided.
18  Q. Have you ever given a deposition
19  before? This is a deposition, like this.
20  A. No.
21  Q. Had you seen the complaint that
22  was shown to you today, before today?
23  A. I saw it last night.
24  Q. Is that the first time?
25  A. Basically, yes.

**20**

1   Q. Let's go through your memory. I'm
2   going to ask you to try to do your best what
3   you remember as distinguished and what you
4   saw in the video. All the rest of my
5   questions are your best memory. Don't guess
6   and don't use the video as your reference;
7   okay? Your memory of that night; okay?
8       Am I clear, that's all I'm asking
9   you?
10  A. Yes.
11  Q. Do you remember being at the game?
12  A. Yes.
13  Q. Do you remember before the
14  Artest/Wallace confrontation, anything out of
15  the ordinary?
16  A. No.
17  Q. Another ball game?
18  A. Yes.
19  Q. Do you remember who was winning?
20  A. Yes.
21  Q. By how much when Wallace and
22  Artest --
23  A. I don't really remember how much
24  we were winning by.
25  Q. Enough to be comfortable?


setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

### 25

1  in the locker room, When did you first hear
2  about that?
3      A.   Probably at the tail end of the
4  melee.
5      Q.   Did you notice anything -- did you
6  see Mr. Artest come back from what we now
7  know as the stands on to the floor?
8      A.   I kind of caught a view of him
9  out of my peripheral vision.
10     Q.   And was there a game still going
11 on, or was the game over, for all practical
12 purposes?
13     A.   There was still time remaining on
14 the clock.  So I would say that the game was
15 still going on.
16     Q.   But from a practical purpose, was
17 it ever played again; anymore played that
18 night?
19     A.   No.
20     Q.   The -- did you see fans coming
21 onto the floor?
22     A.   Yes.  Definitely.
23     Q.   Many?
24     A.   It was -- yes.  It was a lot.
25 It was total chaos.  And once they started

### 26

1  coming on the court, I was afraid for my
2  safety and for the safety of my teammates and
3  people associated with the Pacers organization.
4      Q.   And I gather -- and in all
5  fairness, I don't think there's much issue --
6  that your team, as well as any other team,
7  there is a camaraderie and a protect each
8  other attitude that prevails throughout being
9  part of the team; is that correct?
10     A.   Definitely.  I think due to the
11 fact that we spend a lot of time together,
12 there is a family atmosphere surrounding our
13 team.
14     Q.   And when you're visiting another
15 town, they're never on your side, are they?
16     A.   More times than not, no.
17     Q.   It can be, at least verbally, a
18 hostile atmosphere in visiting towns?
19     A.   Yes.  Definitely.
20     Q.   But it goes with the game.  People
21 get excited; the fans get excited?
22     A.   I would say they get more excited
23 in Detroit than other places.
24     Q.   More drinking there?
25     A.   For whatever reason.

### 27

1      Q.   They like the Pistons?
2      A.   That could be it.
3      Q.   We do, you know?
4           And could you even number the
5  number of fans that were on the floor as you
6  were looking at all this?
7      A.   I cannot number it.  But I knew
8  it was enough to make me and my teammates
9  uncomfortable.
10     Q.   What did you do when you saw the
11 fans coming onto the floor and Mr. Artest
12 going by?
13     A.   When I saw fans jumping over the
14 bench area, I saw guys with Piston uniforms
15 and objects in their hands.  And I saw guys
16 confronting Mr. Artest.  One of them had his
17 arm in the air attempting to strike Mr.
18 Artest --
19     Q.   Stop right there.  That gentleman,
20 I think everyone would agree, had a hat on;
21 do you remember?
22     A.   I'm not sure.
23     Q.   Did he have anything in his hand
24 that you could identify as to what it is?
25     A.   A white bag.

