Haddad v. Indiana Pacers et al
Case 2:04-cv-74932-ADT-DAS   Document 49-7   Filed 06/30/2006   Page 1 of 3
Doc. 49 Att. 6

## Condensed Transcript

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

MELVIN KENDZIORSKI,

      Plaintiff,

vs.

Civil Action File No. 2005-064008-NO

INDIANA PACERS, an assumed
name for PACERS BASKETBALL
CORPORATION, an Indiana
corporation; JERMAINE
O'NEAL, an Indiana
resident; JAMAAL TINSLEY,
an Indiana resident; and
JOHN GREEN, a Michigan
resident, jointly and severally,

      Defendants.

---

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

      Plaintiff,

vs.

Civil Action File No. 04-CV74932
Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

INDIANA PACERS, an assumed
name, a/k/a PACERS
BASKETBALL CORPORATION, an
Indiana corporation,
JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly
and Severally,

      Defendants.



**setdepo**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

# Condensed Transcript

STATE OF MICHIGAN
IN THE CIRCUIT COURT FOR THE COUNTY OF OAKLAND

JOHN F. ACKERMAN, JR.,

    Plaintiff,

vs.

Case No. 04-062545 NO
Hon. D Langford-Morris

INDIANA PACERS, an assumed
name for PACERS BASKETBALL
CORPORATION, an Indiana
Corporation, RON ARTEST,
STEPHEN JACKSON, JERMAINE
O'NEAL, DAVID HARRISON and
THE PALACE OF AUBURN
HILLS, an assumed name for
PALACE SPORTS &
ENTERTAINMENT, INC.,
Jointly and Severally,

    Defendants.

**VIDEOTAPED DEPOSITION OF**

**JERMAINE O'NEAL**

January 25, 2006
1:47 p.m.

125 South Pennsylvania Street
Indianapolis, Indiana

Blanche J. Harris, CCR No. B-2290



**setdepo**
Streamlined • Centralized • Standardized
The Evolution of Deposition Management

**Nationwide Scheduling**
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com

**17**

1  A.  Yeah.
2  Q.  Suit and tie?
3  A.  Suit.
4  Q.  Is he a black brother, is he a
5  white person?
6  A.  He's white.
7  Q.  And about how old?
8  A.  Between 35 and 40.
9  Q.  I have to ask you, now, your
10 height is probably the same as 2004,
11 November. What was your height?
12 A.  Six foot eleven.
13 Q.  And your weight?
14 A.  Two hundred and sixty pounds.
15 Q.  Is that pretty steady?
16 A.  Yes.
17 Q.  What do you do for workouts when
18 you're working out to stay in shape?
19 A.  Weight train, cardio.
20 Q.  Can you give us any parameters on
21 weight pushing that you've accomplished through
22 2004?
23       MR. AKKASHIAN: Objection to form.
24 It's vague.
25       You can answer if you understand

**18**

1  the question.
2        THE WITNESS: It depends. My
3  weight training is different in the summertime
4  than it would be during the season.
5  Q.  (By Mr. Charfoos) Give me both.
6  A.  We don't -- the summertime, we
7  train harder, we lift harder. During the
8  season, it's impossible because the season's
9  too long. It'll wear your body down.
10       So maybe bench pressing -- maybe
11 150, 160 pounds. Not much at all. Just to
12 stay fresh.
13 Q.  Any other weights that you measure
14 when you're doing weights?
15 A.  I don't understand.
16 Q.  Maybe a dead lift, curls, overhead?
17 A.  We do a lot of different stuff,
18 you know. We do whatever the weight trainer
19 asks us to do. I mean, it's a lot of
20 different -- guards lift a little different
21 than the bigs. Sometimes they come up with
22 different formats.
23 Q.  And how long is your workout
24 normally in the summer?
25 A.  In the summertime, maybe an hour

**19**

1  and a half.
2  Q.  And the winter, abbreviated?
3  A.  Maybe 30 minutes.
4  Q.  Have you ever timed yourself for
5  running; how fast you run?
6  A.  No, I haven't.
7  Q.  Were you ever in any running
8  contests of any type?
9  A.  No.
10 Q.  Do you consider yourself fast?
11 A.  I'm pretty quick for my size.
12 Q.  Why do you have a security guard,
13 personal?
14 A.  Because I'm one of the elite of
15 elites for basketball players in the world.
16 And sometimes people don't have your best
17 interest in heart, and they try to do things
18 to cash theirselves (sic) out.
19 Q.  And is that out of your own
20 payroll --
21 A.  Yes. I pay for it.
22 Q.  -- out of your own check?
23       Did you remember Mr. Artest going
24 onto the scoring table and laying there?
25 A.  Yes, I do.

**20**

1  Q.  Did you see the events between him
2  and Mr. Wallace?
3  A.  Yes, I did.
4  Q.  Did you form any opinions about
5  who was right or wrong in that matter?
6  A.  No. You know, you -- the
7  situation at that particular point, it was so
8  drawn out, you know. I would personally
9  think that if I had to make a decision on
10 that particular altercation, I would say that
11 Ben Wallace ignited the entire crowd by
12 throwing --
13 Q.  I'm sorry?
14 A.  Ben Wallace ignited the entire
15 crowd by throwing objects at Ron Artest.
16 That's if I had to make a decision.
17 Q.  Did you jump into that at all?
18 A.  No, I didn't.
19 Q.  Why not?
20 A.  Because I was on the bench.
21 Q.  You're not allowed --
22 A.  And the rules are if you step foot
23 off the bench, you're suspended.
24 Q.  So even as captain, you did not
25 have the right to go?



setdepo
Streamlined · Centralized · Standardized
The Evolution of Deposition Management

Nationwide Scheduling
Toll Free: 1.800.451.3376
Facsimile: 1.888.451.3376
www.setdepo.com