Haddad v. Indiana Pacers et al — Doc. 49 Att. 7
Case 2:04-cv-74932-ADT-DAS   Document 49   Filed 06/30/2006   Page 1 of 3
Haddad v. Indiana Pacers, et al   Multi-Page™   Kris Siadi   Wednesday, May 24, 2006

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Case No. 04-CV74932

CHARLES HADDAD,

       Plaintiff,      Honorable Anna Diggs Taylor

   vs.       Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name,
a/k/a PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE
O'NEAL, and ANTHONY JOHNSON, Jointly
and Severally,

       Defendants.
_____/

      The Deposition of KRIS SIADI, a Witness herein, taken pursuant to Notice of Taking Deposition before Shari Blythe Holtz, CSR-3910, Registered Professional Reporter and Notary Public within and for the County of Wayne, State of Michigan, at 5510 Woodward Avenue, Detroit, Michigan, on Wednesday, May 24, 2006, commencing at about 11:25 a.m.

APPEARANCES:

   L.S. CHARFOOS, ESQ., P11799
   Charfoos & Christiansen, P.C.
   5510 Woodward Avenue
   Detroit, Michigan 48202
   (313)875-8080

   For the Plaintiff.

   STEVEN M. POTTER, ESQ., P33344
   Potter, Deagostino, Campbell & O'Dea
   2701 Cambride Court, Suite 223
   Auburn Hills, Michigan 48326
   (248)377-1700

   For Indiana Pacers.

      (Appearances continued on page 2.)

Page 14

1 Q Was he unconscious?
2 A I don't think he was unconscious.
3 Q Was anybody attending to him? Or was he just laying
4   there in the middle of the room?
5 A It seemed like he was just laying there in the middle of
6   the room. There were medical people in there looking at
7   him, but they weren't like over the top of him.
8 Q They were not over the top of him?
9 A Not that I saw, no.
10 Q How long were you in that place?
11 A I don't remember. I couldn't even give you an estimate.
12   I can't remember.
13 Q So what happened, then, after you got there and saw
14   Charlie on the floor, then what's the next thing that
15   happened?
16 A They took him away to the hospital.
17 Q Who is "they"?
18 A Medics.
19 Q Did you go with him?
20 A No, not in the ambulance. I drove separate.
21 Q So from the time you got to Charlie until the time they
22   took Charlie away, you have no recollection of talking to
23   Charlie?
24 A Not that I can remember, no. I don't remember any
25   conversation.

Page 15

1 Q Do you remember Charlie talking, even though you can't
2   remember what he was saying?
3 A Not that I can remember, no.
4 Q Do you remember anything anybody said to you in the place
5   Charlie was when you got to him?
6 A No.
7 Q And is that true from the time you got to Charlie until
8   the time you left the Palace?
9 A Anybody talk to me about him? I mean, I talked to people
10   to get back there and I talked to people in the room, but
11   I don't remember exactly what was said.
12 Q That's what I'm asking.
13      Do you recall anything that was said by anybody
14   from the time you first got to Charlie until they took
15   Charlie away in an ambulance?
16 A No. I do not recall, no.
17 Q Do you recall anything anybody said from the time you
18   first got to Charlie until you left the Palace?
19 A No.
20 Q At the time you got to Charlie, were you aware that
21   Charlie had gone onto the floor?
22 A No.
23 Q Were you ever aware that Charlie had gone onto the
24   floor -- did you become aware of that fact at any time
25   you were aware at the Palace before they took Charlie to

Page 16

1   the hospital?
2 A No.
3 Q And I think I asked you, you had no contact with Charlie
4   that night at the Piston game?
5 A I knew he was there.
6 Q Did you talk to him?
7 A On the phone.
8 Q Did he appear to be intoxicated at any point in time that
9   night?
10 A No, not that I know of.
11 Q Based on what you could hear on the phone?
12 A No.
13 Q Did you see him drinking that night?
14 A No.
15 Q Do you know what Charlie's drinking habits are?
16 A No.
17 Q Do you know him to drink? Have you ever known him to
18   drink alcohol or beer or wine?
19 A Yes.
20 Q Did you have season tickets to the Pistons?
21 A No.
22 Q You just happened to be there that night?
23 A Yes.
24 Q You knew Charlie had season tickets?
25 A Yes.

