## INDEX OF EXHIBITS

**Exhibit A –**   **Deposition of Charlie Haddad, selected pages.**

**Exhibit B –**   **Sgt. Casimir Miarka Narrative Report.**

**Exhibit C –**   **Palace Incident Report.**