Page 97

1  obtained by Palace Security?
2      A    No.
3      Q    Have you ever reviewed any statements
4  obtained by the NBA security?
5      A    What NBA security said?  There's one that was
6  in the police report.
7      Q    What did it say?
8      A    I don't really recall.  I know it said
9  something like I was obnoxious.  One of them said I was
10  padding my pocket.  They said something, a basketball
11  player at a Houston game.  Other than that, that's it.
12  There was probably like a couple pages.  It wasn't a
13  whole thick pages.  Like my family has all seen that but
14  they don't want to show it to me.
15      Q    What are you talking about:  Houston game
16  player?
17      A    One of -- well, they're showing me the
18  report.  She was showing me something that showed I was a
19  bad guy basically.
20      Q    Who, he; Muke?
21      A    Muke, yes.
22      Q    Saying you were a bad guy?
23      A    Just showing me, laughing, like:  Look, this
24  is how you was at the game.  And I'm like -- and just
25  basically showing that I was loud, obnoxious and I was, I

Page 98

1  had no idea who those people was but --
2      Q    I'm not following the Houston game there.
3      A    Houston game is one of the games they're
4  saying that I said something to a player.
5      Q    Is that true?
6      A    I don't remember it.  I mean I might have
7  said:  Hey, what's up, walking by.  But I never said
8  nothing what the guy was saying.
9      Q    What was the guy saying you said?
10      A    I don't know.  It's in the police report.  I
11  have no idea.  It said something me padding my pockets,
12  basically making me look bad.
13      Q    Why would padding your pocket make you look
14  bad?
15      A    I have no idea.
16      Q    Was he talking about you padding your pocket
17  on the Houston game or on November 19th?
18      A    At the Houston game.
19      Q    As if you had a weapon or something?
20      A    I don't know.  Like I read this documents but
21  it don't really sink in.  It's like whatever.  I try not
22  to read what the media says about me or anything.
23      Q    Do you believe you were knocked unconscious
24  as a result of being hit that night?
25      A    I don't if that's what it means not to

Page 99

1  remember.  That's what --
2      Q    Have you reviewed the video tape of yourself
3  after you were struck by Mr. O'Neal?
4      A    Have I seen it?
5      Q    Yes.
6      A    Yes.
7      Q    Did you see any point in time on that video
8  tape where you were not moving around?  In other words,
9  laying in an unconscious state.  Did you ever see that?
10      A    I haven't watched the video tape in almost
11  six months, almost probably a year.
12      Q    Do you know what portion of your anatomy was
13  struck by Mr. O'Neal?
14          MR. CHARFOOS:  Personally do you
15      know?
16      Q    Where did he hit you on your body?
17      A    Right here.
18          MR. CHARFOOS:  Showing for the
19      record.
20      Q    "Right here" is you just took your left
21  hand --
22      A    Probably my left side of my head.
23      Q    Left side of your head?
24      A    Yes.  Jaw, face.  I don't know really.
25      Q    I'm going to differentiate your face from

Page 100

1  your head, okay.  So did he strike you in the face or in
2  the head, if you know?
3      A    Don't recall.  Left side of my head.
4      Q    Why do you say head as opposed to face?
5      A    You talking about Mr. O'Neal?
6      Q    Yes.
7      A    Face, head, maybe face.
8      Q    Left side of face?
9      A    Either one.  I don't know.  What, you know,
10  the bottom could be the side, whatever this is.
11      Q    "This" you're referring to the side of your
12  face is what you're referring to, in the area between
13  your ear and the corner of your mouth.  That's what you
14  just held your hand up to.  Did I just describe that
15  correctly?
16      A    Correct.
17      Q    That's where you believe you were hit by
18  Mr. O'Neal?
19      A    They don't let me watch the tape.  I really
20  don't know.  I know it's somewhere in the left side of my
21  head or my face.  I don't remember exactly where it was.
22      Q    I'm going to read to you something from a
23  report.  No, I'm not going to read it.  I'm just going to
24  ask you a question.
25          Do you recall speaking to a Palace

25 (Pages 97 to 100)