| 01 | DATE 11/23/04 | DAY TUE | SHIFT 02 | PLAT 02 | BA | BADGE 1 0068 | BADGE 2 | INCIDENT STATUS ☐CLR ARREST ☐UNF ☐CLR EXCEPT ☐INACT | CRIME CLASS | INCIDENT # 04-0021418 |

000043

**INVESTIGATION**

03 On 11/23/2004, I was reviewing crowd control incident reports from the Palace of Auburn Hills from the Palace event dated 11/19/2004, The Detroit Pistons versus The
04 Indiana Pacers. I reviewed the statement of Amos Brown, crowd control supervisor. Mr. Brown states that he was attempting to escort Jermaine Oneal from the Indiana
05 Pacers off of the basketball court and to the visiting players locker room. Mr. Brown states that while walking near the tunnel several of the fans were taunting
06 Mr. Oneal and throwing pour, water, and beer at Mr. Oneal. Mr. Oneal became upset and began to throw punches at several of the fans. Mr. Brown states that he was
07 attempting to restrain Mr. Oneal but everyone was out of control. Mr. Oneal was eventually escorted down the tunnel leading to the visitors locker room. Mr. Brown
08 did not suffer any injuries from this incident.

09 I spoke with Jason Copley, a facility employee at the Palace of Auburn Hills. Mr. Copley told me that when the fight broke out he went to the basketball court near
10 the Pistons tunnel. Mr. Copley then started to move toward the visitors tunnel when the players were being escorted off the basketball court. Mr. Copley told me that
11 he saw Jermaine Oneal throw an elderly person to the floor. Mr. Copley then states he saw a black male subject run past him and Mr. Copley stated it looked as if this
12 person was on a mission to find someone or do something by the way he was running. Mr. Copley described this black male as being 30-40 years of age and wearing a
13 pistons hat and black leather coat. Mr. Copley told me he glanced away for a second and when he turned back he saw a chair thrown in the direction of Jermaine Oneal.
14 Mr. Copley told me that the chair came from the area that the subject he described above was sitting, however, he did not see the chair in this subjects hands. Mr.
15 Copley told me that after the chair was thrown he saw the subject described above run up the bleachers. Mr. Copley came to the station to review the video tape. Mr.
16 Copley told me that the person he described was wearing his hat in the front and thought it was a pistons hat. Mr. Copley told me that the person in the video that
17 I showed him was not the same person that ran past him. Mr. Copley also told me that he could not say for sure if the player that pushed the elderly person to the
18 floor was Jermaine Oneal or another Pacers player. Mr. Copley told me that everyone
19 else told him it was Oneal so he put that into his statement.

20 I reviewed the written statement of Alain Moore the Palace Event Manager. Mr. Moore states that after the fight broke out between Ben Wallace and Ron Artest and the two
21 were separated he saw Artest go to the scorers table and lay down on the table. Mr. Moore states that a fan threw a blue cup at Artest and Artest went into the stands.
22 Moore along with other Palace employees were attempting to hold back the fans and players when Moore saw a guest services employee attempting to hold back Jermaine
23 Oneal. Mr. Moore states that Jermaine grabbed the guest services employee, later identfied as Mel Kendziorski, and threw that employee on to the scorers table. Mr.
24 Moore states that Ron Artest came back on to the basketball court and was approached by two subjects wearing Pistons jerseys. Mr. Moore states that Mr. Artest punched
25 the first fan (Shackleford) and the second fan then charged at Mr. Artest and Mr. Artest hit the second fan (Haddad). Mr. Moore states that a few seconds later
26 Jermaine Oneal slid across the floor and struck Haddad in the jaw. Mr. Moore then requested security staff to escort Mr. Haddad and Mr. Shackleford back to the
27 security office.

28

| INVESTIGATING OFFICER(S) Sgt. Casimir Miarka | REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION TO |

## NARRATIVE REPORT

| 01 | DATE 11/23/04 | DAY TUE | SHIFT 02 | PLAT 02 | BA | 1 0068 | BADGE 2 | INCIDENT STATUS ☐ CLR ARREST ☐ UNF ☐ CLR EXCEPT ☐ INACT | CRIME CLASS | INCIDENT # 04-0021418 |

000044

I read the crowd control statement of Quincy Smith and requested that he come to the station to make a statement to me. Mr. Smith arrived at the station and I asked him to tell me what he saw happen on 11/19/2004 while working crowd control at The Pistons versus Pacers game. Mr. Smith told me that he was on the floor attempting to break up fights. Mr. Smith told me that he grabbed an unknown person to him and as he was helping him Jermaine Oneal came running across the floor and struck the subject in the jaw. Mr. Smith told me that he then was attempting to get Jermaine Oneal off the basketball court and at this time Mr. Oneal was cooperating with Mr. Smith. Mr. Smith told me as they approached the visitors tunnel several fans started yelling things at Mr. Oneal. Mr. Smith told me that the fans were yelling "Duck you and duck your mamma." Mr. Smith told Mr. Oneal to keep his head down and as they were walking in the tunnel and unknown fan threw something at Jermaine. Mr. Smith told me that Jermaine started to throw punches at the fans. Mr. Smith told me that he was struck in the jaw by Mr. Oneal's elbow and Mr. Oneal turned around and told Mr. Smith that he should have ducked. Mr. Smith was able to get Mr. Oneal under control with the assistance of several other people at which time Mr. Smith saw Jamaal Tinsley pick up a dust bucket and put it over his head and start to go back out toward the court. Several Pacers players and Palace Security were trying to stop Mr. Tinsley from going on to the court when Mr. Tinsley threw the dust bucket into the crowd. The handle of the dust bucket struck Mr. Smith in the lower part of the jaw. Mr. Smith told me that he does not believe that he received an injuries. I looked at Mr. Smith's jaw and there were not cuts or marks. I asked Mr. Smith to describe the dust bucket and the told me it was black and has a long handle on it so the maintenance people can sweep things into it rather than having to bend down. I asked Mr. Smith where Mr. Tinsley got the dust bucket from and Mr. Smith told me that it was in the hallway that leads from the tunnels toward the visitors locker room.

I spoke with Nicholas Charles, security employee at the Palace. Mr. Todd told me that he saw two Indiana Pacer players go into the stands and begin to fight with the fans. Mr. Todd then was escorting Pacer players to the visitors tunnel when another fight broke out. Mr. Todd told me that he does not know the names of the players, however, the Indiana Pacer player went into the stands and started fighting with fans. Mr. Todd told me that he jumped over the railing the divides the stands from the tunnel and began to pull off a fan from the Pacer player. Mr. Todd told me that the Pacer player and the fan were hitting each other. Mr. Todd told me that the fan made the statement that it was his father that was lying on the bottom of everyone, which later helped identify the fan as John Ackerman Jr. The player was later identified as David Harrison. Mr. Todd told me that he did not see what started the fight between Harrison and the crowd and he was only concerned with getting the crowd separated.

| INVESTIGATING OFFICER(S) | REVIEWED BY | ASSIGNED TO / BADGE | ATTENTION TO |
|---|---|---|---|
| Sgt. Casimir Miarka | | | |