5

# CROWD CONTROL/FACILITY PATROL INCIDENT REPORT

Event: Pistons vs. Indiana

☒ The Palace  ☐ Pine Knob  ☐ Meadow Brook
Date/time of incident: 11/19/04
Date/time report taken: 0015
Event Location: Pistons Court
Reporter: Sha. McNab
Day phone: ___
How were you notified of incident: over radio & facity patrol
Type of incident: ☒ Assault  ☐ Intoxication  ☐ Disorderly  ☐ Trespassing  ☐ Property Damage  ☐ Theft
☐ Other: ___

**SUSPECT/VICTIM/WITNESS (Circle One)**
Name: Charlie F. Haddad
Address: 9538 East Rd. Burt MI 48417
DL: H-330-115-6183
DOB: 8/7/83  Sex: M  Race: C  Hgt: 5'07  Wgt: 220  Hair: Bro  Eyes: Bro
Identifying Features (tattoo, etc.): Pistons Jersey
Any Injuries (Y/N): Y  Describe: Hit By ONeal
How were injuries received: Hit By ONeal
Medical treatment: ☐ First Aid  ☐ Medical Refused  ☐ EMS  ☐ EMS Transport  ☐ Other transport: N/A
Ejected (Y/N): ___ Time: ___ Location: ___ Number in party: ___
Ejected by: ___ Supervisor: ___
Arrested (Y/N): ___ Police report #: ___ Officer Involved: ___
Admits to use of alcohol/drugs (Y/N): ___ Type: ___ Quantity: ___
Guest exhibits: ☐ alcohol on breath  ☐ slurred speech  ☐ staggering walk  ☐ reddened eyes  ☐ belligerence
☐ passed out  ☐ violent behavior  ☐ difficulty comprehending  ☐ unusual behavior

**SUSPECT/VICTIM/WITNESS (Circle One)**
Name: ___ Phone: ___
Address: ___
DL: ___ SS#: ___
DOB: ___ Sex: ___ Race: ___ Hgt: ___ Wgt: ___ Hair: ___ Eyes: ___
[remaining fields blank]

**SUSPECT/VICTIM/WITNESS (Circle One)**
[all fields blank]

SUSPECT/VICTIM/WITNESS (Circle One)        Phone: _____

Name: _____
Address: _____
                                SS#: _____
ID#: _____   Race: ____   Hgt: ____   Wgt: ____   Hair: ____   Eyes: ____
DOB: ____   Sex: ____
Identifying Features (scars, etc.): _____
Any Injuries (Y/N)   Describe: _____
How were injuries received: _____
Medical treatment:  ☐ First Aid  ☐ Medical Refused  ☐ EMS  ☐ EMS Transport  ☐ Other transport ____
                                                                            Member in party: ____
Ejected (Y/N)   Time: ____   Location: ____
                                        Supervisor: ____
Ejected by: ____
Arrested (Y/N)   Police report #: ____   Officer Involved: ____   Quantity: ____
Admits to use of alcohol/drugs (Y/N)   Type: ____
Guest exhibits: ☐ alcohol on breath  ☐ slurred speech  ☐ staggering walk  ☐ reddened eyes  ☐ belligerence
             ☐ passed out          ☐ violent behavior ☐ difficulty comprehending  ☐ unusual behavior

INCIDENT I was notified that it was out of control. So I and other security patrol ran through the Pistons tunnel from back stage to the court to help with situations. I saw several of Indiana players go into stands and being pulled away by other players & security. I also saw a fan go onto the court. While I was pulling fans out of the way, the fan that went on to the court went up to O'Neal and O'Neal struck him. The fan (Fan Charlie Haddad) he was then helped up and escourted to security office by crowd control. I also helped escourt O'Neal, coach Carlisle & Crashees to the locker room. While doing so all types of objects & fluids being thrown at us. O'Neal went after anyone he could who threw or tried to hit him.

Shé McNab

I witnessed incident (Y/N)   I did not witness incident, i.e., report is patron's version (Y/N)

OTHER EMPLOYEES INVOLVED:
Employee: Shé McNab    CC Supervisor        Dept: CC
How involved: _____
Employee: _____                      Dept: ____
How involved: _____
Employee: _____                      Dept: ____
How involved: _____
Employee: _____                      Dept: ____
How involved: _____
                                                    DATE: ____
REVIEWED BY: _____