Haddad v. Indiana Pacers et al — Doc. 51 Att. 1
Case 2:04-cv-74932-ADT-DAS   Document 51-2   Filed 07/14/2006   Page 1 of 2
Case 2:04-cv-74932-ADT-DAS   Document 49   Filed 06/../2006   Page 1 of 2

On November 2nd 2004 I met Mr. Charlie Haddad at the Detroit Pistons vs. the Houston Rockets game. I was informed by Palace Security Supervisor Sam Khal that Mr. Haddad had told Sam that he was going to pour a beer on the head of Yao Ming and wanted to know what would happen to him if he did. Sam advised him not to do it and informed him of the possible ramifications upon doing such a thing. Sam then notified me of Mr. Haddad's comments. I asked to see this man so I could speak with him myself.

I informed the Auburn Hills Police and the NBA security representative Tyrone Mitchell about this possible situation. We placed two Auburn Hills Police officers at the visitors tunnel right next to where Mr. Haddad sits, section 107, A, to discourage any attempt of doing any sort of inappropriate action. We also added a couple more security guards to the area of his seat to make Mr. Haddad aware of a strong presence between security and myself for the player egress. It went with out an incident. I decided to wait until halftime to approach Mr. Haddad.

At the half I went to the Terrace club to touch base with Mr. Haddad because I had seen him inside the Terrace club earlier and figured that's where he might have been headed. He was there. As I approached Mr. Haddad at the bar, I introduced myself and asked to speak with him. He said, "Okay just let me pay for my drink." He had ordered a Long Island Ice Tee.

We both sat at a table in the Terrace Club where I reintroduced myself. I asked him his name and he told me "Charlie". I told Charlie what security had informed me of and if there was any truth to his statement. He told me that he did say those things but he was not going to do it. I asked him why he made the statement and he responded by saying "that he was the biggest Pistons fan in here and that I nobody understands that." He said that he wanted to "somehow get involved just one time to show everyone." He said he was a season ticket holder and spent $10,000 for his seat and "didn't want to lose them." As we continued to speak Mr. Haddad expressed again what a hard-core Pistons fan he was and that he just wanted to "get involved and be someone." He said that he'd been drinking and that he really wouldn't pour a drink on Yao Ming's head. Even though as he put it (he patted his back wallet pocket) " ya know, it would nice," he said with a smile.

At this point I informed Mr. Haddad that if he ever did such a thing it would lead to some very serious action against him from the Palace, the NBA and from the players themselves. I also let him know that Palace security did have some issues's with his behavior during the game such as spilling drinks on people, leaning over the railing to touch players and personnel. I told him that we do not know him and are very concerned of his statement and actions. Again, he assured me that he would not do anything to anyone and that he had been drinking. He asked me to watch him from here on out and that he would behave, he repeatedly told me this. At this point I instructed Mr. Haddad of what we expect from him and that proper behavior was as follows:

1. You can stand up and cheer.
2. No swearing
3. Use curtsy to those around you

4. Don't throw anything
5. No leaning over the railing to touch anyone.
6. You may stick your hand out to give a player five but it's up to the player if they wish to give you five.
7. Watch your drinking.

I decided to let Mr. Haddad go back to his seat and that myself and security would be monitoring him. He said that was fine and that he would show us that he understands the rules and will abide by them.

I've spoken with Mr. Haddad every game to see how he was doing, he tells me he is great and that he is not a problem. However, Palace security has continued to complain about his obnoxious behavior, spilling drinks on chairs and patrons and erratic behavior at the visitor's player tunnel. I myself have witnessed this behavior and during the Indiana game I spoke to several Palace officials about addressing Mr. Haddad's seating situation.

In closing, I saw Mr. Haddad on the floor taking a punch from Mr. O'Neal via TV. I guess Mr. Haddad finally got involved.

Timothy R. Smith

Director of Event Operations