UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

| | |
|---|---|
| L.S. Charfoos (P11799)<br>Jason J. Thompson (P47184)<br>Attorneys for Plaintiff<br>Charfoos & Christensen, P.C.<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br>(313) 875-8080 | Thomas W. Cranmer (P25252)<br>Matthew F. Leitman (P48999)<br>Hideaki Sano (P61877)<br>Attorneys for Defendant Anthony Johnson<br>Miller, Canfield, Paddock and Stone, P.L.C.<br>840 West Long Lake Road, Suite 200<br>Troy, MI 48098-6358<br>(248) 879-2000 |
| Richard Apkarian (P66206)<br>Dickinson Wright PLLC<br>38525 Woodward Avenue<br>Suite 2000<br>Bloomfield Hills, Michigan 48304<br>(248) 433-7200 | Potter, DeAgostino, Campbell & O'Dea<br>STEVEN M. POTTER (P33344)<br>Attorney for Indiana Pacers<br>2701 Cambride Court, Suite 223<br>Auburn Hills, Michigan 48326<br>(248) 377-1700 |

_____/

**ANTHONY JOHNSON'S RESPONSE TO PLAINTIFF'S MOTION
IN LIMINE AND BRIEF IN SUPPORT RE: TESTIMONY OF TIMOTHY R.
<u>SMITH AN EMPLOYEE OF PALACE OF AUBURN HILLS</u>**

    Defendant Anthony Johnson ("Johnson") relies on the reasons set forth in Jermaine

O'Neal's response to Plaintiff's motion in limine re: and brief in support filed with this court on

July 14, 2006 in response to Plaintiff's motion in limine re: testimony of Timothy R. Smith an

-2-

employee of palace of Auburn Hills.

        Respectfully submitted,

        MILLER CANFIELD PADDOCK AND STONE, P.L.C.


        BY:   /s/Hideaki Sano
            Thomas W. Cranmer (P25252)
            Matthew F. Leitman (P48999)
            Hideaki Sano (P61877)
        Attorneys for Defendant Anthony Johnson
        Miller, Canfield, Paddock and Stone, P.L.C.
        840 West Long Lake Road, Suite 200
        Troy, MI  48098-6358
        (734) 663-2445
        sano@millercanfield.com

Dated:  July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 840 West Long Lake Road, Suite 200 |
| (313) 875-8080 | Troy, MI 48098-6358 |
| | (248) 879-2000 |
| | |
| Richard Apkarian (P66206) | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| Attorney for Jermaine O'Neal | Attorney for Indiana Pacers |
| 38525 Woodward Avenue | 2701 Cambride Court, Suite 223 |
| Suite 2000 | Auburn Hills, Michigan 48326 |
| Bloomfield Hills, Michigan 48304 | (248) 377-1700 |
| (248) 433-7200 | |

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed:

**Anthony Johnson's Response To Plaintiff's Motion In Limine RE: Testimony of Timothy R. Smith An Employee of Palace Of Auburn Hills and Responsive Brief, and this Certificate of Service**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

lcharfoos@c2law.com; Richard M. Apkarian @ rapkarian@dickinsonwright.com; Steven M. Potter @ spotter@potterlaw.com; and Jason J. Thompson @ jthompson@c2law.com.

        MILLER CANFIELD PADDOCK AND STONE, P.L.C.

BY:  /s/Hideaki Sano
     Thomas W. Cranmer (P25252)
     Matthew F. Leitman (P48999)
     Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI 48098-6358
(734) 663-2445
Email: sano@millercanfield.com

2