UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.

Case No: 2:04CV74932
The Honorable Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 840 West Long Lake Road, Suite 200 |
| (313) 875-8080 | Troy, MI 48098-6358 |
| | (248) 879-2000 |
| Richard Apkarian (P66206) | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| 38525 Woodward Avenue | Attorney for Indiana Pacers |
| Suite 2000 | 2701 Cambridge Court, Suite 223 |
| Bloomfield Hills, Michigan 48304 | Auburn Hills, Michigan 48326 |
| (248) 433-7200 | (248) 377-1700 |

### ANTHONY JOHNSON'S JOINDER IN INDIANA PACERS' MOTION FOR SUMMARY JUDGMENT AS TO <u>PLAINTIFF'S PRAYER FOR EXEMPLARY DAMAGES</u>

Defendant Anthony Johnson ("Johnson") hereby joins in Defendant Indiana Pacers' (the "Pacers") motion for summary judgment regarding Plaintiff Charles Haddad's prayer for exemplary damages. Johnson relies on the reasons set forth in the Pacers' Motion for Summary

Judgment Regarding Exemplary Damages and brief in support filed with this court on June 30, 2006.

        Respectfully submitted,

        MILLER CANFIELD PADDOCK AND STONE, P.L.C.

        BY:  /s/Hideaki Sano
            Thomas W. Cranmer (P25252)
            Matthew F. Leitman (P48999)
            Hideaki Sano (P61877)
        Attorneys for Defendant Anthony Johnson
        Miller, Canfield, Paddock and Stone, P.L.C.
        840 West Long Lake Road, Suite 200
        Troy, MI  48098-6358
        (734) 663-2445
        sano@millercanfield.com

Dated:  July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,                                                   Case No: 2:04CV74932
                                                               The Honorable Anna Diggs Taylor
v.                                                                Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEIL and
ANTHONY JOHNSON, Jointly and Severally.

    Defendants.
_____/

| | |
|---|---|
| L.S. Charfoos (P11799) | Thomas W. Cranmer (P25252) |
| Jason J. Thompson (P47184) | Matthew F. Leitman (P48999) |
| Attorneys for Plaintiff | Hideaki Sano (P61877) |
| Charfoos & Christensen, P.C. | Attorneys for Defendant Anthony Johnson |
| 5510 Woodward Avenue | Miller, Canfield, Paddock and Stone, P.L.C. |
| Detroit, Michigan 48202 | 840 West Long Lake Road, Suite 200 |
| (313) 875-8080 | Troy, MI 48098-6358 |
| | (248) 879-2000 |
| | |
| Richard Apkarian (P66206) | Potter, DeAgostino, Campbell & O'Dea |
| Dickinson Wright PLLC | STEVEN M. POTTER (P33344) |
| Attorney for Jermaine O'Neal | Attorney for Indiana Pacers |
| 38525 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Suite 2000 | Auburn Hills, Michigan 48326 |
| Bloomfield Hills, Michigan 48304 | (248) 377-1700 |
| (248) 433-7200 | |

_____/

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2006, I electronically filed:

**Anthony Johnson's Joinder In Indiana Pacers' Motion For Summary Judgment As To Plaintiff's Prayer For Exemplary Damages and this Certificate of Service**

with the Clerk of the Court using the ECF system which will send notification of such filing to the following:
lcharfoos@c2law.com; Richard M. Apkarian @ rapkarian@dickinsonwright.com; Steven M.

Potter @ spotter@potterlaw.com; and Jason J. Thompson @ jthompson@c2law.com.

        MILLER CANFIELD PADDOCK AND STONE, P.L.C.

BY: /s/Hideaki Sano
    Thomas W. Cranmer (P25252)
    Matthew F. Leitman (P48999)
    Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
Miller, Canfield, Paddock and Stone, P.L.C.
840 West Long Lake Road, Suite 200
Troy, MI  48098-6358
(734) 663-2445
Email:  sano@millercanfield.com

2