## INDEX OF EXHIBITS

**Exhibit A –**    **Report of Timothy Smith**

**Exhibit B –**    **Deposition of Charles Haddad**