UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

Case No. 04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

_____/

CHARFOOS & CHRISTIANSON, P.C.
L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

POTTER, DEAGOSTINO, CAMPBELL & O'DEA
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambride Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

MILLER, CANFIELD, PADDOCK and STONE, PLC
THOMAS W. CRAMMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

DICKINSON WRIGHT PLLC
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California 90071
(213) 683-9266

_____/

## **DEFENDANT JERMAINE O'NEAL'S PRELIMINARY EXHIBIT LIST**

    Defendant Jermaine O'Neal ("Defendant O'Neal"), by and through his attorneys Dickinson Wright PLLC and Munger, Tolles & Olson LLP, states as follows for his Preliminary Exhibit List:

Based upon information known to date, and reserving the right to supplement or modify this list, Defendant O'Neal provides notice that he may introduce at trial any of the exhibits identified or described below:

1. Any and all medical records of Plaintiff Charles Haddad.

2. Any and all documents maintained by the Palace of Auburn Hills that in any way relate or refer to Plaintiff and/or the events occurring at the conclusion of the November 19, 2004 basketball game between the Detroit Pistons and Indiana Pacers.

3. Any and all documents maintained by the Palace of Auburn Hills with respect to Plaintiff's behavioral problems at Palace events.

4. The police report generated by the Auburn Hills Police Department.

5. Any and all video recordings of the November 19, 2004 basketball game between the Detroit Pistons and Indiana Pacers, including all video recordings of the events giving rise to this dispute.

6. Any and all documents reviewed and/or relied upon by the Oakland County Prosecutor's Office in connection with the investigation of the events occurring at the conclusion of the November 19, 2004 basketball game between the Detroit Pistons and Indiana Pacers.

7. Any and all witness statements describing the events occurring at the conclusion of the November 19, 2004 basketball game between the Detroit Pistons and Indiana Pacers.

8. Any exhibits identified or offered in the parallel criminal proceedings, as well as all court transcripts.

9. Any exhibits identified or offered by any other party.

10. The parties' responses to written discovery requests.

11. Any exhibits identified or submitted in depositions after this Exhibit List is submitted to the Court.

12. All depositions and exhibits to depositions.

13. All documents produced by non-parties through discovery, including documents produced from subpoenas.

14. Any and all expert witness reports, files, notes and other documents.

15. Any documentary evidence necessary for rebuttal or impeachment.

16. Demonstrative and/or summary exhibits.

17. Defendant O'Neal reserves the right to amend or supplement this list as additional information becomes know during discovery or otherwise.

Respectfully Submitted,

DICKINSON WRIGHT PLLC

By: /s Richard M. Apkarian Jr.
Lawrence G. Campbell (P11553)
Brian M. Akkashian (P55544)
Richard M. Apkarian Jr. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI  48226-3425
(313) 223-3500

MUNGER, TOLLES & OLSON LLP
William D. Temko
Joseph J. Ybarra
Application for Pro Hac Vice Pending
Co-Counsel for Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071
(213) 683-9266

Dated:  July 18, 2006

## PROOF OF SERVICE

STATE OF MICHIGAN    )
                     ) SS.
COUNTY OF OAKLAND    )

     Richard M. Apkarian Jr., being first duly sworn, deposes and says that on the 18th day of July, 2006, he caused to be served a copy of Defendant Jermaine O'Neal's Preliminary Exhibit List, and this Proof of Service via electronically filing using the ECF system with the clerk of court who will send notice to Jason J. Thompson, Steven M. Potter, and Hideaki Sano.

                                 /s/ Richard M. Apkarian

                         Richard M. Apkarian Jr. (P66206)
                         DICKINSON WRIGHT PLLC
                         Attorneys for Defendant Jermaine O'Neal
                         500 Woodward, Suite 4000
                         Detroit, MI 48226-3425
                         (313) 223-3500
                         Rapkarian@dickinsonwright.com

BLOOMFIELD 28552-1 759818v1