UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN - SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No.  04-CV74932
Hon. Anna Diggs Taylor
Magistrate Judge Donald A. Scheer

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, JERMAINE O'NEAL,
and ANTHONY JOHNSON,
Jointly and Severally,

    Defendants.

---

L.S. CHARFOOS P11799
JASON J. THOMPSON P47184
Charfoos & Christensen, P.C.
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI  48202
(313) 875-8080

DICKINSON WRIGHT PLLC
LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN JR. (P66206)
Attorneys for Defendant Jermaine O'Neal
500 Woodward, Suite 4000
Detroit, MI  48226-3425
(313) 223-3500

MILLER, CANFIELD, PADDOCK AND
  STONE, P.L.C.
Thomas W. Cranmer (P25252)
Matthew F. Leitman (P48999)
Hideaki Sano (P61877)
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI  48226
(313) 496-7651

MUNGER, TOLLES & OLSON LLP
WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue
35th Floor
Los Angeles, California  90071
(213) 683-9266

POTTER, DeAGOSTINO, CAMPBELL &
O'DEA
Steven M. Potter (P33344)
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

2

**DEFENDANT JERMAINE O'NEAL'S MOTION FOR SUMMARY
JUDGMENT REGARDING PLAINTIFF'S EXEMPLARY DAMAGES**

Defendant Jermaine O'Neal, by and through his attorneys, Dickinson Wright PLLC, moves for summary judgment regarding Plaintiff's claim for exemplary damages. In support of his motion, O'Neal relies on the facts and arguments set forth in Defendant Indiana Pacers' Motion for Summary Judgment Regarding Exemplary Damages and brief in support filed June 30, 2006.

                          Respectfully submitted,

                          DICKINSON WRIGHT PLLC

                          By:   s/Richard M. Apkarian Jr.
                               Lawrence G. Campbell (P11553)
                               Brian M. Akkashian (P55544)
                               Richard M. Apkarian Jr. (P66206)
                          Attorneys for Defendant Jermaine O'Neal
                        500 Woodward Ave., Suite 4000
                        Detroit, MI 48226
                        313-223-3500

Date: July 18, 2006

I hereby certify that on July 18, 2006, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following: Steven M. Potter, Hideaki Sano, Lawrence Charfoos and Jason Thompson.

s/Richard M. Apkarian Jr. (P66206)
DICKINSON WRIGHT PLLC
500 Woodward Avenue, Suite 4000
Detroit, Michigan  48226
(313) 223-3500
rapkarian@dickinsonwright.com

**DETROIT 28552-1 877100v1**