## DEFENDANT INDIANA PACERS' EMERGENCY MOTION TO COMPEL MEDICAL EXAMINATIONS

## INDEX OF EXHIBITS

**Exhibit A –**     **Complaint**

**Exhibit B –**     2 letters dated July 7, 2006 to L.S. Charfoos from M. Jesse
                      Letter dated July 17, 2006 to L.S. Charfoos from M. Jesse

**Exhibit C -**     Plaintiff's Letter dated July 10, 2006 from L.S. Charfoos to S. Potter

**Exhibit D -**     Plaintiff's Letter dated July 6, 2006 with enclosures (Guy Hostetler's expert reports)

**Exhibit E -**     *Gaines-Hanna, et al v. Farmington Public Schools, et al*, 2006 WL 932074 (E.D. Mich. April 7, 2006)

**Exhibit F -**     Charles Haddad Deposition Transcript, Vol. 2 (4/28/2006)