LAW OFFICES OF

# POTTER, DeAGOSTINO, O'DEA & PATTERSON

STEVEN M. POTTER
THOMAS M. DeAGOSTINO, P.C.
P. KELLY O'DEA
PATRICK T. DUNN
RICK J. PATTERSON

A PARTERNSHIP OF PROFESSIONAL CORPORATIONS
2701 CAMBRIDGE COURT, SUITE 223
AUBURN HILLS, MICHIGAN 48326

(248) 377-1700
FAX: (248) 377-0051

HARBOR SPRINGS OFFICE
8470 M-119
HARBOR SPRINGS, MICHIGAN

OF COUNSEL
DANIEL E. MORRISROE

July 7, 2006

L.S. Charfoos, Esq.
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202

*Via First Class Mail & Facsimile*

> Re:   **Charles Haddad v. Indiana Pacers, et al**
> **U.S. District Court Case No. 04-CV-74932**
> **Our File No. CHUBB-3749**

Dear Mr. Charfoos:

Enclosed is Defendant Indiana Pacers' Notice Of Independent Medical Examination for your client to be examined by Calmeze H. Dudley, M.D., on Thursday, August 3, 2006 at 6:45 p.m., with a Certificate of Service thereon concerning the above-referenced matter.

Kindly contact me within seven days to confirm that your client will appear for the appointment. Thank you.

Regards,

POTTER, DeAGOSTINO, O'DEA & PATTERSON

Misty L. Jesse, Ext. 28
Legal Assistant to Steven M. Potter

Enclosures
cc:   Matthew F. Leitman, Esq./Hideaki Sano, Esq.
Brian M. Akkashian, Esq./Richard M. Apkarian, Jr., Esq.
William D. Temko, Esq./Joseph Ybarra, Esq.
(w/enclosure)

Dockets.Justia.com

LAW OFFICES OF

# POTTER, DeAGOSTINO, O'DEA & PATTERSON

| | | |
|---|---|---|
| STEVEN M. POTTER<br>THOMAS M. DeAGOSTINO, P.C.<br>P. KELLY O'DEA<br>PATRICK T. DUNN<br>RICK J. PATTERSON | A PARTERNSHIP OF PROFESSIONAL CORPORATIONS<br>2701 CAMBRIDGE COURT, SUITE 223<br>AUBURN HILLS, MICHIGAN 48326<br><br>(248) 377-1700<br>FAX: (248) 377-0051 | HARBOR SPRINGS OFFICE<br>8470 M-119<br>HARBOR SPRINGS, MICHIGAN<br><br>OF COUNSEL<br>DANIEL E. MORRISROE |

July 7, 2006

L.S. Charfoos, Esq.
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202                    *Via First Class Mail & Facsimile*

> **Re:    Charles Haddad v. Indiana Pacers, et al**
> **U.S. District Court Case No. 04-CV-74932**
> **Our File No. CHUBB-3749**

Dear Mr. Charfoos:

Enclosed is Defendant Indiana Pacers' Notice Of Independent Medical Examination for your client to be examined by William M. Leuchter, M.D., on Tuesday, September 13, 2006 at 1:45 p.m., with a Certificate of Service thereon concerning the above-referenced matter.

Kindly contact me within seven days to confirm that your client will appear for the appointment. Thank you.

Regards,

POTTER, DeAGOSTINO, O'DEA & PATTERSON

Misty L. Jesse, Ext. 28
Legal Assistant to Steven M. Potter

Enclosures
cc:    Matthew F. Leitman, Esq./Hideaki Sano, Esq.
       Brian M. Akkashian, Esq./Richard M. Apkarian, Jr., Esq.
       William D. Temko, Esq./Joseph Ybarra, Esq.
       (w/enclosure)

LAW OFFICES OF

# POTTER, DeAGOSTINO, O'DEA & PATTERSON

| STEVEN M. POTTER | A PARTERNSHIP OF PROFESSIONAL CORPORATIONS | HARBOR SPRINGS OFFICE |
|---|---|---|
| THOMAS M. DeAGOSTINO, P.C. | 2701 CAMBRIDGE COURT, SUITE 223 | 8470 M-119 |
| P. KELLY O'DEA | AUBURN HILLS, MICHIGAN 48326 | HARBOR SPRINGS, MICHIGAN |
| PATRICK T. DUNN | | |
| RICK J. PATTERSON | | |

(248) 377-1700
FAX: (248) 377-0051

OF COUNSEL

DANIEL E. MORRISROE

July 17, 2006

L.S. Charfoos, Esq.
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202 ·

*Via First Class Mail & Facsimile*

**Re:**   **Charles Haddad v. Indiana Pacers, et al**
**U.S. District Court Case No. 04-CV-74932**
**Our File No. CHUBB-3749**

Dear Mr. Charfoos:

Enclosed is Defendant Indiana Pacers' **Second Amended** Notice Of Independent Medical Examination for your client to be examined by William M. Leuchter, M.D., on Wednesday, August 9, 2006 at 9:15 a.m., with a Certificate of Service thereon concerning the above-referenced matter.

Kindly contact me within seven days to confirm that your client will appear for the appointment. Thank you.

Regards,

POTTER, DeAGOSTINO, O'DEA & PATTERSON

Misty L. Jesse, Ext. 28
Legal Assistant to Steven M. Potter

Enclosures
cc:   Matthew F. Leitman, Esq./Hideaki Sano, Esq.
Brian M. Akkashian, Esq./Richard M. Apkarian, Jr., Esq.
William D. Temko, Esq./Joseph Ybarra, Esq.
(w/enclosure)