

THE HISTORIC HECKER-SMILEY MANSION

www.c2law.com

# CHARFOOS & CHRISTENSEN, P.C.
ATTORNEYS AND COUNSELORS AT LAW

5510 WOODWARD AVENUE, DETROIT, MICHIGAN 48202   (313) 875-8080   FAX No. (313) 875-8522

SAMUEL CHARFOOS (1908-1995)
LAWRENCE S. CHARFOOS*
DAVID W. CHRISTENSEN**
J. DOUGLAS PETERS**
JARED P. BUCKLEY
DAVID R. PARKER**
MARY PAT ROSEN**
ANN K. MANDT**
SANDRA J. RENARD
JASON J. THOMPSON

OF COUNSEL

THADDEUS J. KEDZIERSKI, JD, CPA

JOHN DAVID SIMPSON

MICHAEL D. MARRS
MICHAEL D. MARRS, P.C.
P.O. BOX 618
STEVENSVILLE, MI 49127

*ALSO ADMITTED TO NEW YORK AND ILLINOIS BARS
**ALSO ADMITTED TO PENNSYLVANIA BAR

July 10, 2006

Steven M. Potter
2701 Cambridge Court
Suite 223
Auburn Hills, MI  48326

JUL 1 2 2006

Re:   Haddad vs. Indiana Pacers, et al.

Dear Counsel:

I am in receipt of your Notices of Independent Medical Examination for Mr. Haddad to be examined by William M. Leuchter, M.D. and Calmeze H. Dudley, M.D relative to the above-entitled matter. Please file your request for physical/mental exams with the Court pursuant to Rule 35. We have instructed Mr. Haddad that this is a prerequisite to any further medical examinations.

Very truly yours,

L.S. CHARFOOS

:pac

Cc:   Brian M. Akkashian, Esq.
      William D. Temko, Esq.
      Hideaki Sano, Esq.
      Matthew F. Leitman, Esq.