MIE 310 Order of Reference to a Magistrate JudgeRev. 3/98)

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CHARLES HADDAD,

                Plaintiff(s),                Case Number: 04-CV-74932-DT

v.                                                Honorable Anna Diggs Taylor

INDIANA PACERS, et al,                Magistrate Judge Donald A. Scheer

                Defendant(s),
_____/

## ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that this matter is referred to United States Magistrate Judge Donald A. Scheer for the following purpose(s):

■ **Hearing and Determination pursuant to (28 USC 636 (b)(1)(A)) on:**
Defendant Indiana Pacers' Emergency Motion to Compel Medical Examinations [Doc. #60], filed July 24, 2006.

**Counsel will provide courtesy copy of exhibits.**

DATED: July 25, 2006                s/Anna Diggs Taylor
                                                     ANNA DIGGS TAYLOR
                                                     UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *document* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **July 25, 2006**.

                                                     s/Johnetta M. Curry-Williams
                                                     Case Manager