## **INDEX OF EXHIBITS**

**Exhibit**  **Title**

A	Answers to Plaintiff's First Interrogatories to Defendant Indiana Pacers

B	Defendant Indiana Pacers' Subpoena to Palace Sports & Entertainment, Inc.