UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,

     Defendants.

Civil Action
No. 04-CV74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

---

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C.
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(313) 248-377-1700

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

*(vertical text, left margin):* POTTER, DeAGOSTINO, O'DEA & PATTERSON

---

## ANSWERS TO

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT INDIANA PACERS

NOW COME Plaintiffs, by and through their attorneys, **CHARFOOS & CHRISTENSEN, P.C.,** and submit the following Interrogatories to the Defendant, to be answered by each Defendant in writing and under oath within twenty-eight (28) days from receipt hereof.

The information sought must be given, whether secured by you, your agent, your representative, your attorney or any other person who has made this knowledge known to you, or from whom you can get this information, and who is competent to testify as to the facts stated.

These Interrogatories shall be deemed continuing and supplemental answers, if you directly or indirectly obtain further or different information from the time the answers are served to the time of trial.

## INTERROGATORIES

**INTERROGATORY NO. 1:**        Does Defendant have any videotape or portion of videotape demonstrating that Alvin Shackelford was doing something that Defendant claims constitutes evidence of Defendant's claim that Alvin Shackelford should be a non-party at fault?

**ANSWER**:    Yes.

**INTERROGATORY NO. 2:**        If the answer to the preceding interrogatory is in the affirmative, please supply to Plaintiff a copy of same, showing the date and time of the videotaped event.

**ANSWER**:    Videotapes and a PowerPoint presentation were obtained via request to the Auburn Hills Police Department and the Oakland County Prosecutors' office. Plaintiff may request these materials directly from the Auburn Hills Police Department and the Oakland County Prosecutors' office.

**INTERROGATORY NO. 3**:        Does Defendant have any written statements that Defendant claims are evidence of non-party at fault activity by Alvin Shackleford?

**ANSWER**:    Yes.

**INTERROGATORY NO. 4:**        If the answer to the preceding interrogatory is in the affirmative, please attach a copy of such statement(s) to your answers to these Interrogatories, and state as to each, please state:

POTTER, DeAGOSTINO, ODEA & PATTERSON

a.    The date the statement was taken;
b.    Who took the statement;
c.    If handwritten, in whose handwriting the statement is written;
d.    Where the statement is taken.

**ANSWER**:    The only statements we have are in the Auburn Hills Police Department report which is available to Plaintiff through the Auburn Hills Police Department.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

_____
STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers

DATED:  May 25, 2005

**PROOF OF SERVICE**

The undersigned certifies that a copy of the above document was served upon the attorneys of record for all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein with postage fully prepaid, and by depositing said envelope in a U.S. post office mail box in Auburn Hills, Michigan on May 25, 2005.

_____
Laurie Edel