# United States District Court
# Eastern District of Michigan



## Subpoena in a Civil Case and Return of Service Form

| Plaintiff(s) | | Defendant(s) |
|---|---|---|
| CHARLES HADDAD | v | INDIANA PACERS, ET AL |

TO: SUSAN L. GREENFIELD, ESQ.
C/O PALACE SPORTS & ENTERTAINMENT, INC.
4 CHAMPIONSHIP DR.
AUBURN HILLS, MI 48326

CASE NO. 04 CV 74932
JUDGE HON. ANNA DIGGS TAYLOR

☐ SUBPOENA FOR ATTENDANCE AT TRIAL
☐ SUBPOENA FOR ATTENDANCE AT A DEPOSITION
☑ DOCUMENT PRODUCTION REQUEST ONLY
☐ PROPERTY INSPECTION REQUEST ONLY

| COMMAND TO APPEAR | YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to give in the above case, and, if so indicated, to bring certain documents with you. |
|---|---|

Place:    Date:
          Time:

☐ APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION BELOW)
☐ APPPEARANCE WITHOUT DOCUMENTS

| COMMAND FOR DOCUMENTS | YOU ARE HEREBY COMMANDED to have the following documents, objects or things delivered to the place listed below, or allow the inspection of the below-listed property at the date and time specified. |
|---|---|

Place: 4 CHAMPIONSHIP DR.
       AUBURN HILLS, MI 48326

Date: MARCH 24, 2006
Time: 10:00 A.M.

**Description of documents/items to be produced or property to be inspected:**

Produce any and all camera-isolated footage regarding the November 19, 2004, Pistons v. Pacers game and subsequent events; and permission for Edward Primeau to access the premises for duplication of the same.

| This subpoena is issued by (name, address and telephone number of attorney:) STEVEN M. POTTER, ESQ. 2701 CAMBRIDGE COURT, SUITE 223 AUBURN HILLS, MI 48326 | Date of execution MARCH 16, 2006 On behalf of the ☐ Plaintiff ☑ Defendant | Signature of issuing attorney/court officer *(signed)* |
|---|---|---|

INT-0129-MIE-4/92 REV. 4/94                         PAGE ONE OF TWO