UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932
Hon. ANNA DIGGS TAYLOR
Mag. Judge Donald A. Scheer

---

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | THOMAS W. CRANMER (P25252) |
| BRIAN M. AKKASHIAN (P55544) | MATTHEW F. LEITMAN (P48999) |
| RICHARD M. APKARIAN, JR. (P66206) | HIDEAKI SANO (P61877) |
| Attorneys for Jermaine O'Neal | Attorneys for Anthony Johnson |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson, Suite 2500 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 223-3500 | (313) 496-7651 |

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

---

**DEFENDANT INDIANA PACERS' SUPPLEMENTAL WITNESS LIST**

    NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide Defendant's Supplemental Witness List as follows:

1.    Rod W. Durgin, Ph.D. - Vocational Rehabilitation Expert

Dockets.Justia.com

        Vocational Assessments, Inc.
        33361 Executive Parkway, Suite 302
        Toledo, OH 43606

2.    Cheryl Hahenberg
       1292 S. Clubhouse Drive
       Lake Isabella, MI 48893

3.    James Winkler
       6396 Shadowbrook Drive
       Lake, MI 48632

4.    Ricardo Sanchez, Crowd Control
       Palace Sports & Entertainment
       Address Unknown

5.    Custodian of Records
       Northwest Airlines
       2700 Lone Oak Parkway
       Eagan, MN 55121-1534

6.    Lisa Stewart
       Southwest Airlines
       P.O. Box 36647
       Dallas, TX 75235

7.    Steve Fitzpatrick
       US Airways
       111 W. Rio Salado Parkway
       Tempe, AZ 85281

2.    Any and all witnesses, including expert witnesses, identified on Defendant's previously filed Witness Lists.

3.    Any and all witnesses, including expert witnesses, who appear on Plaintiff's Witness List.

4.    Any and all rebuttal witnesses.

5.    Any and all witnesses discovered through the course of discovery.

6.    All witnesses listed in answers to interrogatories, depositions and pleadings.

7.    Defendant reserves the right to amend this Witness List at any time prior to trial.

                                        POTTER, DeAGOSTINO, O'DEA & PATTERSON

s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

Dated: July 26, 2006

### CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2006, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

s/STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com
