## INDEX OF EXHIBITS

| **Exhibit** | **Title** |
|---|---|
| A | 11/20/04 and 10/25/05 Reports of Dr. John J. Kemerer, D.O., April 25, 2005 Report of Joel Beltran, D.O., and March 15, 2005 Report of Bradley Sewick, Ph.D |
| B | Defendant Indiana Pacers' Notice of Independent Medical Examination |
| C | Report of Stanley Berent, Ph.D. |