UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932

Hon. ANNA DIGGS TAYLOR

Mag. Judge Donald A. Scheer

---

L.S. CHARFOOS (P11799)
JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, Michigan 48202
(313) 875-8080/FAX 8522

LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN, JR. (P66206)
Attorneys for Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, Michigan 48226
(313) 223-3500

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

Potter, DeAgostino, O'Dea & Patterson
STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700/FAX 0051

MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Attorneys for Anthony Johnson
840 West Long Lake Road, Suite 200
Troy, Michigan 48098
(248) 267-3294/ FAX (248) 879-2001

---

**DEFENDANT INDIANA PACERS'**
**NOTICE OF INDEPENDENT MEDICAL EXAMINATION**

TO:   L.S. CHARFOOS, ESQ.
        JASON J. THOMPSON, ESQ.
        DEFENSE COUNSEL OF RECORD

Dockets.Justia.com

**PLEASE TAKE NOTICE** that pursuant to Fed.R.Civ.P. 35 Defendant INDIANA PACERS, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, hereby requests that Plaintiff CHARLES HADDAD present himself for an independent medical examination at the offices of the following examining neuropsychologist:

| | |
|---|---|
| **NEUROPSYCHOLOGIST:** | Stanley Berent, Ph.D. |
| **LOCATION:** | University of Michigan Medical Center<br>1500 East Medical Center Drive<br>480 Med Inn Building<br>Ann Arbor, Michigan 48109 |
| **DATE AND TIME:** | Wednesday, April 19, 2006 7:00 a.m. to 4:30 p.m.<br>(w/one our lunch break) |

Any expense incurred or costs assessed by the examining psychologist for failure of Plaintiff to appear for the examination will be assessed against Plaintiff.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

/s/ Steven M. Potter
STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700

Dated: April 6, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing NOTICE OF INDEPENDENT MEDICAL EXAMINATION was served upon attorney for Plaintiff by telefax no. 313-875-8522 and first class mail and to all attorneys of record by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein with postage fully prepaid, and by depositing said envelope in a U.S. post office mail box in Auburn Hills, Michigan on 4-6-06.

/s/ Kathryn Briceland
KATHRYN BRICELAND



**University of Michigan
Health System**

**THE UNIVERSITY OF MICHIGAN
ANN ARBOR**

**Neuropsychology Division**
Telephone: 734-763-9259
Telefax: 734-936-9262

480 Med Inn Building, Box 0
University of Michigan Hosp
1500 East Medical Center D
Ann Arbor, Michigan 48109-0

April 5, 2006

Dear Mr. Charles F. Haddad:

Your appointment for neuropsychological testing has been scheduled at the University of Michigan Medical Center. During this appointment you will be given various neuropsychological and/or psychological tests.

This session will last approximately eight to nine hours with a one-hour lunch break on the **Wednesday, April 19, 2006 beginning at 7:00 A.M.** Because of this, please be sure to eat breakfast before you come.

Remember to bring any medications you will need to take, eyeglasses, other aids, or devices you normally need or use.

**Appointment:**
Date: Wednesday, April 19, 2006
Time: 7:00 AM

Our offices are located on the fourth level of the Med Inn Building. You should park in the Patient/Visitor Parking Structure attached to the Taubman Health Center and enter the Center on the second level. You will turn right at the information desk and follow that corridor until it ends, then turn left until you come to the Main Hospital Entrance, which is on your right. Take a left into the Main Hospital. You will go past the gift shop and the cafeteria. After you pass the cafeteria you will take a left down the next available hall, which is the Med Inn Building. You will pass the registration desk and just to your right there will be elevators, take them to the 4th floor. Please check in at the Neuropsychology Reception area (the waiting room has glass windows, which you can see from the elevator). Please see map for further detail.

**If you have any questions about the appointment or if you need to cancel, please call our office at (734) 763-9259.** We look forward to seeing you.

# DIRECTIONS TO THE
## UNIVERSITY OF MICHIGAN MEDICAL CENTER

**From the East via M-14**
**(Pontiac, Northern Detroit and suburbs)**
1. Take M-14 west to US 23 South.
2. Exit US 23 at Geddes (Exit 39).
3. Turn right (west) on Geddes.
4. Continues on Geddes for approximately 3 miles. After one mile, the name changes to Fuller.
5. Go past the VA Hospital (on the left).
6. You will see the Medical Center on a bluff to your left.
7. At the traffic light at Fuller and Maiden Lane/E. Medical Center campus turn left.
8. Follow the signs to the Patient/Visitor Parking Deck or other destination.

**From the East via I-94**
**(Detroit Metro Airport, Southern Detroit and suburbs, Canada)**
1. Take I-94 west to US 23 North.
2. Exit US 23 at Geddes (Exit 39).
3. Turn left (west) on Geddes.
4. Continue on Geddes for approximately 3 miles. After one mile, the name changes to Fuller.
5. Go past the VA Hospital (on the left).
6. You will see the Medical Center on a bluff to your left.
7. At the traffic light at Fuller and Maiden Lane/E. Medical Center campus turn left.
8. Follow the signs to the Patient/Visitor Parking Deck or other destination.

**From the South via US 23 (Toledo)**
1. Take US 23 North to Geddes (Exit 39).
2. Turn left (west) on Geddes.
3. Continue on Geddes for approximately 3 miles. After one mile, the name changes to Fuller.
4. Go past the VA Hospital (on the left).
5. You will see the Medical Center on a bluff to your left.
6. At the traffic light at Fuller and Maiden Lane/E. Medical Center campus turn left.
7. Follow the signs to the Patient/Visitor Parking Deck or other destination.

**From the North via US 23**
**(Flint, Brighton, Lansing)**
1. Take US 23 South to M-14 West.
2. Exit M-14 at "Downtown Ann Arbor" (Exit 3).
3. Go about ¾ mile (approx.) on N. Main along the river.
4. Turn left on Depot (Watch for it closely) just BEFORE the traffic light at Summit.
5. Remain on Depot for 1 mile, past the train station and up a hill where Depot becomes Fuller. Continue on Fuller.
6. At the traffic light at Glen and Fuller, turn left onto Glen and move into right lane.
7. Turn right at the traffic light at Maiden Lane/E. Medical Center Drive and proceed onto the Medical Center campus.
8. Follow signs to Patient/Visitor Parking Deck or other destination.

**From the West via I-94**
**(Jackson, Kalamazoo, Chicago)**
1. Take I-94 to the first "Ann Arbor" exit (Exit 172). This merges into Jackson Road (Eastbound).
2. Remain on Jackson, which becomes Huron, and continue for 2 ½ miles through downtown. You'll pass City Hall on your left. Several blocks later will be the UM Campus on your right.
3. After the traffic light at Glen and Huron, get into the far left lane.
4. Just before the road curves to the right, turn left at Zina Pitcher Place.
5. After one block, turn right at the traffic light onto East Ann.
6. Go one block and bear right onto Observatory.
7. Turn left at the traffic light onto E. Medical Center Drive.
8. Follow the signs to the Patient/Visitor Parking Deck or other destination.

# Welcome to University of Michigan Hospitals



