UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

        Plaintiff,        CIVIL ACTION NO. 04-74932

v.        DISTRICT JUDGE ANNA DIGGS TAYLOR

INDIANA PACERS, et al.,        MAGISTRATE JUDGE DONALD A. SCHEER

        Defendants.
_____/

## NOTICE OF HEARING

      The District Judge having entered an order pursuant to 28 U.S.C. 636(b)(1) referring **Defendant Indiana Pacers' Emergency Motion to Compel Medical Examinations** (filed 7/24/06) to United States Magistrate Judge Donald A. Scheer for hearing and decision:

      **TAKE NOTICE** that the Motion is set for hearing on **Thursday, August 10, 2006 at 2:00 p.m.,** before the Magistrate Judge in Room 640, U.S. Courthouse, at Detroit, Michigan. Counsel may bring an appropriate order granting or denying the motion to the hearing.

      The response to the motion shall be filed within 14 days after service of the motion. See, Local Rule 7.1. A separate copy of the response shall be **mailed or hand delivered** to the magistrate judge at 648 U.S. Courthouse, Detroit, MI 48226.

      No motions or stipulations for **adjournment** of the hearing submitted after 12:00 Noon the day prior to the hearing shall be considered, except upon a showing of a bona fide and unforseen emergency.

### SPECIAL REQUIREMENTS FOR DISCOVERY MATTERS

      If the motion addresses discovery issues, counsel shall comply with Paragraphs A through D.

      A. Counsel shall meet and confer in accordance with Local Court Rule 37.1 on **all presently pending** discovery motions that have been referred to the magistrate judge.

      B. If counsel are unable to resolve their differences, the movant shall prepare a **joint** list entitled "List of Unresolved Issues" as to those issues which remain in dispute. **The List must be delivered to Magistrate Judge Donald A. Scheer's chambers on or before 12:00 NOON August 8, 2006**. (Mailed, hand-delivered, or faxed 234-5498. The list does not need to be filed with the Clerk's Office). **Failure to submit the "List of Unresolved Issues" by the scheduled date may result in the court dismissing the above-referenced discovery motion(s).**

    C.  The List of Unresolved Issues shall be <u>one</u> document and include the following.

        1.  Identification of each and every issue which remains in dispute, including any interrogatories, requests for production of documents and/or requests for admissions.  The interrogatories, document requests, requests for admission and the corresponding answers/responses must be attached or copied into the list;

        2.  The respective positions of each party on every issue which remains in dispute;

        3.  Citations of authority that support the respective positions of each party on every issue which remains in dispute.

        4.  The List of Unresolved Issues shall not incorporate by reference disputed interrogatories, requests for production, or requests to admit.

    D.  In the event that all issues are resolved, the movant shall prepare a proposed Stipulation and Order disposing of the motion.  The proposed Stipulation and Order shall be delivered to Magistrate Judge Donald A. Scheer's chambers by the date specified in Paragraph B.

        BY: s/Michael Lang
        COURTROOM DEPUTY CLERK TO MAGISTRATE JUDGE DONALD A. SCHEER
        (313) 234-5215

Dated:  July 31, 2006

_____

### CERTIFICATE OF SERVICE

    I hereby certify on July 31, 2006 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically.  I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on July 31, 2006.  **None.**

        s/Michael E. Lang
        Deputy Clerk to
        Magistrate Judge Donald A. Scheer
        (313) 234-5217