UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,
    Plaintiff,

v.

    Civil No. 04-74932
    Hon. Anna Diggs Taylor

INDIANA PACERS, an assumed name a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON,
    Defendants.

_____/

## NOTICE OF HEARING

On June 30, 2006, Plaintiff filed a Motion in Limine [Doc. # 49], and Defendants filed their Responses on July 17, 2006 [Doc. # 53 & 54].

Now, therefore,

*IT I S ALSO ORDERED* that the parties shall appear in **Room 602, U.S. Theodore Levin Courthouse, Detroit, Michigan**, and shall present oral arguments on **Monday, September 18, 2006 @ 10:00 a.m.**

Both the moving party and the party opposing the motion should be prepared to submit to the Court their proposed orders at the conclusion of oral argument.

*If the date for oral argument on this motion follows the dates previously set for either the final pretrial conference or trial, then those dates are hereby adjourned pending the resolution of this motion.*

**IT IS SO ORDERED**.

DATED: August 14, 2006

    s/Anna Diggs Taylor
    ANNA DIGGS TAYLOR
    UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Notice of Hearing* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **August 14, 2006**.

    s/Johnetta M. Curry-Williams
    Case Manager: 313-234-5107

Dockets.Justia.com