UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932
Hon. ANNA DIGGS TAYLOR
Mag. Judge Donald A. Scheer

_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | THOMAS W. CRANMER (P25252) |
| BRIAN M. AKKASHIAN (P55544) | MATTHEW F. LEITMAN (P48999) |
| RICHARD M. APKARIAN, JR. (P66206) | HIDEAKI SANO (P61877) |
| Attorneys for Jermaine O'Neal | Attorneys for Anthony Johnson |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson, Suite 2500 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 223-3500 | (313) 496-7651 |
| | |
| WILLIAM D. TEMKO | |
| JOSEPH YBARRA | |
| Co-Counsel for Jermaine O'Neal | |
| 355 S. Grand Avenue, 35th Floor | |
| Los Angeles, California 90071 | |
| (213) 683-9266 | |

_____

## DEFENDANT INDIANA PACERS' SUPPLEMENTAL WITNESS LIST

    NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide Defendant's Supplemental Witness List as follows:

1.     Carol Howard, WDIV
    Keeper of multi-media records
    550 W. Lafayette
    Detroit, MI 48226

Dockets.Justia.com

2. Jamie Berns, Pacers Basketball Corporation
Keeper of multi-media records
125 S. Meridian
Indianapolis, IN 46225

3. Any and all witnesses, including expert witnesses, identified on Defendant's previously filed Witness Lists.

4. Any and all witnesses, including expert witnesses, who appear on Plaintiff's Witness List.

5. Any and all rebuttal witnesses.

6. Any and all witnesses discovered through the course of discovery.

7. All witnesses listed in answers to interrogatories, depositions and pleadings.

8. Defendant reserves the right to amend this Witness List at any time prior to trial.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

Dated: August 24, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2006, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

s/STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com