UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED 2006 SEP -1 P 12: 24

CHARLES HADDAD,

　　　　Plaintiff　　　　　　　　　　Case No. 04-74932

　v.　　　　　　　　　　　　　　　　Detroit, Michigan
　　　　　　　　　　　　　　　　　　Thursday, August 10, 2006
INDIANA PACERS et al.,　　　　　　　Magistrate Judge Scheer

　　　　Defendants
_____/

MOTION TO COMPEL MEDICAL EXAMINATION

BEFORE THE HONORABLE DONALD A. SCHEER, MAGISTRATE JUDGE

TRANSCRIPT ORDERED BY:　LAWRENCE CHARFOOS (Charfoos & Christensen)

APPEARANCES:

For the Plaintiff:　　　　　　　Charfoos & Christensen
　　　　　　　　　　　　　　　　BY:　LAWRENCE CHARFOOS
　　　　　　　　　　　　　　　　5510 Woodward Avenue
　　　　　　　　　　　　　　　　Detroit, MI　48202


For the Defendant Indiana　　　Potter, DeAgostino
Pacers:　　　　　　　　　　　　BY:　STEVEN M. POTTER
　　　　　　　　　　　　　　　　2701 Cambridge Court, Suite 223
　　　　　　　　　　　　　　　　Auburn Hills, MI　48326


For Defendant Johnson:　　　　　Miller, Canfield, Paddock & Stone
　　　　　　　　　　　　　　　　BY:　THOMAS W. CRANMER
　　　　　　　　　　　　　　　　840 W. Long Lake, Suite 200
　　　　　　　　　　　　　　　　Troy, MI　48098-6358


For Defendant O'Neal:　　　　　Dickinson Wright
　　　　　　　　　　　　　　　　BY:　BRIAN AKKASHIAN
　　　　　　　　　　　　　　　　500 Woodward Avenue, Suite 4000
　　　　　　　　　　　　　　　　Detroit, MI　48226-3425

ORIGINAL TRANSCRIPT
OR DEPOSITION
PLACED ON SHELF
# OF PAGES　42