UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff             Case No. 04-74932

  v.                            Detroit, Michigan
                               Thursday, August 10, 2006
INDIANA PACERS et al.,     Magistrate Judge Scheer

    Defendants
_____/

MOTION TO COMPEL MEDICAL EXAMINATION

BEFORE THE HONORABLE DONALD A. SCHEER, MAGISTRATE JUDGE

TRANSCRIPT ORDERED BY: LAWRENCE CHARFOOS (Charfoos & Christensen)

APPEARANCES:

For the Plaintiff:          Charfoos & Christensen
                              BY: LAWRENCE CHARFOOS
                              5510 Woodward Avenue
                              Detroit, MI 48202

For the Defendant Indiana    Potter, DeAgostino
Pacers:                        BY: STEVEN M. POTTER
                              2701 Cambridge Court, Suite 223
                              Auburn Hills, MI 48326

For Defendant Johnson:       Miller, Canfield, Paddock & Stone
                              BY: THOMAS W. CRANMER
                              840 W. Long Lake, Suite 200
                              Troy, MI 48098-6358

For Defendant O'Neal:        Dickinson Wright
                              BY: BRIAN AKKASHIAN
                              500 Woodward Avenue, Suite 4000
                              Detroit, MI 48226-3425

ORIGINAL TRANSCRIPT
OR DEPOSITION
PLACED ON SHELF
# OF PAGES ____