UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,                                  Case No. 04-CV-74932

-vs-                                                Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS    Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | THOMAS W. CRANMER (P25252) |
| BRIAN M. AKKASHIAN (P55544) | MATTHEW F. LEITMAN (P48999) |
| RICHARD M. APKARIAN, JR. (P66206) | HIDEAKI SANO (P61877) |
| Attorneys for Jermaine O'Neal | Attorneys for Anthony Johnson |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson, Suite 2500 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 223-3500 | (313) 496-7651 |

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

_____

## DEFENDANT INDIANA PACERS' SUPPLEMENTAL WITNESS LIST

      NOW COMES Defendant INDIANA PACERS a/k/a PACERS BASKETBALL

CORPORATION, by and through counsel, Potter, DeAgostino, O'Dea & Patterson, and provide

Defendant's Supplemental Witness List as follows:

1.     Mary Fielder
          2970 E. Dayton Road
          Caro, Michigan 48723

2.     Tim Wallace, address unknown at this time.

3. Ken Keefer, address unknown at this time.

4. Any and all witnesses, including expert witnesses, identified on Defendant's previously filed Witness Lists.

5. Any and all witnesses, including expert witnesses, identified on Plaintiff's and Co-Defendants' Witness Lists.

6. Any and all rebuttal witnesses.

7. Any and all witnesses discovered through the course of discovery.

8. All witnesses listed in answers to interrogatories, depositions and pleadings.

9. Defendant reserves the right to amend this Witness List at any time prior to trial.

POTTER, DeAGOSTINO, O'DEA & PATTERSON

s/STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com

Dated: September 15, 2006

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2006, I electronically filed the foregoing document with the Clerk of the Court using the ECF system which will send notification of such filing to the following: JASON J. THOMPSON, BRIAN M. AKKASHIAN/RICHARD M. APKARIAN, and HIDEAKI SANO, LAWRENCE S. CHARFOOS, THOMAS W. CRANMER, MATTHEW F. LEITMAN, and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants WILLIAM D. TEMKO/JOSEPH YBARRA, 355 S. Grand Avenue, 35th Floor, Los Angeles, California 90071.

s/STEVEN M. POTTER (P33344)
Attorney for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326
(248) 377-1700
spotter@potterlaw.com