UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

F I L E D
SEP 28 2006
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN



CHARLES HADDAD,

    Plaintiff,

vs.

INDIANA PACERS, JERMAINE
O'NEAL and ANTHONY JOHNSON,
    Defendants.
_____/

CIVIL ACTION NO. 05-CV-74932-DT

HONORABLE ANNA DIGGS TAYLOR
MAGISTRATE JUDGE MONA K. MAJZOUB

### CONSENT TO JURY SELECTION PROCEEDINGS BEING CONDUCTED BY UNITED STATES MAGISTRATE JUDGE

  In accordance with Local Rule 72.1(a)(2)(1), the parties in this case hereby voluntarily waive their right to jury selection being conducted by the District Judge to whom this case is assigned, and consent to this proceeding being conducted by a Magistrate Judge.

_____
Counsel for Plaintiff

_____
Counsel for Defendant Indiana Pacers

_____
Counsel for Defendant Anthony Johnson

_____
Counsel for Defendant ~~Anthony Johnson~~ Jermaine O'Neal

### ORDER OF REFERENCE

  In accordance with the foregoing consent of the parties, and pursuant to the Local Rule, IT IS ORDERED that jury selection proceedings shall take place before United States Magistrate Judge Mona K. Majzoub.

_____
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

DATED: 9-28-06