## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

CHARLES HADDAD,
                    PLAINTIFF,

                                          CASE NUMBER: 04-74932

v.                                        HONORABLE ANNA DIGGS TAYLOR

INDIANA PACERS, et al,                    MAGISTRATE JUDGE MONA K. MAJZOUB
                    DEFENDANTS.
_____/

## NOTICE OF TELEPHONE CONFERENCE

| DATE | TIME | ROOM |
|------|------|------|
| **Thursday, October 05, 2006** | **4:00 PM** | **Attorney Steven Potter initiate the conference call** |

# When all parties are connected, telephone
# Judge Majzoub's Chambers at
# (313) 234-5205.

## PROOF OF SERVICE

I hereby certify that a copy of this notice was served upon Counsel of Record on this date.

Dated: October 03, 2006                   s/ Lisa C. Bartlett
                                          Courtroom Deputy
                                          313-234-5206
                                          313-234-5495 (Fax)

Dockets.Justia.com