UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,                                  Case No. 04-CV-74932

-vs-                                          Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS    Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | MATTHEW F. LEITMAN (P48999) |
| BRIAN M. AKKASHIAN (P55544) | HIDEAKI SANO (P61877) |
| RICHARD M. APKARIAN, JR. (P66206) | Attorneys for Anthony Johnson |
| Attorneys for Jermaine O'Neal | 840 West Long Lake Road, Suite 200 |
| 500 Woodward Avenue, Suite 4000 | Troy, Michigan 48098 |
| Detroit, Michigan 48226 | (248) 267-3294/ FAX (248) 879-2001 |
| (313) 223-3500 | |

WILLIAM D. TEMKO [admission pending]
JOSEPH YBARRA [admission pending]
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

_____

**ORDER DENYING DEFENDANT, INDIANA PACERS',
MOTION FOR PARTIAL SUMMARY JUDGMENT
REGARDING EXEMPLARY DAMAGES**

At a session of said Court, held in the United States District Court,
City of Detroit, Wayne County, Michigan, on:
SEPTEMBER 18, 2006.

PRESENT:  HONORABLE ANNA DIGGS TAYLOR
U.S. DISTRICT JUDGE

This matter having come before the Court for hearing on Monday, September 18, 2006, and the Court being fully advised in the premises. For reasons stated on the record:

NOW, THEREFORE,

IT IS HEREBY ORDERED that Defendant, Indiana Pacers', Motion for Partial Summary Judgment Regarding Exemplary Damages [Doc. # 50] is denied and that the determination whether to instruct the jury regarding exemplary damages will be made at the time of trial.

Dated: October 4, 2006   S/ANNA DIGGS TAYLOR
                         U.S. District Court Judge

APPROVED BY:

s/L.S. CHARFOOS (P11799)
s/JASON J. THOMPSON (P47184)
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
lcharfoos@c2law.com
jthompson@c2law.com

s/STEVEN M. POTTER (P33344)
s/RICK J. PATTERSON (P55706)
POTTER, DeAGOSTINO, O'DEA & PATTERSON
Attorneys for Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
spotter@potterlaw.com
rjpatterson@potterlaw.com

s/LAWRENCE G. CAMPBELL (P11553)
s/BRIAN M. AKKASHIAN (P55544)
s/RICHARD M. APKARIAN, JR. (P66206)
Dickinson Wright PLLC
Attorneys for Def. Jermaine O'Neal
500 Woodward Ave., Suite 4000
Detroit, MI 48226
bakkashian@dickonsonwright.com
Rapkarian@dickinsonwright.com

s/THOMAS W. CRANMER (P25252)
s/MATTHEW F. LEITMAN (P48999)
s/HIDEAKI SANO (P61877)
Miller, Canfield, Paddock & Stone, PLC
Attorneys for Def Anthony Johnson
150 W. Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651
cranmer@millercanfield.com
Leitman@millercanfield.com
sano@millercanfield.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 4, 2006**.

                                        s/Johnetta M. Curry-Williams
                                        Case Manager