UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                        Plaintiff,

vs.                                                                 Civil Action
                                                                    No. 04-CV74932
INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an                                   Hon. Anna Diggs Taylor
Indiana corporation, JERMAINE O'NEAL and                            Mag. Judge Donald A. Scheer
ANTHONY JOHNSON, Jointly and Severally,

        Defendants.
_____/

| | |
|---|---|
| **L.S. CHARFOOS (P11799)**<br>**JASON J. THOMPSON (P47184)**<br>Charfoos & Christensen, P.C<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, MI 48202<br>(313) 875-8080 | **THOMAS W. CRANMER (P25252)**<br>**MATTHEW F. LEITMAN (P48999)**<br>**HIDEAKI SANO (P61877)**<br>Miller, Canfield, Paddock & Stone, P.L.C.<br>Attorneys for Defendant Anthony Johnson<br>150 West Jefferson, Suite 2500<br>Detroit, MI 48226<br>(313) 496-7651 |
| **LAWRENCE G. CAMPBELL (P11553)**<br>**BRIAN M. AKKASHIAN (P55544)**<br>**RICHARD M. APKARIAN, JR. (P66206)**<br>Dickinson Wright PLLC<br>Attorneys for Defendant Jermaine O'Neal<br>500 Woodward Avenue, Suite 4000<br>Detroit, MI 48226-3425<br>(313) 223-3500 | **WILLIAM D. TEMKO**<br>**JOSEPH YBARRA**<br>Admission Pending<br>Munger, Tolles & Olson LLP<br>Co-Counsel for Defendant Jermaine O'Neal<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>(213) 683-9266 |
| **STEVEN M. POTTER (P33344)**<br>Potter, DeAgostino, Campbell & O'Dea<br>Attorneys for the Indiana Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, MI 48326<br>(248) 377-1700 | |

_____/

## **DEFENDANTS' ORDER RE:**

## **TRIAL EQUIPMENT FOR USE IN COURTROOM**

At a session of said Court held in the U.S. District
Court, City of Detroit, County of Wayne,
State of Michigan on: <u>October 6, 2006</u>

  PRESENT:  <u>ANNA DIGGS TAYLOR</u>
                  UNITED STATES DISTRICT JUDGE

This Order is to allow **(Dickinson Wright PLLC), (Miller, Canfield, Paddock & Stone P.L.C.) and (Potter, DeAgostino, Campbell & O'Dea)** to bring in the following supplies, equipment and other items for use during Trial before the Honorable Anna Diggs-Taylor in the above-entitled matter:

1. Case File Boxes (4 to 5) Banker Boxes containing file materials.

2. Laptops

3. Electrical cords for use with laptop

4. Projector

5. Projector Screen

6. Projector Stand

7. Easel

8. Flip chart

9. Evidence Boards (4 to 5)

10. Lawyer Briefcases

11. Books (Federal Court Rules)

12. Supplies such as:

    a. Pens
    b. Papers
    c. Staples
    d. Paper Clips
    e. Binder Clips
    f. Markers

    SO ORDERED.


DATED: October 6, 2006                        s/Anna Diggs Taylor
                                              ANNA DIGGS TAYLOR
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 6, 2006**.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager