## **INDEX OF EXHIBITS**

**Exhibit A –**    **September 21, 2006, Correspondence and Broadcast Confirmation**

**Exhibit B –**    **October 3, 2006, Facsimile Cover Sheet and Message Confirmation**

**Exhibit C –**    **Attorney Copy of Order Submission**

**Exhibit D –**    **October 4, 2006, Order Re: Testimony of Timothy R. Smith**