LAW OFFICES OF

# POTTER, DeAGOSTINO, O'DEA & PATTERSON

STEVEN M. POTTER
THOMAS M. DeAGOSTINO, P.C.
P. KELLY O'DEA
PATRICK T. DUNN
RICK J. PATTERSON

A PARTERNSHIP OF PROFESSIONAL CORPORATIONS
2701 CAMBRIDGE COURT, SUITE 223
AUBURN HILLS, MICHIGAN 48326

(248) 377-1700
FAX: (248) 377-0051

HARBOR SPRINGS OFFICE
8470 M-119
HARBOR SPRINGS, MICHIGAN

OF COUNSEL
DANIEL E. MORRISROE

September 21, 2006

*Via Facsimile Only*

L.S. Charfoos, Esq.
CHARFOOS & CHRISTENSEN, P.C.
5510 Woodward Avenue
Detroit, Michigan 48202

> Re:  **Charles Haddad v. Indiana Pacers, et al**
> **U.S. District Court Case No. 04-CV-74932**
> **Our File No. CHUBB-3749**

Dear Mr. Charfoos:

Please allow this to confirm the receipt of your proposed order regarding the testimony of Tim Smith. The only objection I have to the proposed order is the phrase "related to the Palace incident on November 19, 2004." The judge indicated that she would address objections to Mr. Smith's testimony at the time of trial on a issue specific basis. Please revise the proposed order and resend it to me for my signature. I have discussed this issue with Brian Akkashian and he concurs with the above objection to the proposed order.

Regards,

POTTER, DeAGOSTINO, O'DEA & PATTERSON

Rick J. Patterson

RJP/sb

cc:   Matthew F. Leitman, Esq./Hideaki Sano, Esq. (Fax only)
      Brian M. Akkashian, Esq./Richard M. Apkarian, Jr., Esq. (Fax only)

Dockets.Justia.com

# FAX TRANSMISSION

### POTTER, DeAGOSTINO, O'DEA & Patterson
2701 CAMBRIDGE COURT, Suite 223
Auburn Hills, MI 48326
(248) 377-1700
Fax: (248) 377-0051

**To:**  LARRY CHARFOOS, ESQ.        **Date:**    September 21, 2006
BRIAN M. AKKASHIAN, ESQ.
MATTHEW F. LEITMAN, ESQ./
HIDEAKI SANO , ESQ.

**From:**  **Rick J. Patterson**        **Pages:**   2,  including this cover sheet.

**Fax #:**  (313) 875-8522
(313) 223-3598
(248) 879-2001/(734) 747-7147

**Subject:**   HADDAD V. INDIANA PACERS, ET AL

COMMENTS:

Please see attached correspondence of today's date regarding proposed Order Re: Testimony of Timothy R. Smith.

**IF YOU DO NOT RECEIVE ALL PAGES, OR HAVE ANY PROBLEM WITH TRANSMISSION, PLEASE CALL**
**(248) 377-1700**

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employees or agent responsible to deliver it to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the number below and return the message to the mailing address below via the U.S. Postal Service. Thank you.

BROADCAST CONFIRMATION REPORT

09/21/2006   14:05
ID=POTTER,DEAGOSTINO

PAGES     = 02

TOTAL TIME = 00:02'18"

| LOCATION ID | PAGES | RESULT |
|---|---|---|
| KEYPAD | | |
| 13138758522 | 02 | OK |
| Dickinson Wright | 02 | OK |
| MillerCanfieldDE | 02 | OK |
| 7347477147 | 00 | BUSY |