# FAX TRANSMISSION

POTTER, DeAGOSTINO, O'DEA & PATTERSON
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700
Fax: (248) 377-0051

**To:**     L.S. Charfoos, Esq.            **Date:**     October 3, 2006

**Fax #:**  (313) 875-8522                 **Pages:**    _5_, including this cover sheet.

**From:**   Rick J. Patterson, Esq.

**Subject:** Charles Haddad v. Indiana Pacers, et al
COMMENTS:

    Attached please find a copy of my September 21st fax and correspondence concerning the proposed Order Re: Testimony of Timothy R. Smith.

### IF YOU DO NOT RECEIVE ALL PAGES, OR HAVE ANY PROBLEM WITH TRANSMISSION, PLEASE CALL (248) 377-1700, Ext. 29

The information contained in this facsimile message is privileged or confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient or the employees or agent responsible to deliver it to the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is neither allowed nor intended. If you have received this communication in error, please immediately notify us by telephone at the number below and return the message to the mailing address below via the U.S. Postal Service. Thank You.

Dockets.Justia.com

## MESSAGE CONFIRMATION

10/03/2006  11:53
ID=POTTER,DEAGOSTINO

| DATE | S,R-TIME | DISTANT STATION ID | MODE | PAGES | RESULT | |
|---|---|---|---|---|---|---|
| 10/03 | 01'01" | 13138758522 | TX | 05 | OK | 0000 |

10/03/2006   11:51   POTTER,DEAGOSTINO → 13138758522                                           NO.414   P01

# FAX TRANSMISSION

POTTER, DEAGOSTINO, O'DEA & PATTERSON
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700
Fax: (248) 377-0051

**To:** L.S. Charfoos, Esq.               **Date:** October 3, 2006

**Fax #:** (313) 875-8522                  **Pages:** 5, including this cover sheet.

**From:** Rick J. Patterson, Esq.

**Subject:** Charles Haddad v. Indiana Pacers, et al
**COMMENTS:**

   Attached please find a copy of my September 21st fax and correspondence concerning the proposed Order Re: Testimony of Timothy R. Smith.

**IF YOU DO NOT RECEIVE ALL PAGES, OR HAVE ANY
PROBLEM WITH TRANSMISSION, PLEASE CALL (248) 377-1700, Ext. 29**

The information contained in this facsimile message is privileged or confidential information intended only for the use