# Rick Patterson

10/5/2006

| | |
|---|---|
| **From:** | \<cmecfadmin@mied.uscourts.gov\> |
| **To:** | \<pacotton@c2law.com\>; \<lcharfoos@c2law.com\>; \<jthompson@c2law.com\> |
| **Sent:** | Tuesday, October 03, 2006 5:11 PM |
| **Attach:** | ORDER TESTIMONY OF TIM SMITH.doc .dat |
| **Subject:** | PROPOSED ORDER: 04-74932 |

\*\*\* ATTORNEY COPY \*\*\*

Attached is Plaintiff's proposed Order Re: Testimony of Timothy R. Smith. I submitted the Order to defense counsel on September 20, 2006 with the oppostunity to accept, reject or modify, with no objection as of today's date. If you have any questions, please call Pat Cotton at 313-875-8080. Thank you.

---

This is an automatically generated email, please
do not respond.

---