UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                      Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,

      Defendants.

Civil Action
No. 04-CV-74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

_____/

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
**HIDEAKI SANO (P61877)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

_____/

## ORDER RE: TESTIMONY OF TIMOTHY R. SMITH

At a session of said Court held in the
U.S. Federal Courthouse, City of Detroit, County of
Wayne, State of Michigan on: September 18, 2006

PRESENT: Anna Diggs-Taylor
U.S. DISTRICT COURT JUDGE

The Court has reviewed Plaintiff's Motion in Limine Regarding the Testimony of Timothy R. Smith and his written statement, and Defendants' Answer to Plaintiff's Motion in Limine. For the reasons stated on the record, the Court grants Plaintiff's Motion as to the written document, but denies the Motion as to testimony of Timothy R. Smith related to the Palace incident on November 19, 2004.

SO ORDERED.

DATED: October 4, 2006

s/Anna Diggs Taylor
ANNA DIGGS TAYLOR
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 4, 2006**.

s/Johnetta M. Curry-Williams
Case Manager