## INDEX OF EXHIBITS

## Re: Defendant Indiana Pacers' Response to Plaintiff's Motions In Limine

**Exhibit A –**   Joint Final Pre-Trial Order

**Exhibit B –**   Detroit Pistons Season Ticket Holders Terms and Conditions