## DETROIT PISTONS SEASON TICKET HOLDERS TERMS AND CONDITIONS

By agreeing to purchase a Detroit Pistons season subscription you agree to the following terms and conditions:

**Ticket Rights:** The season tickets, which you are to receive, are owned by the Detroit Pistons. A season subscription is a revocable license to attend Detroit Piston games played at the Palace of Auburn Hills. The tickets and all privileges related to those tickets are licensed to the name that currently appears first on the account in the Detroit Pistons records, or the name on the front of the invoice. Season ticket accounts are non-transferable. Any change in contact name or address regarding an account must be made in writing and be signed by the season ticket holder on company/personal letterhead. Breach of any of the terms of this license subjects you to all legal remedies available to the NBA and the Detroit Pistons and its affiliates.

**Ticket Payment:** All payments must be received by the date listed on this invoice, or in the case of a payment plan, on succeeding invoices or notices. Please make checks or money orders payable to the Detroit Pistons. List your account number on the front of the check or money order. All season ticket privileges are revocable by the Detroit Pistons for failure to comply with any of the terms relating thereto, including without limitation, failure to make payment(s) hereunder when due. If you are on an installment payment plan and you fail to make any of the required payments, all of the payments you paid to the date this license is terminated will be forfeited by you.

**Special Note:** All payments, except those made by charge card, should be mailed in the enclosed envelope to Detroit Pistons at Palace of Auburn Hills, 4 Championship Drive, Auburn Hills, MI, 48371 or by telephone at (248) 377-0100.

**Fan Violation Policy:** If, while attending a game at the Palace of Auburn Hills, you or anyone using your tickets violates local or state law or policies set by the Detroit Pistons, the NBA or the Palace of Auburn Hills, such violation may result in the seizure and/or termination of your season subscription. The offending party may also be banned from the Palace of Auburn Hills. By way of example, the Palace of Auburn Hills will not tolerate abusive or obnoxious behavior, or behavior which violates or endangers other ticket holders. The NBA does not permit spectators to throw objects of any kind or to walk on the court.

**NBA Policy States:** If, in the opinion of the game officials, a spectator verbally abuses players and/or coaches in a manner which interferes with the ability of the coach to communicate with the players during game play or huddles, such spectator shall be issued a warning by building security. If such a spectator continues to behave in such an abusive manner, the spectator shall be ejected from the Arena. If a season tickets holder or someone using those tickets is ejected for a second time during the same season, the Detroit Pistons shall revoke the license for the season ticket subscription and all rights attendant thereto.

**Resale of Tickets:** It is against NBA and Detroit Pistons policy to sell tickets to Detroit Pistons games for more than the face ticket price. Any violation of this policy is grounds for immediate seizure and termination of all tickets and season ticket holder rights without refund or other compensation.

**Renewal/Upgrade Rights:** This license is for one season only. Renewing/upgrading of seats is at the discretion of the Detroit Pistons and may be changed at any time. The Detroit Pistons upgrade policy can be explained to a season ticket holder by calling the Detroit Pistons Ticket Services Department at (248) 377-8601. Please note, the Detroit Pistons will make a reasonable effort to renew/upgrade your seat, however the Detroit Pistons do not guarantee this opportunity.

**Disputes:** The Detroit Pistons shall, in its sole judgment, make any decisions and resolve all disputes regarding Detroit Piston tickets and any right attendant thereto. The venue for any lawsuit filed hereunder shall be Oakland County, Michigan.

**Policies and Procedures:** The Detroit Pistons reserve the right from time to time to modify policies and procedures related to a season ticket, upon notice to season ticket holders.

**Restrictions:** You agree not to transmit, distribute or sell any description, account, picture, video, audio or other form of reproduction of a Detroit Piston game or any surrounding activities for which this ticket is issued. This ticket may not be used for any form of commercial or trade purposes, including, but not limited to, advertising promotions, contest or sweepstakes, without the express written consent of the Detroit Pistons and the NBA.

**Use of Image:** You, and those who use your season tickets, grant permission to the Detroit Pistons, the NBA (and their respective licensees and agents) to utilize their image, likeness, actions and statements in any live or recorded audio, video or photographic display or other transmission, exhibition, publication or reproduction made of, or at, a Detroit Pistons game without further authorization or compensation.

**Assumption of Risk and Release of Liability:** The Detroit Pistons and Palace Sports & Entertainment, Inc. shall not be liable or responsible for any loss, damage, or injury to you or your guests, including death, or to any property of you or your guests that may result directly or indirectly from the attendance at a Detroit Pistons game. YOU AND YOUR GUESTS ASSUME ALL RISK INCIDENTAL TO ATTENDING A DETROIT PISTONS GAME, INCLUDING, BUT NOT LIMITED TO, THE DANGER OF

BEING INJURED BY PLAYERS, FANS, BASKETBALLS OR OTHER OBJECTS. YOU AGREE FOR YOURSELF AND YOUR GUESTS THAT THE DETROIT PISTONS, PALACE SPORTS & ENTERTAINMENT, INC., THE NBA AND THEIR RESPECTIVE SPONSORS, AFFILIATES, AGENTS AND EMPLOYEES ARE NOT LIABLE FOR INJURIES FROM ANY SUCH CAUSES. YOU AGREE TO INFORM EACH OF YOUR GUESTS OF THE PROVISIONS OF THIS SECTION PRIOR TO SSUCH GUEST'S ATTENDANCE AT A GAME.