UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,

                Defendants.
_____/

Civil Action
No. 04-CV-74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

**L.S. CHARFOOS (P11799)**
**JASON J. THOMPSON (P47184)**
Charfoos & Christensen, P.C
Attorneys for Plaintiff
5510 Woodward Avenue
Detroit, MI 48202
(313) 875-8080

**LAWRENCE G. CAMPBELL (P11553)**
**BRIAN M. AKKASHIAN (P55544)**
**RICHARD M. APKARIAN, JR. (P66206)**
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

**STEVEN M. POTTER (P33344)**
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

**THOMAS W. CRANMER (P25252)**
**MATTHEW F. LEITMAN (P48999)**
**HIDEAKI SANO (P61877)**
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

**WILLIAM D. TEMKO**
**JOSEPH YBARRA**
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

_____/

## ORDER RE: EXPERT VIDEO PLAYBACK EQUIPMENT
## FOR USE IN COURTROOM

At a session of said Court held in the U.S. District
Court, City of Detroit, County of Wayne,
State of Michigan on: <u>October 10, 2006</u>

PRESENT: <u>HONORABLE ANNA DIGGS TAYLOR</u>
UNITED STATES DISTRICT JUDGE

1

This Order is to allow Edward F. Boike, of Cecchini Video, Inc., 16910 E. Nine Mile Rd., Eastpointe, Michigan 48021 to bring in the following supplies, video and playback equipment and other items for use during Trial before the Honorable Anna Diggs-Taylor in the above-entitled matter:

**PLAYBACK SYSTEM**
**PROJECTOR**

**PELICAN CASE**:

 1 ea **OPTOMA** Projector model# EP-739  s/n O80N539AAAAAC0484
 1 ea Soft case for Projector (containing)
     1 ea 7' 1/8"mini Stereo cable
     1 ea 6' VGA Computer cable
     1 ea 6' A/C cable
     1 ea Projector remote control
 1 set  **BOSE** speakers "COMPANION 2"  s/n 035734Z51002305BP
 1 ea **BOSE** A/C adapter model# JOD-480-08A
 1 set **NXT** speakers model#5006 Gen 1.5
 1 ea 25' 1/8" mini Stereo extension cable
 1 ea 4' **RCA** Stereo audio cable
 1 ea 6' **RCA** Video cable
 1 ea 4' **RCA** to Mini stereo audio cable
 1 ea **RCA** to Mini adapter
 1 ea LASER pointer w/batteries
 3 ea #357 Batteries
 2 ea AAA Batteries

**SILVER VCR CASE**:

 1 ea **JVC** DVD/VHS VCR model# HR-XVC26U
          s/n 089Y3670
 1 ea **JVC** Remote model#LP21036-038
 1 ea DVD Cleaner Disc
 1 ea DVD Test disc
 1 ea VHS Test tape
 2 ea AA Batteries
 2 ea AAA Batteries
13' **SHARP** TV model# 13G M100 s/n 583787

33' TRI-TIER **TUFFEY** Cart w/Big wheels & A/C Power Strip

**BLACK CRATE**:

2

1 ea 5" **Magnavox** TV Model# RD0510 C103 s/n70930933
1 ea **TENSOR** Flex-light Model# CPDL126 w/ A/C Adapter
   KU35-5-500D
1 ea **SHARP** TV Remote model# G1125CESA
1 ea **RadioShack** Amplifier cat no. 15-1103
1 ea Audio/Video Switch w/3' TRI-RCA attached cable
1 ea **RadioShack** Headphones cat no. 33-1116
1 ea 5' **RCA** A/V cable
1 ea 6' **RCA** A/V cable (3 connector to 2)
1 ea 24' A/V Cable w/adapters
1 ea 20' RF cable (Orange)
1 ea 10' **RCA** audio cable
1 ea 20' **RCA** video cable
2 ea 18" **RCA** audio cables
1 ea **RCA** Y-audio adapter
2 ea 3' RF push on cables
1 ea 3' **RCA** extension cable
1 ea 25' A/C Cable Extension (Orange)
1 ea 6' projector A/C cable
2 ea 1' A/C extension cable
1 ea **Atlas-Rend** Pouch containing
   1 ea A/C ground lift
   2 ea AA Batteries
   2 ea AAA Batteries
   1 ea Earphone
   1 ea slotted screwdriver
   1 ea cross-slot screwdriver

1 ea 82" **Da-lite** tripod video screen


       SO ORDERED.

DATED:  October 10, 2006                    s/Anna Diggs Taylor
                                            ANNA DIGGS TAYLOR
                                            UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 10, 2006**.

                                            s/Johnetta M. Curry-Williams
                                            Case Manager

3