UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

-vs-

INDIANA PACERS, an assumed name a/k/a PACERS
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

Case No. 04-CV-74932

Hon. ANNA DIGGS TAYLOR

Mag. Judge Donald A. Scheer

---

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | THOMAS W. CRANMER (P25252) |
| BRIAN M. AKKASHIAN (P55544) | MATTHEW F. LEITMAN (P48999) |
| RICHARD M. APKARIAN, JR. (P66206) | HIDEAKI SANO (P61877) |
| Attorneys for Jermaine O'Neal | Attorneys for Anthony Johnson |
| 500 Woodward Avenue, Suite 4000 | 150 W. Jefferson, Suite 2500 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 223-3500 | (313) 496-7651 |

WILLIAM D. TEMKO
JOSEPH YBARRA
Co-Counsel for Jermaine O'Neal
355 S. Grand Avenue, 35th Floor
Los Angeles, California 90071
(213) 683-9266

---

**ORDER DENYING PLAINTIFF'S MOTION IN LIMINE
REGARDING THREE DEFENSES RAISED BY THE DEFENDANTS**

    At a session of said Court held in the US Federal
    Courthouse, City of Detroit, County of Wayne,
    State of Michigan on: October 11, 2006

    PRESENT: <u>ANNA DIGGS TAYLOR</u>
                  U.S. DISTRICT COURT JUDGE

    This matter having come before the Court on Plaintiff's Motion in Limine [Doc. #79]

requesting the Court to strike three defenses raised by the Defendants, namely Plaintiff's trespass on the basketball court, waiver of his claims by virtue of the language on the back of his ticket, and Plaintiff's intoxicated state; the Court having reviewed the briefing submitted by the parties and having held oral argument on October 11, 2006;

IT IS HEREBY ORDERED that Plaintiff's Motion in Limine is denied for the reasons stated on the record.

DATED: October 12, 2006         s/Anna Diggs Taylor
                                ANNA DIGGS TAYLOR
                                UNITED STATES DISTRICT JUDGE

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Order* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **October 12, 2006.**

                                s/Johnetta M. Curry-Williams
                                Case Manager

BLOOMFIELD  28552-1  795422v1