UNITED STATES EASTERN DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

vs.

Case No. 04-CV74932
Hon. Anna Diggs Taylor

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, and JERMAINE O'NEAL,
Jointly and Severally,

    Defendants.

_____

FILED 2006 OCT 19 P 3: 29

**VERDICT FORM**

We, the jury, make the following answers to the questions submitted by the Court:

**QUESTION NO. 1:** Did Defendant Jermaine O'Neal commit a battery?

Answer: __YES__ (yes or no)

If your answer is "no," do not answer any further questions.

**QUESTION NO. 2:** Was the battery justified because Defendant Jermaine O'Neal acted in defense of himself?

Answer: __No__ (yes or no)

If your answer is "yes," do not answer any further questions.

**QUESTION NO. 3:**  Was the battery justified because Defendant Jermaine O'Neal acted in defense of another person?

Answer: <u>YES</u> ((yes) or no)

If your answer is "yes," do not answer any further questions.

**QUESTION NO. 4:**  Was the battery a proximate cause of the Plaintiff's injury or damage?

Answer: ____ (yes or no)

If your answer is "no," do not answer any further questions.

**QUESTION NO. 5:**  Was the plaintiff's conduct a proximate cause of his injury or damage?

Answer: ____ (yes or no)

**QUESTION NO. 6:**  Was the plaintiff's intoxication a proximate cause of his injury or damage?

Answer: ____ (yes or no)

If your answer is "yes," proceed to Question No. 7.

If your answer is "no," proceed to Question No. 8.

**QUESTION NO. 7:** Was the Plaintiff, as a result of his intoxication, 50% or more the cause of the incident resulting in his injuries?

Answer: ____ (yes or no)

If your answer is "yes," do not answer any further questions.

**QUESTION NO. 8:** Was Alvin Shackelford's conduct a proximate cause of the Plaintiff's injury or damage?

Answer: ____ (yes or no)

**QUESTION NO. 9:** Using 100 percent as the total, what percentage of fault is attributed to Plaintiff, Alvin Shackelford and Jermaine O'Neal?

Plaintiff was ____ percent at fault.   (You must allocate a percentage of fault to Plaintiff only if you answered "yes" to Question No. 5 or Question No. 6.)

Shackelford was ____ percent at fault.   (You must allocate a percentage of fault to Alvin Shackelford only if you answered "yes" to Question No. 8.)

O'Neal was ____ percent at fault.

**QUESTION NO. 10:** What is the total amount of plaintiff's economic damages?

Answer: $_____

**Question NO. 11:** What is the total amount of plaintiff's non-economic damages?

Answer: $_____

Please note that the Court will reduce the plaintiff's compensatory damages in accordance with your answer to Question No. 9.

Signed,

_____
Foreperson

_19 OCT. 2006_
Date