AO 450  (Rev. 7/99) Judgment in a Civil Case        **CLOSED** <u>OCTOBER 24, 2006</u>

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

                      Plaintiff,

v.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION,
an Indiana Corporation, and JERMAINE O'NEAL,
Jointly and Severally,

                      Defendants.
_____/

## JUDGMENT IN A CIVIL CASE

Case Number: 04-CV-74932-DT

Honorable Anna Diggs Taylor

Magistrate Judge Donald A. Scheer

■ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, and that the action be dismissed on the merits.

**Pursuant to Rule (77d), FRCivP:**
Copies have been served upon counsel
of record via the Court's ECF System to
their respective email addresses disclosed
on the Notice of Electronic Filing.

Dated: October 24, 2006                                David Weaver, Clerk of the Court

                                             s/Johnetta M. Curry-Williams
                                             Deputy Clerk

Dockets.Justia.com