## AFFIDAVIT OF STEVEN M. POTTER

Index of Exhibits

Exhibit A - Invoices