**Chase Online**

Click here to close this window.

## Check Details

**COMMERCIAL CHECKING (...0634)**          **Available Balance:** ████████

**Check Number:** 15516          **Post Date:** 10/12/2006          **Amount of Check:** $550.00

| Front 🔍 | **Enlarge/Reduce Check Image** |
|---|---|



Need help printing or saving this check?

| Back 🔍 | **Enlarge/Reduce Check Image** |
|---|---|



Need help printing or saving this check?

Justia.com

WILLIAM M. LEUCHTER MD
26400 W. Twelve Mile Rd, Suite 170
Southfield, MI 48034


Attn: Steven M. Potter
Potter, DeAgostino, Campbell & O'Dea
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326

OCT 2 0 2006

Fax: 248-377-0051


## CONFIRMATION OF SERVICES


RE:  CHARLES HADDAD V PACERS BASKETBALL CORPORATION

PHYSICIAN:  WILLIAM M. LEUCHTER M.D..

DATE OF SERVICE: OCTOBER 17, 2006
                 OCTOBER 18, 2006

TYPE OF SERVICE:  PREPARATION FOR TRIAL, REVIEW OF RECORDS
                  4 ½ HOURS -- $1700.00
                  TRIAL TESTIMONY -- $3000.00

FEE:  $4700.00




## PLEASE REMIT PAYMENT TO:

William M. Leuchter M.D.
26400 W. Twelve Mile Road, Suite 170
Southfield, MI 48034

SS# 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

# Robert B. Forney, Jr., Ph.D., DABFT.

## Forensic Toxicologist

8825 West Bancroft
Toledo, Ohio 43617

OFFICE: (419) 213-3927
MOBILE: (419) 509-8962
email: rforney@meduohio.edu

# INVOICE

October 18, 2006

## Steven M. Potter, Esq.
POTTER, DeAGOSTINO, O'DEA & PATTERSON
2701 Cambridge Court, Suite 223
Auburn Hills, Michigan 48326

Re: *Charles Haddad v. Pacers Basketball Corporation, Jermaine O'Neal and Anthony Johnson*
Your File No. CHUBB3749

Dear Mr. Potter:

My remaining fees (FEE) expenses (EXP) in the above captioned matter are:

| Date | Type | Description | Hours | Amount |
|------|------|-------------|-------|--------|
| 01-24-06 | FEE: | Telephone consult – initial contact | 0.33 | $82.50 |
| 07-18-06 | FEE | Review file and DVD Melt 2 & 3 | 2.00 | $500.00 |
| 07-19-06 | FEE | Review file, write draft opinion | 2.25 | $562.50 |
| 07-19-06 | FEE | Telephone consult with Steven Potter, email draft opinion | 0.33 | $82.50 |
| 07-28-06 | FEE | Revise and mail final opinion | 1.00 | $250.00 |
| 09-29-06 | FEE | Review & critique Plaintiff expert, Dr. Bederka's opinion. Email it. | 1.50 | $375.00 |
| 10-06-06 | FEE | Prepare trial questions for Mr. Potter, email them | 2.00 | $500.00 |
| 10-16-06 | FEE | Review Dr. Bederka's trial deposition | 1.50 | $375.00 |
| 10-17-06 | FEE | Review file, telephone consult for trial prep | 2.50 | $625.00 |
| 10-18-06 | FEE | Travel to/from Detroit Federal District Court, wait, consult & testify | 6.00 | $1,500.00 |
| | | Total Fees | 19.41 | $4,852.50 |

| Date | Type | Description | | Amount |
|------|------|-------------|--|--------|
| 10-18-06 | EXP | Parking fee at Detroit Federal District Court | | $10.00 |
| | | Total Expenses | | **$10.00** |

| Date | Description | | Amount |
|------|-------------|--|--------|
| 04-06-06 | Receive retainer of $2,500.00  Thank you | | ($2,500.00) |
| | Total Payments Received | | **($2,500.00)** |

| | |
|--|--|
| Total Fees | $4,852.50 |
| Total Expenses | $10.00 |
| Total Payments Received | $2,500.00 |
| Total Owed | $2,362.10 |
| | |
| Grand Total | **$2,362.50** |

