

*No fee Paid*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

            Plaintiff,

vs.

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON, Jointly and Severally,

            Defendants.

Civil Action
No. 04-CV74932

Hon. Anna Diggs Taylor
Mag. Judge Donald A. Scheer

_____/

CHARLIE F. HADDAD
*In Pro Per*
9538 East St.
Burt, MI 48417
(989) 770-4863

LAWRENCE G. CAMPBELL (P11553)
BRIAN M. AKKASHIAN (P55544)
RICHARD M. APKARIAN, JR. (P66206)
Dickinson Wright PLLC
Attorneys for Defendant Jermaine O'Neal
500 Woodward Avenue, Suite 4000
Detroit, MI 48226-3425
(313) 223-3500

STEVEN M. POTTER (P33344)
Potter, DeAgostino, Campbell & O'Dea
Attorneys for the Indiana Pacers
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
(248) 377-1700

THOMAS W. CRANMER (P25252)
MATTHEW F. LEITMAN (P48999)
HIDEAKI SANO (P61877)
Miller, Canfield, Paddock & Stone, P.L.C.
Attorneys for Defendant Anthony Johnson
150 West Jefferson, Suite 2500
Detroit, MI 48226
(313) 496-7651

WILLIAM D. TEMKO
JOSEPH YBARRA
Admission Pending
Munger, Tolles & Olson LLP
Co-Counsel for Defendant Jermaine O'Neal
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
(213) 683-9266

## PLAINTIFF'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the case of *Haddad v Indiana Pacers*, No. 04-CV4932, appeals to the United States Court of Appeals for the Sixth Circuit from the

dockets.Justia.com

Order of Judgment entered October 24, 2006 (Exhibit A hereto).

BY: _____
Charles Haddad, in Pro Per
Charlie

**PROOF OF SERVICE**

I certify that on _____, 2006, a copy of the foregoing Notice of Appeal was served upon all attorneys of record in the above-entitled cause of action, at their business locations as disclosed by the pleadings of record herein, via U.S. Mail. I declare under penalty of perjury that the above statement is true to the best of my knowledge, information and belief.

_____

O 450 (Rev. 7/99) Judgment in a Civil Case  **CLOSED** OCTOBER 24, 2006

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| CHARLES HADDAD, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case Number: 04-CV-74932-DT |
| v. | Honorable Anna Diggs Taylor |
| INDIANA PACERS, an assumed name, a/k/a PACERS BASKETBALL CORPORATION, an Indiana Corporation, and JERMAINE O'NEAL, Jointly and Severally, | Magistrate Judge Donald A. Scheer |
| Defendants. | |

■ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED** that the plaintiff take nothing, and that the action be dismissed on the merits.

Pursuant to Rule (77d), FRCivP:
Copies have been served upon counsel
of record via the Court's ECF System to
their respective email addresses disclosed
on the Notice of Electronic Filing.

Dated: October 24, 2006

David Weaver, Clerk of the Court

s/Johnetta M. Curry-Williams
Deputy Clerk