UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Charles Haddad,

            Plaintiff(s),

v.                            Case No. 2:04–cv–74932–ADT–DAS
                          Hon. Anna Diggs Taylor

Indiana Pacers, et al.,

            Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on November 22, 2006.


                                          DAVID J. WEAVER, CLERK OF COURT


                                 By: s/ KGeha
                                      Deputy Clerk

Dated:   November 22, 2006