**Index of Exhibits**

Exhibit A - Defendant's Exhibit QQ, Plaintiff's Itemized Statement of Earnings