```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS            JOB:
VERSION 1984.002 * * *     FOR SSN 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        * * *
```

FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       300 N. GREENE STREET
       BALTIMORE, MARYLAND  21290-0300

RECORDS DEPOSITION SERVICE            NUMBER HOLDER NAME:
                                       CHARLIE F HADDAD
P O BOX 5054

SOUTHFIELD           MI  48086-5054

PERIOD REQUESTED   JANUARY 2001  THRU  DECEMBER 2005

YEAR   JAN - MARCH   APRIL - JUNE   JULY - SEPT   OCT - DEC       TOTAL

EMPLOYER NUMBER:  38-2139720
BURT ENTERPRISES INC
GOOD TIMES MARKET
9538 EAST RD
BURT   MI  48417-2069

2003       -             -              -            -        $   7,000.00
2004       -             -              -            -        $   9,200.00
2005       -             -              -            -        $   6,200.00

THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS SOCIAL SECURITY
NUMBER FOR THE PERIOD(S) REQUESTED.

EARNINGS FOR THE YEARS AFTER  2004 MAY NOT BE SHOWN, OR ONLY
PARTIALLY SHOWN, BECAUSE THEY MAY NOT YET BE ON OUR RECORDS.

                          PAGE 001 END

0001

