UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Charles Haddad

           Plaintiff(s),

v.

Indiana Pacers, Jermaine O'Neal and Anthony Johnson

           Defendant(s).
_____/

Case No. 04-cv-74932

Judge Anna Diggs Taylor

Magistrate Judge Donald A. Scheer

## BILL OF COSTS

On October 24, 2006, a judgment was entered in favor of Defendants Indiana Pacers and Jermaine O'Neal. The prevailing party now requests the clerk to tax the following costs:

| | CATEGORY | AMOUNT REQUESTED | ATTORNEY COMMENTS |
|---|---|---|---|
| A. | Fees of the Clerk (28:1920(1)(28:1923) | | |
| B. | Court Reporter Fees | | |
| C. | Witness Fees | $863.51 | |
| D. | Service Fees | $150.00 | Process Server Fee |
| E. | Printing Fees | | |
| F. | Exemplification & Copy Fees | | |
| G. | Other Costs | $3,746.60 | Deposition Costs |
| | TOTAL | $4,760.11 | |

*I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.*

Date: November 22, 2006

Steven M. Potter

P33344
Potter, DeAgostino, O'Dea & Patterson
2701 Cambridge Court, Suite 223
Auburn Hills, MI 48326
248-377-1700
spotter@potterlaw.com

***On motion served within five (5) days thereafter, the action of the clerk may be reviewed by the court.***

MIED (Rev. 1/20/05) Bill of Costs

Case No. 04-cv-74932

| Name and Residence | Attendance Date(s) Testified | Attendance Total Cost | Subsistence Date(s) | Subsistence Total Cost | Mileage Miles | Mileage Total Cost | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| Sami Khal, 2509 Meadowbrook Dr., Burton, MI 48519 | 10/18/06 | $40.00 | | | 53.4 + $7 parking | $60.40 | $100.40 |
| Ronda Wilson, 1163 Ironwood, Apt. 102, Rochester, MI 48307 | 10/18/06 | $40.00 | | | 69 | $30.71 | $70.71 |
| Tim Smith, 3528 Grove Lane, Auburn Hills, MI 48326 | 10/18/06 | $18.00 | | | | | $18.00 |
| Mary Fielder, 2970 E. Dayton Road, Caro, Mi 48723 | 10/18/06 | $40.00 | | | 180 + $10 parking | $90.00 | $130.00 |
| Cheryl Hahnenberg, 3226 Arthur Road, Remus, MI 49340 | 10/18/06 | $40.00 | | | 348 | $154.86 | $194.86 |
| Dewayne Sabourin, 1338 Hawkcrest, Pontiac, MI 48340 | 10/18/06 | $40.00 | | | 65.3 + $10 parking | $39.10 | $79.10 |
| Michael Dowding, 520 N. Rembrandt Ave., Royal Oak, MI 48067 | 10/18/06 | $18.00 | | | | | $40.00 |
| William M. Leuchter, M.D., 26400 W. Twelve Mile, Suite 170, Southfield, MI 48034 | 10/18/06 | $40.00 | | | 38.70 | $17.22 | $57.22 |
| Robert B. Forney, Jr., 8825 West Bancroft, Toledo, OH 43617 | 10/18/06 | $40.00 | | | 140 + $10 parking | $72.30 | $112.30 |
| Ed Primeau, 2161 Jarman, Troy, MI 48085 | 10/18/06 | $40.00 | | | 47 | $20.92 | $60.92 |
| Totals | | $356.00 | | | | $485.51 | $863.51 |

