## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,
   Plaintiff,

v.

Civil No. 04-74932
Hon. Anna Diggs Taylor

INDIANA PACERS, an assumed name a/k/a
PACERS BASKETBALL CORPORATION, an
Indiana corporation, JERMAINE O'NEAL and
ANTHONY JOHNSON,
   Defendants.

_____/

## NOTICE OF HEARING AND ORDER SETTING BRIEFING SCHEDULE

On November 7, 2006, Defendant Indiana Pacers filed a Motion for Taxation of Costs [Doc. # 92] and Plaintiff filing a Response on November 16, 2006 [Doc. # 94]. On November 27, 2006, Defendant Indiana Pacers' filed a Motion to Require Submission of Settlement Amount from Co-Defendant to Court Pending Resolution of Indiana Pacers' Motion for Taxation of Costs [Doc. # 97].

Now, therefore,

*IT IS ORDERED* that the movants shall attempt to seek concurrence in the above referenced motion, pursuant to Rule 7.1(a) of the Local Rules of the Eastern District of Michigan.

*IT IS FURTHER ORDERED* that parties shall file response and reply briefs with this Court in accordance with Rule 7.1(c) and Rule 7.1(d) of the Local Rules of Eastern District of Michigan.

**Motion to Require Submission of Settlement Amount**

- Plaintiff's Response brief is due December 15, 2006.

- Defendant Indiana Pacer's Reply brief is due December 22, 2006.

If the non-moving party does not file a response to said motion by the date specified above, or obtain from the Court an extension of time within which file said response, the motion may be considered unopposed and the Court may enter an Order granting the relief requested.

*IT IS ALSO ORDERED* that the parties shall appear in **Room 602, U.S. Theodore Levin Courthouse, Detroit, Michigan**, and shall present oral arguments on **Monday, January 22, 2007 @ 10:00 a.m.**

Both the moving party and the party opposing the motion should be prepared to submit to the Court their proposed orders at the conclusion of oral argument.

*If the date for oral argument on this motion follows the dates previously set for either the final pretrial conference or trial, then those dates are hereby adjourned pending the resolution of this motion.*

**IT IS SO ORDERED**.

DATED: December 4, 2006         s/Anna Diggs Taylor
                    ANNA DIGGS TAYLOR
                    UNITED STATES DISTRICT JUDGE

---

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing *Notice of Hearing* was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **December 4, 2006**.

                    s/Johnetta M. Curry-Williams
                   Case Manager: 313-234-5107