# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Charles Haddad

Civil No: 04-cv-74932

*v.*

Judicial Officer: Hon. Anna Diggs Taylor

Indiana Pacers, -et al

_____/

# TAXED BILL OF COST

On **10/24/2006**, a judgment was entered in favor of **defendants**. The prevailing party now requests the clerk to tax the following costs:

|   |   | AMOUNT REQUESTED | AMOUNT ALLOWED | CLERK'S COMMENTS |
|---|---|---|---|---|
| 1 | Fees of the Clerk *(28:1920(1))(28:1923)* | | | |
| 2 | Service Fees | $150.00 | $150.00 | |
| 3 | Court Reporter Fees | $3,746.60 | $3,652.35 | No allowed: Shipping. See Handbook, pg. 5, G, 2, h. |
| 4 | Printing Fees | | | |
| 5 | Witness Fees | $863.51 | $863.51 | |
| 6 | Exemplification & Copy Fees | | | |
| 7 | Deposition Related Costs | | | |
| 8 | Other costs | | | |
|   | **TOTALS** | **$ 4,760.11** | **$ 4,665.86** | |

**After the taxation clerk has taxed costs, counsel for either side may, within five (5) days, file objections.**

Date: December 22, 2006                                      David J. Weaver, Clerk

                                                              s/ L. Behringer
Rev. 8/99                                                     *Deputy Clerk*

Dockets.Justia.com

# Mailing Information for a Case 2:04-cv-74932-ADT-DAS

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Brian M. Akkashian**
  bakkashian@dickinsonwright.com

- **Richard M. Apkarian**
  RApkarian@dickinsonwright.com

- **Lawrence S. Charfoos**
  lcharfoos@c2law.com

- **Thomas W. Cranmer**
  cranmer@millercanfield.com Rouman@millercanfield.com,Christenson@millercanfield.com

- **Matthew F. Leitman**
  Leitman@millercanfield.com Kaszubski@millercanfield.com

- **Rick J. Patterson**
  rjpatterson@potterlaw.com

- **Steven M. Potter**
  spotter@potterlaw.com

- **Hideaki Sano**
  sano@millercanfield.com nychypor@millercanfield.com

- **Jason J. Thompson**
  jthompson@c2law.com swright@c2law.com,bbodner@c2law.com,mjtytran@c2law.com,pacotton