UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

                          Plaintiff,

vs.                                    Civil Action
                                      No. 04-CV74932

INDIANA PACERS, an assumed name, a/k/a
PACERS BASKETBALL CORPORATION, an      Hon. Anna Diggs Taylor
Indiana corporation, JERMAINE O'NEAL and    Mag. Judge Donald A. Scheer
ANTHONY JOHNSON, Jointly and Severally,

         Defendants.
_____/

| | |
|---|---|
| **L.S. CHARFOOS (P11799)** | **THOMAS W. CRANMER (P25252)** |
| **JASON J. THOMPSON (P47184)** | **MATTHEW F. LEITMAN (P48999)** |
| Charfoos & Christensen, P.C | **HIDEAKI SANO (P61877)** |
| Attorneys for Plaintiff | Miller, Canfield, Paddock & Stone, P.L.C. |
| 5510 Woodward Avenue | Attorneys for Defendant Anthony Johnson |
| Detroit, MI 48202 | 150 West Jefferson, Suite 2500 |
| (313) 875-8080 | Detroit, MI 48226 |
| | (313) 496-7651 |
| **LAWRENCE G. CAMPBELL (P11553)** | **WILLIAM D. TEMKO** |
| **BRIAN M. AKKASHIAN (P55544)** | **JOSEPH YBARRA** |
| **RICHARD M. APKARIAN, JR. (P66206)** | Admission Pending |
| Dickinson Wright PLLC | Munger, Tolles & Olson LLP |
| Attorneys for Defendant Jermaine O'Neal | Co-Counsel for Defendant Jermaine O'Neal |
| 500 Woodward Avenue, Suite 4000 | 355 South Grand Avenue, 35th Floor |
| Detroit, MI 48226-3425 | Los Angeles, CA 90071 |
| (313) 223-3500 | (213) 683-9266 |
| **STEVEN M. POTTER (P33344)** | |
| Potter, DeAgostino, Campbell & O'Dea | |
| Attorneys for the Indiana Pacers | |
| 2701 Cambridge Court, Suite 223 | |
| Auburn Hills, MI 48326 | |
| (248) 377-1700 | |

_____/

### *ORDER TO STRIKE AND REMOVE IMAGE*
### *PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY SETTLEMENT SHOULD NOT BE ENFORCED [DOC. #100]*

At a session of said Court held in the
City of Detroit, County of Wayne, State of
Michigan on: <u>December 27, 2006</u>

PRESENT:  HON. ANNA DIGGS TAYLOR
United States District Court Judge

Interested Party, Charfoos & Christensen, P.C. having filed a Motion to Strike Document #101, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Document #100, Motion for Order to Show Cause Why Settlement Should Not be Enforced be stricken from the record, and its image removed.

IT IS FURTHER ORDERED that to protect the confidentiality of the settlement between the parties, Interested Party Charfoos & Christensen, P.C. may re-file said Motion under seal.

DATED:  December 27, 2006                    s/Anna Diggs Taylor
                                              ANNA DIGGS TAYLOR
                                              UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order to Strike was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on December 27, 2006.

                                              s/Johnetta M. Curry-Williams
                                              Case Manager