

1 Page

# SEALED MATTER

CASE NUMBER    04-CV-74932 _____

DEFENDANT NO.    _____

CASE TYPE    _____ CR    X_____ CV    _____ X

_____ MW    _____ PO    _____ MJ

DISTRICT JUDGE    ANNA DIGGS TAYLOR _____

SIGNED BY
JUDICIAL OFFICER  ANNA DIGGS TAYLOR _____

NEW CASE    _____ YES    X_____ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA

## F I L E D

JAN - 8 2007
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN