UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

      Plaintiff,                                 Case No. 04-CV-74932

-vs-                                           Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS    Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

      Defendants.

_____

| | |
|---|---|
| L.S. CHARFOOS (P11799) | Potter, DeAgostino, O'Dea & Patterson |
| JASON J. THOMPSON (P47184) | STEVEN M. POTTER (P33344) |
| Attorneys for Plaintiff | Attorney for Indiana Pacers |
| 5510 Woodward Avenue | 2701 Cambridge Court, Suite 223 |
| Detroit, Michigan 48202 | Auburn Hills, Michigan 48326 |
| (313) 875-8080/FAX 8522 | (248) 377-1700/FAX 0051 |
| | |
| LAWRENCE G. CAMPBELL (P11553) | MATTHEW F. LEITMAN (P48999) |
| BRIAN M. AKKASHIAN (P55544) | HIDEAKI SANO (P61877) |
| RICHARD M. APKARIAN, JR. (P66206) | Attorneys for Anthony Johnson |
| Attorneys for Jermaine O'Neal | 840 West Long Lake Road, Suite 200 |
| 500 Woodward Avenue, Suite 4000 | Troy, Michigan 48098 |
| Detroit, Michigan 48226 | (248) 267-3294/ FAX (248) 879-2001 |
| (313) 223-3500 | |
| | |
| WILLIAM D. TEMKO | |
| JOSEPH YBARRA | |
| Co-Counsel for Jermaine O'Neal | |
| 355 S. Grand Avenue, 35th Floor | |
| Los Angeles, California 90071 | |
| (213) 683-9266 | |

_____

## ORDER TO WITHDRAW MOTION FOR TAXATION OF COSTS

      At a session of said Court, held in the United States
District Court, Eastern District of Michigan, on:
**JANUARY 9, 2007**

      PRESENT: ANNA DIGGS TAYLOR
                        UNITED STATES DISTRICT JUDGE

This matter having come before the Court upon Defendant INDIANA PACERS' Motion for Taxation of Costs [Document #92] and the Court entering a Taxed Bill of Cost [Document #102] on December 22, 2006 and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED that Defendant INDIANA PACERS' Motion for Taxation of Costs [Document #92] is withdrawn.

DATED:  January 9, 2007                             s/Anna Diggs Taylor
                                                    ANNA DIGGS TAYLOR
                                                    UNITED STATES DISTRICT JUDGE

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on **January 9, 2007**.

                                                    s/Johnetta M. Curry-Williams
                                                    Case Manager