### 28

1      Q.   A what kind of bag?
2      A.   He had a white bag in one hand.
3      Q.   In color, white?
4      A.   Yes.
5      Q.   Do you know what kind of bag?
6      A.   No.
7      Q.   And how far away were you from
8  these two persons, Artest and the man with
9  the white bag in his hand?
10     A.   Probably 10 feet.
11     Q.   If we are looking at the video
12 camera at the other end of this table, how
13 close to that video camera would you have
14 been to Mr. Artest?  Halfway down this table?
15 All the way down there?
16     A.   I would probably say three
17 quarters.
18     Q.   And that's what you estimate is
19 about 10 feet?
20     A.   Yes.
21     Q.   Do you know how long the court is?
22     A.   The playing surface is 94 feet.
23     Q.   And width?
24     A.   I don't know that.
25     Q.   Where was the players' bench that



sd setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www·setdepo·com

### Page 29

1  you were located at on that floor in
2  relationship to the 94 feet? Where would you
3  describe it?
4      A.   Probably at the tail end of one
5  side of the court. So --
6      Q.   First 20 feet of the court?
7      A.   Yeah.
8      Q.   When you saw this man going
9  towards Mr. Artest with his hand up, what did
10 you do?
11     A.   Due to the fact that it was
12 another guy attempting to tackle Mr. Artest,
13 you know, it was two guys attacking my
14 teammate, and due to the fact that I was
15 afraid for my safety and afraid for his
16 safety, I made an effort to -- made an
17 effort to make sure that he was okay.
18     Q.   Now, do you know which of the two
19 persons first engaged with Mr. Artest, the
20 guy with the hat and the white bag or the
21 other guy?
22     A.   I do not know.
23     Q.   But you definitely saw the man
24 with the white bag making some physical --
25     A.   I saw two men.

### Page 30

1      Q.   Do you know at what stage the
2  other man put his hands on Mr. Artest? Who
3  came first?
4      A.   Say that again.
5      Q.   Who of the two started it first?
6      A.   Due to the fact that it was so
7  much chaos and it was a lot going on and I
8  was afraid for my safety, everything was
9  moving fast. So I just saw two guys
10 simultaneously making an effort to do Mr.
11 Artest harm.
12     Q.   What did you do?
13     A.   I immediately made my way over
14 there. And since it was two guys attempting
15 to injure my teammate, I made an effort to
16 subdue one of the guys.
17     Q.   Which one of the two?
18     A.   I don't know.
19     Q.   The one that had the white bag or
20 the other man?
21     A.   I don't know.
22     Q.   Do you even know the names of
23 these two men?
24     A.   No.
25     Q.   If I was to tell you one was

### Page 31

1  Shackelford and one was Haddad, have you ever
2  heard these names before?
3      A.   I saw those names in the
4  complaint.
5      Q.   But before that?
6      A.   No.
7      Q.   Do you know anything about their
8  background, history, or what they were doing
9  there that night?
10     A.   No.
11     Q.   All right. In trying to help Mr.
12 Artest, what did you do to help him?
13     A.   Due to the fact that I had a
14 broken hand, I made an effort to subdue one
15 of the guys that was on the ground.
16     Q.   And what did you do physically?
17 Just describe your actions.
18     A.   Well, due to the fact that it was
19 a lot of liquid substance on the court, I
20 slipped, and it basically amounted to me
21 falling on top of one of the guys.
22     Q.   That was not your plan?
23     A.   It was --
24     Q.   You didn't do that intentionally?
25     A.   It was my plan to subdue one of

### Page 32

1  the guys.
2      Q.   Is that the first physical contact
3  you had with that guy that you fell on?
4      A.   Yeah. That was the first contact
5  I had with anyone.
6      Q.   And that was literally falling on
7  somebody?
8      A.   Yes. Because I had on dress shoes
9  and I slipped.
10     Q.   And once you were on top of him,
11 what happened next? Did you hit him at all?
12     A.   I made an effort to subdue him,
13 and I immediately made an effort to get back
14 up to my feet.
15     Q.   And how did you make an effort to
16 subdue him? What did you do?
17     A.   Due to the fact I had a broken
18 hand, I basically just wanted to basically
19 physically grab the guy and get him under
20 control.
21     Q.   Did you hit him with your good
22 hand?
23     A.   No.
24     Q.   And your left hand is your --
25 right hand is your dominant hand?



setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

33
1   A.  Yes.
2   Q.  Did you hit him anywhere in the
3   body?
4   A.  No.
5   Q.  When you fell on him, what part of
6   your body fell on that person?
7   A.  Basically, it was more like my
8   forearm and I guess my upper torso maybe
9   falling on the top of his back.
10  Q.  So he was face down --
11  A.  He was --
12  Q.  -- as it turned out?
13  A.  He wasn't face down. He was on
14  fours, attempting to get up.
15  Q.  But his back was to you?
16  A.  No. His back was not to me.
17  Q.  What did you fall on, then?
18  A.  I fall on more his shoulder area.
19  Q.  Other than using his hands to try
20  to get up, was he doing anything else at
21  that time?
22  A.  Due to the fact it was a lot of
23  chaos, and I felt threatened, and I felt like
24  my teammates were being threatened, it looked
25  like he made an effort to do bodily harm to

34
1   my teammate.
2   Q.  But not to you?
3   A.  Not to me.
4   Q.  And somebody pulled you off,
5   actually, didn't they?
6   A.  I really don't remember that.
7   Q.  You do remember getting up?
8   A.  Yes.
9   Q.  And you know what he did next?
10  A.  No.
11      MR. LEITMAN:  Who's he?
12      MR. CHARFOOS:  The one he was
13  laying on.
14      THE WITNESS:  No.
15  Q.  (By Mr. Charfoos)  You didn't see
16  him after that?
17  A.  No.
18  Q.  Do you know what happened to the
19  gentleman with the white bag in his hand?
20  A.  No.
21  Q.  Did you have -- see what Mr.
22  Artest did once you fell on this other
23  fellow?
24  A.  No.
25  Q.  Did you see Mr. O'Neal come into

35
1   the scene and the action?
2   A.  I did not see that.
3   Q.  Did you -- when did you next see
4   Mr. Jermaine O'Neal?
5   A.  In the locker room.
6   Q.  When did you next see Mr. Ron
7   Artest?
8   A.  In the locker room.
9   Q.  You were at a --
10      MR. CHARFOOS:  Off the record for
11  a moment, please.
12      VIDEOGRAPHER:  Going off the video
13  record at 8:30.
14      (A recess was taken.)
15  Q.  (By Mr. Charfoos)  Did you ever
16  agree in a sworn statement that you had --
17  strike that.
18      You gave no bodily blow to the
19  person underneath to, you his head in any
20  way, form or manner; may we say that for
21  sure?
22  A.  Yes.
23  Q.  Did you even know how tall or how
24  heavy he was?
25  A.  No.

36
1       MR. CHARFOOS:  Off the record.
2       VIDEOGRAPHER:  Off the record at
3   8:31.
4       (A recess was taken.)
5       VIDEOGRAPHER:  The time is 8:33.
6   We're back on the video record.
7   Q.  (By Mr. Charfoos)  In the area
8   where you, Mr. Artest were when you slipped
9   and fell, did you see the color of the
10  jerseys of the persons that were helping you
11  get up?
12  A.  No.
13  Q.  Did you see any red or blue
14  jerseys around you, around Mr. Artest, or
15  around the two fans that you've spoken about?
16  A.  No.
17      MR. POTTER:  Mr. Charfoos, by
18  jerseys, do you mean a shirt?
19      MR. CHARFOOS:  Yeah, red or blue
20  shirt.
21      THE WITNESS:  No.
22  Q.  (By Mr. Charfoos)  Like security
23  designation or service area designation?
24  A.  No.
25      MR. CHARFOOS:  I have no further



Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

setdepo
Streamlined • Centralized • Standardized
The Evolution of Deposition Management