Page 17

1 Q Had you ever been to a basketball game with Charlie at
2   the Palace prior to November of '04?
3 A Yes.
4 Q Had you ever observed Charlie's drinking habits at the
5   basketball games you've been to with him?
6 A No.
7 Q Did you ever observe Charlie being a problem at the
8   basketball game?
9 A No.
10 Q Did you ever see him talked to by security at the
11   basketball games?
12 A No.
13 Q Were you aware Charlie was a problem at Piston games?
14 A No.
15 Q Have you ever seen any reports indicating -- describing
16   his behavior?
17 A No.
18 Q Do you know that he had been talked to by the head of
19   security about his behavior?
20 A No.
21 Q Did you know if Charlie had ever threatened to throw beer
22   on NBA players before that night?
23 A No.
24 Q Do you find that hard to believe?
25 A Yes.

Page 18

1  Q  You've never seen a report where Charlie admitted he
2     wanted to do that?
3         MR. CHARFOOS: Wait. You are arguing with him.
4  BY MR. POTTER:
5  Q  I'm asking you, had you ever seen a report where Charlie
6     admitted he wanted to do that?
7  A  No.
8         MR. CHARFOOS: Nor have I.
9  BY MR. POTTER:
10 Q  Did you and Rose follow -- or go to the hospital where
11    Charlie was taken?
12 A  Yes.
13 Q  When you got to the hospital, were any other family
14    members there?
15 A  No. I think I was the first one.
16 Q  You and Rose?
17 A  Rose and I, yes.
18 Q  What happened to Sharbell and Bree?
19 A  They just stopped us off. I think they came in for a
20    minute and then they left. They had to leave.
21 Q  It was their vehicle?
22 A  Yes. Sharbell drove.
23 Q  So they dropped you off; you and Rose stayed at the
24    hospital?
25 A  Yeah, I think they came in for a minute and they had to

Page 19

1     leave.
2  Q  Then other family members showed up eventually?
3  A  Yes.
4  Q  Who else?
5  A  I don't remember exactly.
6  Q  Well, Mr. and Mrs. Haddad said they were there, together
7     with Ann and Rudy.
8  A  Yes.
9  Q  Do you recall them being there?
10 A  Yes.
11 Q  Did you stay at the hospital the whole time Charlie was
12    there? In other words, right up to the point where he
13    was released?
14 A  I don't remember if he was released or not.
15 Q  Did you ever talk to Charlie in the hospital or at the
16    hospital, either one?
17 A  Yes.
18 Q  What did you talk to Charlie about?
19 A  I don't remember.
20 Q  Do you recall anything Charlie said?
21 A  No.
22 Q  Did you ask Charlie what happened?
23 A  No.
24 Q  Have you ever asked Charlie, from the date -- from
25    November 19, '04 to the present date, have you ever asked

Page 20

1     him why he went on to the floor?
2  A  No.
3  Q  You are aware he did go on to the floor. Have you seen
4     videotape of him on the floor?
5  A  I've seen videotapes.
6  Q  Would you agree he was on the basketball court?
7  A  No.
8  Q  No?
9         MR. CHARFOOS: The videotape will speak for
10    itself.
11 BY MR. POTTER:
12 Q  I'm asking what you saw on the videotape.
13 A  I don't know what I saw.
14 Q  You don't know what you saw on the videotape?
15 A  No.
16 Q  Did you ever talk to AJ about what happened that night?
17 A  No.
18 Q  Was AJ at the hospital?
19 A  I don't remember.
20 Q  So as I understand your testimony, you don't recall
21    anything Charlie said to you about anything at the
22    hospital?
23 A  No.
24 Q  Is that correct?
25 A  Correct.

Page 21

1  Q  Who took Charlie home?
2  A  I don't remember.
3  Q  Did he go to Burt or did he go to your house?
4  A  I don't remember.
5         (Deposition interrupted.)
6         (Short recess.)
7         - - -
8         (Mr. Akkashian has now joined the deposition;
9         Mr. Apkarian has now left the deposition.)
10 BY MR. POTTER:
11 Q  So you don't know where Charlie went from the hospital?
12 A  No. Exactly, no.
13 Q  Did you go home?
14 A  I went home.
15 Q  When's the next time you saw Charlie after that night?
16 A  I don't remember.
17 Q  Have you ever talked to Charlie about what problems he
18    alleges he has because of that night?
19 A  Repeat the question.
20 Q  Since the night of the brawl, have you ever talked to
21    Charlie about what problems, physical problems Charlie
22    contends he has because of what happened?
23 A  He doesn't like to talk about it too much.
24 Q  So you can't recall anything Charlie has ever told you is
25    wrong with him because of what happened that night?