Steven M. Potter, Esq
POTTER, DeAGOSTINO, O'DEA & PATTERSON
Re: *Charles Haddad v. Pacers Basketball Corporation, Jermaine O'Neal and Anthony Johnson*

Receipt for parking at Federal District Court, Detroit on October 18, 2006






Ed Primeau
2161 Jarman
Troy, MI 48085

# Invoice

| Date | Invoice No. |
|------|-------------|
| 10/23/06 | 1009 |

**Bill To**

Steven M Potter
2701 Cambridge Court #223
Auburn Hills, MI 48326

Project: Haddad Trial

RECEIVED

OCT 27 2006

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
| | Net 30 | | |

| Description | Qty | Rate | Serviced | Amount |
|-------------|-----|------|----------|--------|
| Court Preparation: Write narrative for Haddad video clips and confirm MiniDv playback for court | 1 | 220.00 | 10/09/06 | 220.00 |
| Day one of trial | 4 | 220.00 | 10/11/06 | 880.00 |
| Day two of trial | 2 | 220.00 | 10/12/06 | 440.00 |
| Day three of trial | 5 | 220.00 | 10/13/06 | 1,100.00 |
| Day four of trial | 4 | 220.00 | 10/17/06 | 880.00 |
| Day five of trial | 7.5 | 220.00 | 10/18/06 | 1,650.00 |
| Travel Expenses: Parking, mileage, time | 2.5 | 220.00 | | 550.00 |

| | Total | $5,720.00 |
|--|-------|-----------|

Ed Primeau
2161 Jarman
Troy, MI 48073

# Invoice

| Date | Invoice No. |
|------|-------------|
| 10/06/06 | 1008 |

**Bill To**

Steven M Potter
2701 Cambridge Court #223
Auburn Hills, MI 48326

OCT 13 2006

| P.O. No. | Terms | Rep | Project |
|----------|-------|-----|---------|
|          |       |     |         |

| Description | Qty | Rate | Serviced | Amount |
|-------------|-----|------|----------|--------|
| Meet at office 8:30 am to disucss strategy and present Rev 3 Melt.  Discuss Ackerman/Haddad | 1 | 220.00 | 09/15/06 | 220.00 |
| Revise edits for 3 Melt DVD per Steven. Ackerman.  Author DVD | 2 | 220.00 | 09/20/06 | 440.00 |
| Meeting at office 1 pm to discuss Haddad strategy and meet with medical experts | 3 | 220.00 | 09/29/06 | 660.00 |
| Edit Haddad solo DVD per Steven/Author DVD | 3 | 220.00 | 09/29/06 | 660.00 |
| Edit Haddad solo DVD | 2 | 220.00 | 10/01/06 | 440.00 |
| Revise Haddad DVD.  Add compression markers to steady strobbing slo mo | 2 | 220.00 | 10/02/06 | 440.00 |
| Redo Haddad DVD.  Reload all footage to confirm network source - N/C | 5 | 0.00 | 10/03/06 | 0.00 |
| Review Haddad sequence.  Layouff to mini DV tape for court.  Burn revised DVDs.- N/C | 4 | 0.00 | 10/04/06 | 0.00 |
| Deliver DVDs and review with Steven - N/C | 2 | 0.00 | 10/05/06 | 0.00 |
| DVD copies of 3 Melt | 10 | 5.00 | 09/15/06 | 50.00 |
| DVD copies of Haddad | 10 | 5.00 | 10/05/06 | 50.00 |
| | | | **Total** | **$2,960.00** |

# INVOICE

CHAPA & GIBLIN
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

FEDERAL TAX ID NUMBER 38-1946446
1-800-308-4244
info@chapagiblin.com

POTT00
ATT: STEVEN M. POTTER
POTTER, DEAGOSTINO, CAMPBELL,
2701 CAMBRIDGE COURT
SUITE 223
AUBURN HILLS    MI 48326
(248)377-1700

FILE #:

CHARLES HADDAD VS. INDIANA PACERS, ETAL

| JOB NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| HADDA.POTTER | | .0%/ 30 | 0013746  00130746 | 10/13/06 |

| ACTIVITY DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| COPY ONLY DEP. OF JOHN KEMERER, D.O. TRANSCRIPT PREPARED ON AN EXPEDITED BASIS. | 10/09/06 | 1WAITIL | 1.00 | 45 | 3.25 | 146.25 |
| PHOTO COPY OF EXHIBITS | 10/09/06 | 1WAITIL | | 3 | .20 | .60 |
| TRANSCRIPT HAS BEEN E-MAILED | 10/09/06 | 1WAITIL | | | .00 | .00 |
| POSTAGE & HANDLING | 10/10/06 | | | | | 6.00 |

OCT 23 2006

INVOICE TOTAL $152.85

$ 152.85

← DETACH HERE

PLEASE PAY THIS AMOUNT

CHAPA & GIBLIN
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POTT00
POTTER, DEAGOSTINO

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10/13/06 | 00130746 |

$ 152.85



**AMBASSADOR**
**LEGAL SERVICES** L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 10/16/2006
Ambassador SI Number: 351971

| | |
|---|---|
| Claim Number: | 74985186LIO |
| Claimant's Name: | Haddad |
| Invoice Number: | 59317 |
| Case Name : | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 10/3/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | BRADLEY SEWICK, PH.D | 10/3/2006 | 10 | 77 @ | $3.30 | $254.10 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | | $17.00 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| Original and one copy of transcript (member) | AFTER HRS. | | 10 | 77 @ | $3.30 | $254.10 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $575.20 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**AMBASSADOR**
**LEGAL SERVICES** L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 8/14/2006
Ambassador SI Number: 347667

| | |
|---|---|
| Claim Number: | 74985186LIO |
| Claimant's Name: | Haddad, Charles |
| Invoice Number: | 59109 |
| Case Name : | HADDAD, CHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 7/24/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | ALVIN SHACKELFORD | 7/24/2006 | 10 | 119 @ | $3.30 | $392.70 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | | $17.00 |
| Misc. | ATTENDANCE 9:00 TO 2:30 | | 10 | 1 | | $50.00 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $459.70 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

# set**depo**℠

**Streamlined · Centralized · Standardized**
*The Evolution of Deposition Management*

Scheduling: 1.800.451.3376
Billing: 404.524.1700
Billing Fax: 404.524.1720
www.setdepo.com

STEVEN M. POTTER, ESQ.
POTTER, DE AGOSTINO, CAMPBELL & O'DEA
2701 CAMBRIDGE COURT
SUITE 223
AUBURN HILLS, MI 48326

## *Invoice #21834*

| Date | Terms |
|------|-------|
| 02/14/2006 | DUE ON RECEIPT |

| Assignment | Case | Set Depo | Shipped | Shipped Via |
|------------|------|----------|---------|-------------|
| 01/25/2006 | HADDAD, CHARLIE vs. INDIANA PACERS, ET AL. | 9335 | 02/03/2006 | DHL-P/O |

| Description | Amount |
|-------------|--------|
| **Copy Transcript of Videotaped Deposition of JAMAAL TINSLEY** | |
| COPIES OF VIDEO/DVT | $ 65.00 |
| COPY OF TRANSCRIPT | $ 184.80 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| READ & SIGN | $ 17.50 |
| | $ 267.30 |
| **Copy Transcript of Videotaped Deposition of JERMAINE O'NEAL** | |
| COPIES OF VIDEO/DVT | $ 130.00 |
| COPY OF TRANSCRIPT | $ 364.80 |
| LITIGATION SUPPORT CD-ROM | $ 50.00 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| READ & SIGN | $ 17.50 |
| | $ 562.30 |
| **Copy Transcript of Videotaped Deposition of RONALD W. ARTEST, JR.** | |
| COPIES OF VIDEO/DVT | $ 195.00 |
| COPY OF TRANSCRIPT | $ 578.40 |
| LITIGATION SUPPORT CD-ROM | $ 50.00 |
| MINI TRANSCRIPT - FREE | $ 0.00 |
| READ & SIGN | $ 17.50 |
| | $ 840.90 |
| DELIVERY-SD SHIPPING/HANDLING | $ 35.02 |
| DISCOUNT - CLIENT | $ -167.05 |