**The taxation clerk will disallow any expenses that are not itemized and no not have proper supporting documentation.**

## DEPOSITION COSTS

| | | |
|---|---|---|
| 1. | Deposition costs for John Kemerer, D.O.<br>Plaintiff played this deposition into the record on October 12, 2006. | $152.85 |
| 2. | Deposition costs for Bradley Sewick, Ph.D.<br>Defendant used this deposition to impeach this witness on October 13, 2006. | $575.20 |
| 3. | Deposition costs for Alvin Shackelford, Jr.<br>Defendant used this deposition to impeach this witness on October 11, 2006. | $459.70 |
| 4. | Deposition costs for Fouad Haddad<br>Defendant used this deposition to impeach this witness on October 11, 2006. | $119.90 |
| 5. | Deposition costs for Diana Haddad<br>Defendant used this deposition to impeach this witness on October 12, 2006. | $100.10 |
| 6. | Deposition costs for Rose Siadi<br>Defendant used this deposition to impeach this witness on October 12, 2006. | $210.30 |
| 7. | Deposition costs for Frank Haddad<br>Defendant used this deposition to impeach this witness on October 17, 2006. | $210.30 |
| 8. | Deposition costs for Charlie Haddad<br>Defendant used this deposition to impeach this witness on October 13th and 17, 2006. | $1,052.60 |
| 9. | Deposition costs for James Weintraub, D.O.<br>Defendant used the discovery deposition to impeach this witness during his de bene esse deposition that Plaintiff played into the record on October 12, 2006. | $484.95 |
| 10. | Deposition costs for John P. Bederka, Ph.D.<br>Plaintiff played this deposition into the record on October 12, 2006 | $170.40 |
| 11. | Deposition costs for Khawla Haddad<br>Defendant used this deposition to impeach this witness on October 18, 2006. | $210.30 |
| | TOTAL DEPOSITION COSTS: | $3,746.60 |

## SERVICE COSTS

| | | |
|---|---|---|
| 1. | Process server fee for service of trial subpoena on Alvin Shackelford, Jr. Service of Process of Trial Subpoena on 10/8/06 | $150.00 |
| | TOTAL SERVICE COSTS: | $150.00 |

# INVOICE

**CHAPA & GIBLIN**
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POT00
ATT: STEVEN M. POTTER
POTTER, DEAGOSTINO, CAMPBELL,
2701 CAMBRIDGE COURT
SUITE 223
AUBURN HILLS    MI  48326
(248)377-1700

FILE #: CHARLES HADDAD VS. INDIANA PACERS, ETAL

| CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|
| HADDA.POTTER | .0%/ 30 | 00130746 | 10/13/06 |

| DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|
| 10/09/06 | 1WAITI | | 45 | 3.25 | 146.25 |
| 10/09/06 | 1WAITI | | 3 | .20 | .60 |
| 10/09/06 | 1WAITI | 1.00 | | 6.00 | 6.00 |
| 10/10/06 | | | | | .00 |

ACTIVITY/DESCRIPTION:
- COPY ONLY
- DEP. OF JOHN KEMERER, D.O.
- TRANSCRIPT PREPARED ON AN EXPEDITED BASIS.
- PHOTO COPY OF EXHIBITS
- TRANSCRIPT HAS BEEN E-MAILED
- POSTAGE & HANDLING

**INVOICE TOTAL: $152.85**

OCT 23 2006

FEDERAL TAX ID NUMBER 38-1946446
1-800-308-4244
info@chapagiblin.com

← DETACH HERE

**CHAPA & GIBLIN**
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POT00
POTTER, DEAGOSTINO

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10/13/06 | 00130746 |

PLEASE PAY THIS AMOUNT: $152.85



**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 10/16/2006
Ambassador SI Number: 351971

| Claim Number: | 749851 86LIO |
| --- | --- |
| Claimant's Name: | Haddad |
| Invoice Number: | 59317 |
| Case Name: | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 10/3/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
| --- | --- | --- | --- | --- | --- | --- |
| Original and one copy of transcript (member) | BRADLEY SEWICK, PH.D | 10/3/2006 | 10 | 77 @ | $3.30 | $254.10 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | | $17.00 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| Original and one copy of transcript (member) | AFTER HRS. | | 10 | 77 @ | $3.30 | $254.10 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $575.20 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 8/14/2006
Ambassador SI Number: 347667

| Claim Number: | 74985186LIO |
| --- | --- |
| Claimant's Name: | Haddad, Charles |
| Invoice Number: | 59109 |
| Case Name: | HADDAD, CHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 7/24/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
| --- | --- | --- | --- | --- | --- |
| Original and one copy of transcript (member) | ALVIN SHACKELFORD | 7/24/2006 | 10 | 119 @ $3.30 | $392.70 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | $17.00 |
| Misc. | ATTENDANCE 9:00 TO 2:30 | | 10 | 1 | $50.00 |
| | | | | Ambassador Surcharge | 50.00 |
| | | | | Total Due: | $459.70 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)

Michigan, MI
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 7/31/2006
Ambassador SI Number: 346794

| Claim Number: | 749851 86LIO |
| --- | --- |
| Claimant's Name: | Haddad |
| Invoice Number: | 59042 |
| Case Name: | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 7/11/2006 |
| Claim Office: | Michigan, MI |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
| --- | --- | --- | --- | --- | --- | --- |
| Original and one copy of transcript (member) | HADDAD, D. | 7/11/2006 | 10 | 22 @ | $3.30 | $72.60 |
| Original and one copy of transcript (member) | HADDAD, F. | 7/11/2006 | 10 | 28 @ | $3.30 | $92.40 |
| Postage - regular delivery | | | 10 | 1 | | $5.00 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| | | | | Ambassador Surcharge | | $0.00 |
| | | | | Total Due: | | $220.00 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerald

Ambassador Master Invoice Date: 7/7/2006
Ambassador SI Number: 344825

| | |
|---|---|
| Claim Number: | 74985186 |
| Claimant's Name: | Haddad, Charlie |
| Invoice Number: | 20938 |
| Case Name: | HADDAD, CHARLIE vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerald |
| Date of Service: | 5/24/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

### Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
|---|---|---|---|---|---|
| Non-member Originals | HADDAD, KHAWLA & FRANK/SIADI, ROSE | 5/24/2006 | 10 | 1 | $615.90 |
| | | | | Ambassador Surcharge | $15.00 |
| | | | | Total Due: | $630.90 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 4/24/2006
Ambassador SI Number: 338661

| Claim Number: | 74985156 |
| --- | --- |
| Claimant's Name: | Haddad, Charles |
| Invoice Number: | MAR292006 |
| Case Name: | HADDAD, CHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 3/29/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

## Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
| --- | --- | --- | --- | --- | --- |
| Original and one copy of transcript (member) | HADDAD, CHARLIE | 3/29/2006 | 10 | 157 @ $3.65 | $573.05 |
| Appearance Fee | | | 10 | 1 | $50.00 |
| Postage - regular delivery | | | 10 | 1 | $6.15 |
| | | | | Ambassador Surcharge | $0.00 |
| | | | | Total Due: | $629.20 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)
15 Mountain View Rd.
Warren, NJ 07059
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 6/8/2006
Ambassador SI Number: 342221

| Claim Number: | 749851S6LJO |
| --- | --- |
| Claimant's Name: | Haddad, Sharles |
| Invoice Number: | Apr282006 |
| Case Name: | HADDAD, SHARLES vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 4/28/2006 |
| Claim Office: | Warren, NJ 07059 |
| Location of Depo: | MI |

### Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | Totals for Invoice |
| --- | --- | --- | --- | --- | --- |
| Original and one copy of transcript (member) | HADDAD, CHARLIE, VOL II | 4/28/2006 | 10 | 108 @ $3.30 | $356.40 |
| Postage - regular delivery | SHIPPING | | 10 | 1 | $17.00 |
| Appearance Fee | | | 10 | 1 | $50.00 |
| | | | | Ambassador Surcharge | $0.00 |
| | | | | Total Due: | $423.40 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932



**AMBASSADOR LEGAL SERVICES L.L.C.**

Ambassador Legal Services
A Veritext Company
25B Vreeland Road, Suite 301
Florham Park, NJ 07932
Tel: (973) 410-4050   Fax: (973) 410-1315
Federal ID: # 20-3134905

Bill To:
Chubb & Son Standard (WTO)

Michigan, MI
Attn: Ghuzzi Gerard

Ambassador Master Invoice Date: 10/10/2006
Ambassador SI Number: 351828

| Claim Number: | 74985186 |
|---|---|
| Claimant's Name: | Haddad |
| Invoice Number: | 59289 |
| Case Name: | HADDAD vs. INDIANA PACERS |
| Adjuster: | Ghuzzi Gerard |
| Date of Service: | 9/25/2006 |
| Claim Office: | Michigan, MI |
| Location of Depo: | MI |

### Breakdown of charges

| Description of Charges | Deponent | Depo Date | # of Days | Quantity @ Price per page | | Totals for Invoice |
|---|---|---|---|---|---|---|
| Original and one copy of transcript (member) | WEINTRAUB, JAMES | 9/25/2006 | 10 | 59 @ | $3.30 | $194.70 |
| Appearance Fee | | | 10 | 1 | | $50.00 |
| Surcharge (Night, Weekend, Etc) | AFTER HOURS SURCHARGE | | 10 | 59 @ | $0.50 | $29.50 |
| Postage - regular delivery | | | 10 | 1 | | $10.50 |
| | | | | | Ambassador Surcharge | $0.00 |
| | | | | | Total Due: | $284.70 |

Please check payable to:
Ambassador Legal Services
25B Vreeland Road, Florham Park, NJ 07932

**CHAPA & GIBLIN**
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

# INVOICE

ATT: STEVEN M. POTTER
POTTER, DEAGOSTINO, CAMPBELL,
2701 CAMBRIDGE COURT
SUITE 223
AUBURN HILLS      MI  48326
(248) 377-1700