Tax ID No. 20-4254236

**Method of Payment**

☐ VISA
☐ MasterCard
☐ American Express

☐ Check Enclosed
Please Make Check Payable to SetDepo, LLC

| | | | | | | | | | | | | | | | |
|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|-|

Credit Card Number          Exp. Date

Signature (as it appears on your credit card)

Print Name (as it appears on your credit card)

Daytime Phone Number

Remit to: SetDepo, LLC   P.O. Box 52659   Atlanta, GA 30355

# AMBASSADOR
## LEGAL SERVICES L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)

Michigan, MI
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 7/31/2006
Ambassador SI Number: 346794

| | |
|---|---|
| Claim Number: | 74985186LIO |
| Claimant's Name: | Haddad |
| Invoice Number: | 59042 |
| Case Name : | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 7/11/2006 |
| Claim Office: | Michigan, MI |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | HADDAD, D. | 7/11/2006 | 10 | 22 @ | $3.30 | $72.60 |
| Original and one copy of transcript (member) | HADDAD, F. | 7/11/2006 | 10 | 28 @ | $3.30 | $92.40 |
| Postage - regular delivery | | | 10 | 1 | | $5.00 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| | | | | | Ambassador Surcharge | $0.00 |
| | | | | | Total Due: | $220.00 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerald

Ambassador Master Invoice Date: 7/7/2006
Ambassador SI Number: 344825

| | |
|---|---|
| Claim Number: | 74985186 |
| Claimant's Name: | Haddad, Charlie |
| Invoice Number: | 20938 |
| Case Name : | HADDAD, CHARLIE vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerald |
| Date of Service: | 5/24/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

### Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Non-member Originals | HADDAD, KHAWLA & FRANK/SIADI, ROSE | 5/24/2006 | 10 | 1 | $615.90 |
| | | | | Ambassador Surcharge | $15.00 |
| | | | | Total Due: | $630.90 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



**AMBASSADOR**
**LEGAL SERVICES** L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050    Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 4/24/2006
Ambassador SI Number: 338661

| | |
|---|---|
| Claim Number: | 74985186 |
| Claimant's Name: | Haddad, Charles |
| Invoice Number: | MAR292006 |
| Case Name : | HADDAD, CHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 3/29/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | HADDAD, CHARLIE | 3/29/2006 | 10 | 157 @ | $3.65 | $573.05 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| Postage - regular delivery | | | 10 | 1 | | $6.15 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $629.20 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 6/8/2006
Ambassador SI Number: 342221

| | |
|---|---|
| Claim Number: | 749851860LIO |
| Claimant's Name: | Haddad, Sharles |
| Invoice Number: | Apr282006 |
| Case Name : | HADDAD, SHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 4/28/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | HADDAD, CHARLIE, VOLII | 4/28/2006 | 10 | 108 @ | $3.30 | $356.40 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | | $17.00 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $423.40 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



**AMBASSADOR**
**LEGAL SERVICES** L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)

Michigan, MI
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 10/10/2006
Ambassador SI Number: 351828

| | |
|---|---|
| Claim Number: | 74985186 |
| Claimant's Name: | Haddad |
| Invoice Number: | 59289 |
| Case Name : | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 9/25/2006 |
| Claim Office: | Michigan, MI |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | WEINTRAUB, JAMES | 9/25/2006 | 10 | 59 @ | $3.30 | $194.70 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| Surcharge (Night, Weekend , Etc) | AFTER HOURS SURCHARGE | | 10 | 59 @ | $0.50 | $29.50 |
| Postage - regular delivery | | | 10 | 1 | | $10.50 |
| | | | | | Ambassador Surcharge | $0.00 |
| | | | | | Total Due: | $284.70 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**INVOICE**

CHAPA & GIBLIN
GENERAL COURT REPORTERS
401/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POTT00
ATT: STEVEN M. POTTER
POTTER, DEAGOSTINO, CAMPBELL,
2701 CAMBRIDGE COURT
SUITE 223
AUBURN HILLS        MI  48326
(248)377-1700