CHARLES HADDAD VS. INDIANA PACERS, ETAL

FILE #:

| NUMBER | CASE NUMBER | TERMS | INVOICE NO. | INVOICE DATE |
|---|---|---|---|---|
| POTT00 | HADDA.POTTER | .0%/30 | 00130747 | 10/13/06 |

| ACTIVITY/DESCRIPTION | DATE | REPORTER | TIME | PAGES | RATE | AMOUNT |
|---|---|---|---|---|---|---|
| ELECTRONIC TRANSCRIPT COPY DEP. OF JAMES WEINTRAUB, D.O. | 10/09/06 | 1PIKUS | | 89 | 2.25 | 200.25 |

**INVOICE TOTAL:  $200.25**

OCT 23 2006

FEDERAL TAX ID NUMBER 38-1946446
1-800-308-4244
info@chapagiblin.com

← DETACH HERE

CHAPA & GIBLIN
GENERAL COURT REPORTERS
40 1/2 EAST FERRY STREET
DETROIT, MICHIGAN 48202
PHONE (313) 961-2288
FAX (313) 961-5240

POTT00
POTTER, DEAGOSTINO

| INVOICE DATE | INVOICE NO. |
|---|---|
| 10/13/06 | 00130747 |

PLEASE PAY THIS AMOUNT: $200.25



**LEGALINK**
A MERRILL COMPANY
230 W Monroe St
Suite 1500
Chicago, IL 60606
tel (312) 263-3524
tel (800) 868-0061
fax (312) 263-3544

# INVOICE

| INVOICE NO. | INVOICE DATE | JOB NUMBER |
|---|---|---|
| 14064424 | 10/12/2006 | 1401-143291 |
| JOB DATE | REPORTER(S) | CASE NUMBER |
| 10/10/2006 | CONNCA | |
| CASE CAPTION ||| 
| Haddad vs. Indiana Pacers, et al ||| 
| TERMS ||| 
| Due upon receipt ||| 

Steven M. Potter
Potter DeAgostino Campbell & O'Dea
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

```
1 CERTIFIED COPY OF TRANSCRIPT OF:
    John P. Bederka, Ph.D.           48 Pages @      3.55/Page        170.40
        E-Delivery                                                      n/c

                                      TOTAL   DUE  >>>>                170.40
```

LegaLink has merged with Merrill Corporation and can now provide you with complete litigation support from discovery to trial.

OCT 23 2006

TAX ID NO.: 20-2665382                                    (248) 377-1700

*Please detach bottom portion and return with payment.*

Steven M. Potter
Potter DeAgostino Campbell & O'Dea
2701 Cambridge Court
Suite 223
Auburn Hills, MI 48326

Invoice No.: 14064424
Date        : 10/12/2006
TOTAL DUE   :    170.40

Job No.  : 1401-143291
Case No. :
Haddad vs. Indiana Pacers, et al

Remit To:  LegaLink, Inc., A Merrill Company
           PO Box 90473
           Chicago, IL 60696-0473

# J CHRIS NEWBERG

1717 EAST 14 MILE
UNIT D
BIRMINGHAM MI 48009
248 789 3789
JCN3870@AOL.COM

OCTOBER 13 2006

RECEIVED
OCT 16 2006

POTTER DEAGOSTINO ODEA & PATTERSON
ATTENTION: MISTY
2701 CAMBRIDE COURT
SUITE 223
AUBURN HILLS MI 48326

| DATE | INVOICE | DESCRIPTION | CLIENT | AMOUNT |
|---|---|---|---|---|
| 10 8 06 | 136 | RUSH SERVE SHACKLEFORD BURT | HADDAD/PACERS | 150.00 |
| 10 13 06 | 137 | RUSH QUINTANILLA OTISVILLE TOLD TO STOP 9 HOURS WAIT (45/HOUR) | HADDAD/PACERS | 405.00 |

| | |
|---|---|
| PREVIOUS FIRM BALANCE | 455.00 |
| NEW CHARGES | 405.00 |
| PLEASE PAY | 860.00 |

Steven M. Potter, Esq  
POTTER, DeAGOSTINO, O'DEA & PATTERSON  
Re: *Charles Haddad v. Pacers Basketball Corporation, Jermaine O'Neal and Anthony Johnson*

RB Forney Invoice: Page two of two  
October 18, 2006

Receipt for parking at Federal District Court, Detroit on October 18, 2006