CHARLES HADDAD VS. INDIANA PACERS, ETAL

FILE #:

| B NUMBER | CASE NUMBER | TERMS | DATE | REPORTER | TIME | INVOICE NO. | INVOICE DATE | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| HADDA.POTTER | | .0%/ 30 | | | | 00130747 | 10/13/06 | | | |

| ACTIVITY DESCRIPTION | DATE | REPORTER | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| ELECTRONIC TRANSCRIPT COPY | 10/09/06 | 1PIKUS | 89 | 2.25 | 200.25 |
| DEP. OF JAMES WEINTRAUB, D.O. | | | | | |

OCT 23 2006

| INVOICE TOTAL |
|---|
| $ 200.25 |

$ 200.00
.00

FEDERAL TAX ID NUMBER 38-1946446
1-800-308-4244
info@chapagiblin.com

← DETACH HERE

CHAPA & GIBLIN
GENERAL COURT REPORTERS
401/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POTT00
POTTER, DEAGOSTINO

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10/13/06 | 00130747 |

PLEASE PAY THIS
AMOUNT
$ 200.25

# LEGALINK
**A MERRILL COMPANY**

230 W Monroe St    tel (312) 263-3524
Suite 1500    tel (800) 868-0061
Chicago, IL 60606    fax (312) 263-3544

# I N V O I C E

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14064424 | 10/12/2006 | 1401-143291 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 10/10/2006 | CONNCA | |

| CASE CAPTION |
|---|
| Haddad vs. Indiana Pacers, et al |
| **TERMS** |
| Due upon receipt |

Steven M. Potter
Potter DeAgostino Campbell & O'Dea
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

---

| | | | |
|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | |
|   John P. Bederka, Ph.D. | 48 Pages @ | 3.55/Page | 170.40 |
|     E-Delivery | | | n/c |
| | **TOTAL DUE >>>>** | | **170.40** |

LegaLink has merged with Merrill Corporation and can now provide you with complete
litigation support from discovery to trial.

OCT 23 2006

TAX ID NO.: 20-2665382                          (248) 377-1700

---

*Please detach bottom portion and return with payment.*

Steven M. Potter
Potter DeAgostino Campbell & O'Dea
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

Invoice No.:   14064424
Date      :   10/12/2006
**TOTAL DUE**  :     170.40

Job No.    :   1401-143291
Case No.   :
Haddad vs. Indiana Pacers, et al

Remit To:    **LegaLink, Inc., A Merrill Company**
               **PO Box 90473**
               **Chicago, IL 60696-0473**

**AMBASSADOR**
**LEGAL SERVICES** L.L.C.

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050    Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date:
Ambassador SI Number: 352553

| | |
|---|---|
| Claim Number: | 74985186LIO |
| Claimant's Name: | Haddad |
| Invoice Number: | 59341 |
| Case Name : | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 10/11/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

### Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | BRAD BLAKER | 10/11/2006 | 1 | 35 @ | $6.27 | $219.45 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| | | | | | Ambassador Surcharge | $0.00 |
| | | | | | Total Due: | $269.45 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

# INVOICE

# *Reitman Video Specialists, Inc.*

**504 Horton**
**Northville, MI 48167**      Tax # 38-3332005
**248.344.4271**      Fax # 248.344.4294

**INVOICE# 8240**

trvi@aol.com

**DATE: 10/18/06**

To: **Steven Potter**
Potter, DeAgostino, O'Dea & Patterson
2701 Cambridge Court
Suite 223
Auburn Hills, MI  48326

OCT 2 0 2006

| Services | Amount |
|---|---|
| 10/17/06  Courtroom Playback of the video deposition of DR. BRAD BLAKER in Detroit, MI.<br>BILLING: On standby at court (didn't play tape)<br>9:00 AM - 1:00 PM<br>4 hrs. @$200/1st hr., $50/additional hrs. | $350.00 |
| 10/18/06  Courtroom Playback of DR. BRAD BLAKER.<br>BILLING: 9:00 AM - 1:00 PM<br>4 hrs. | $350.00 |
| CASE: HADDAD VS. INDIANA PACERS | |

**Due Upon Receipt**

| Total: | 700.00 |
|---|---|
| Shipping: | 0.00 |
| Total Due: | $700.00 |

*Thank You*

**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 8/14/2006
Ambassador SI Number: 347653

| | |
|---|---|
| Claim Number: | 74985186LIO |
| Claimant's Name: | Haddad, Charles |
| Invoice Number: | 59079 |
| Case Name : | HADDAD, CHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 7/21/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | DOWDING, MICHAEL; KHAL, SMI; SMITH, TIMOTHY; WILSON, | 7/21/2006 | 10 | 219 @ | $3.30 | $722.70 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | | $17.00 |
| Misc. | ATTENDANCE 10:00 TO 5:00 | | 10 | 1 | | $125.00 |
| | | | | | Ambassador Surcharge | $0.00 |
| | | | | | Total Due: | $864.70 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

# J CHRIS NEWBERG

1717 EAST 14 MILE
UNIT D
BIRMINGHAM MI 48009
248 789 3789
JCN3870@AOL.COM

RECEIVED

OCT 16 2006

OCTOBER 13 2006

POTTER DEAGOSTINO ODEA & PATTERSON
ATTENTION: MISTY
2701 CAMBRIDE COURT
SUITE 223
AUBURN HILLS MI 48326

| DATE | INVOICE | DESCRIPTION | CLIENT | AMOUNT |
|------|---------|-------------|--------|--------|
| 10 8 06 | 136 | RUSH SERVE SHACKLEFORD BURT | HADDAD/PACERS | 150.00 |
| 10 13 06 | 137 | RUSH QUINTANILLA OTISVILLE TOLD TO STOP 9 HOURS WAIT (45/HOUR) | HADDAD/PACERS | 405.00 |

| | |
|---|---|
| PREVIOUS FIRM BALANCE | 455.00 |
| NEW CHARGES | 405.00 |
| PLEASE PAY | 860.00 |



Invoice

**Digital Document Management**

Invoice Number: 0078785-IN
Invoice Date: 10/9/2006

**1250 Kirts Road, STE 200**
**Troy, MI 48084**
**(248)269-7616 Phone**
**(248)2697615 Fax**

Sold To:
Potter, DeAgostino, & et al
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

Remit to:
C2 LEGAL of MICHIGAN, LLC
1250 Kirts Blvd.
STE 200
Troy, MI 48084
Fed ID # 74-2842091

RECEIVED

OCT 0 9 2006

| Client Matter # | Confirm To: | Salesperson |
|---|---|---|
| Haddad v. Pacers | Misty | Jason Okray |

| Item Number | Ordered | Price | Amount |
|---|---|---|---|
| Full Service-Medium Litigation | 1,732.000 | 0.130 | 225.16 |
| Laser Color Copies | 5.000 | 1.250 | 6.25 |
| Index Tabs | 26.000 | 0.290 | 7.54 |
| Custom Tabs | 17.000 | 0.650 | 11.05 |

To pay by credit card please fill in and fax to 248 269 761

Card #:
Signature:        Date:        Expires on:        Card Type:

| | |
|---|---|
| Net Invoice: | 250.00 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 15.00 |
| Invoice Total: | 265.00 |



Invoice

Digital Document Management

Invoice Number: 0078672-IN
Invoice Date: 10/4/2006

**1250 Kirts Road, STE 200**
**Troy, MI 48084**
**(248)269-7616 Phone**
**(248)2697615 Fax**

Sold To:

Potter, DeAgostino, & et al
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

Remit to:

C2 LEGAL of MICHIGAN, LLC
1250 Kirts Blvd.
STE 200
Troy, MI 48084
Fed ID # 74-2842091

| Client Matter #<br>Haddad v. Pagers | Confirm To:<br>Misty | | Salesperson<br>Jason Okray | |
|---|---|---|---|---|
| Item Number | Ordered | | Price | Amount |
| Full Service-Light Litigation | 8,515.000 | | 0.100 | 851.50 |
| Laser Color Copies | 25.000 | | 1.250 | 31.25 |
| Index Tabs | 130.000 | | 0.290 | 37.70 |
| Custom Tabs | 102.000 | | 0.650 | 66.30 |

To pay by credit card please fill in and fax to 248 269 761

Card #:

Signature:          Date:

Expires on:          Card Type:

| | |
|---|---|
| Net Invoice: | 986.75 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 59.21 |
| Invoice Total: | 1,045.96 |

Digital Imaging & Coding    Electronic Data Discovery    Litigation Copying    National Accounts    On-Site Staffing

Chicago    Dallas    Detroit    Houston    New York City    Troy

www.c2legal.com



| | SOUTHFIELD | TROY | ANN ARBOR | |
|---|---|---|---|---|
| | 24359 Mile Rd. | 1099 W. Maple Rd. | 1131 W. Maple | |
| | (248) 353-2950 | (248) 288-5600 | (734) 663-2471 | |

PLEASE REMIT TO:

DUNN BLUE
1009 W. Maple
Clawson, MI 48017
(248) 280-8940

DETROIT
500 Griswold
Lower Mezzanine
(313) 961-4444

RECEIVED

FARMINGTON HILLS
37660 Hills Tech Dr.
(248) 489-1999

## INVOICE

| | DATE | NUMBER |
|---|---|---|
| Div: 06 | 10/09/06 | 811185 |

```
B                                           S
I   POTTER DeAGOSTINO,                       H  POTTER DeAGOSTINO,
L   O'DEA & PATTERSON                        I  O'DEA & PATTERSON
L   2701 CAMBRIDGE COURT #223                P  2701 CAMBRIDGE COURT #223
T   AUBURN HILLS   MI   48326                T  AUBURN HILLS   MI  48326
O                                            O  (248)377-1700
    Ordered By: MISTY                           Proj Name/#: HADDAD & PACERS
TERMS: 30 DAYS              Freight terms: AREA D
```

| CUSTOMER P.O. | SHIPPED VIA | ACCOUNT # | ORDER# | SALESPERSON | ORDER DATE |
|---|---|---|---|---|---|
| HADDARD V PACERS | OUR TRUCK | 01705 | 083564 | HOUSE ACCOUNT | 10/06/06 |

| ORDERED | SHIPPED | B.O. | UNIT | ITEM NUMBER | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|
| 4 | 4 | | Each | 2218.11 | GRAPHICS FILE CONVERSION | * | 30.00 |
| | | | | | 1 copy of 4 originals | | |
| 36 | 36 | | Square Ft. | 1600.11 | PLOTS ON BOND | | 45.00 |
| | | | | | 1 set of 409  36 sq ft | | |
| 36 | 36 | | Square Ft. | 4001 | MOUNTING 3/16" FOAMCORE | | 142.20 |
| | | | | | 1 set of 409  36 sq ft | | |
| 1 | 1 | | Each | 5201 | DELIVERY CHARGE | | 5.99 |
| 1 | 1 | | Each | 5205 | FUEL SURCHARGE | . | 1.99 |

```
------------------------- Notes -------------------------
ORDERED BY: MISTY
JOB NAME :HADDAD V PACERS
------------------------- Notes -------------------------

Requested for: 10/09/06  1:00pm
```

Clerk: PAULA

VISIT OUR WEBSITE @ www.dunnblue.com

Dunn Blue welcomes Entire, Westside
and Detroit Reprographic customers!
Please update your records and make
your checks payable to:
Dunn Blue Reprographics
Your check may be deposited
electronically

| | |
|---|---|
| Sale amount | 225.18 |
| Tax | 13.39 |
| Balance due | 238.57 |

## Original Invoice

Late charges of 1.5% per month, equal to 18% annually, will be applied to past due balance.  Prices subject to change without notice.

## INVOICE SUMMARY

**YOU SAVED $15.79 BY CHOOSING UNISHIPPERS.**

Please direct billing inquiries to 248-683-2333.

AT UNISHIPPERS, "ONE CALL SHIPS IT ALL". WE CAN HELP YOU WITH ALL YOUR SHIPPING NEEDS.

Page 1 of Invoice No. 1002549836

| DATE | INVOICE No. | CUSTOMER No. | CURRENT |
|---|---|---|---|
| 10/16/06 | 1002549836 | UM3242G0 | $50.07 |
| OVER 30 | OVER 60 | OVER 90 | BALANCE DUE |
| $0.00 | $0.00 | $0.00 | $50.07 |

| | |
|---|---|
| AMOUNT DUE BY DATE 10/31/06: | $50.07 |
| AFTER 10/31/06 PAY LIST AMOUNT: | $65.86 |

## INVOICE DETAIL

| | | | |
|---|---|---|---|
| **Air Waybill** | 045620634640 | **SENDER** | **RECEIVER** |
| **Pickup Date** | 10/02/2006 | STEVEN M POTTER PC | CAL-EXPRESS |
| **Carrier** | DHL | STE 223 | --- |
| **Service Level** | Overnight | 2701 CAMBRIDGE CT | 917 W GRAPE STREET |
| **Pieces** | 1 | AUBURN HILLS, MI 48326 | SAN DIEGO, CA 92101 |
| **Weight** | 1 Letter | US | US |
| **Zone** | Zone :8 | Sent by: MISTY 248-377-1 | Attn to: DANIA |
| **Sender Ref** | MK 1265 HADDAD | | |
| **Description** | Shipment | | |
| **Carrier Adj** | | | |

| **BILLING** | LIST PRICE | DISC. PRICE |
|---|---|---|
| Freight | $24.04 | $16.83 |
| Pickup Charge | $3.00 | $3.00 |
| Fuel Surcharge EX | $5.74 | $4.36 |
| 10:30 Service Fee | $3.00 | $3.00 |
| **SUBTOTAL:** | **$35.78** | **$27.19** |

| | | | |
|---|---|---|---|
| **Air Waybill** | 045620634441 | **SENDER** | **RECEIVER** |
| **Pickup Date** | 10/03/2006 | STEVEN M POTTER PC | CHIPPEWA HILLS SCHOOL |
| **Carrier** | DHL | STE 223 | DISTRICT |
| **Service Level** | Overnight | 2701 CAMBRIDGE CT | 3226 ARTHUR RD |
| **Pieces** | 1 | AUBURN HILLS, MI 48326 | REMUS, MI 49340 |
| **Weight** | 2 LB | US | US |
| **Zone** | Zone :2 | Sent by: MISTY 248-377-1 | Attn to: CHERYE |
| **Sender Ref** | MK 1265 HADDAD | | |
| **Description** | Shipment | | |
| **Carrier Adj** | | | |

| **BILLING** | LIST PRICE | DISC. PRICE |
|---|---|---|
| Freight | $20.16 | $14.11 |
| Pickup Charge | $3.00 | $3.00 |
| Fuel Surcharge EX | $4.82 | $3.67 |
| Del Area Fee | $2.10 | $2.10 |
| **SUBTOTAL:** | **$30.08** | **$22.88** |

Thank you for choosing Unishippers!

Please direct billing or customer service inquiries to 248-683-2333.

**UNISHIPPERS**

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE EASTERN

INVOICE NO: 00000773

MAKE CHECKS PAYABLE TO:

Steven M. Potter
Potter, DeAgostino, Campbell
& O'Dea
2701 Cambridge Court, Ste. 223
Auburn Hills, MI 48326

Phone: (248) 377-1700
FAX: (248) 377-0051

spotter@potterlaw.com

CAROL SHELL SAPALA, RMR, FCRR
Federal Official Court Reporter
231 West Lafayette Blvd.
Room 802
Detroit, MI 48226

Phone: (313) 961-7552
FAX: (313) 234-5370
Tax ID: 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
carol_sapsia@mied.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-17-2006 | DATE DELIVERED: 10-17-2006 |

Case Style: 04-74932, Charles Haddad v Indiana Pacers, et al

Excerpts of jury trial proceedings.  One copy of opening statement of
Defense counsel, one copy of testimony of Jermaine O'Neal.
Testimony of Dr. Bradley Sewick, direct examination only ordered daily.

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 55 | 5.50 | 302.50 | 88 | 1.10 | 96.80 | | | | 399.30 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 399.30

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $399.30

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE | DATE 10-17-2006 |

(All previous editions of this form are
cancelled and should be destroyed)

PART 1 (ORIGINAL) - TO PARTY
PART 2 (YELLOW) - TO PARTY FOR RETURN WITH PAYMENT
PART 3 (PINK) - COURT REPORTER
PART 4 (BLUE) - COURT REPORTER SUPERVISOR