UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

        Plaintiff,          CASE NO. 04-74932

-vs-                                  JUDGE TAYLOR

INDIANA PACERS,

        Defendant.
_____/

### NOTICE OF FILING FEE PAID

PAYOR:     FRANK HADDAD FOR CHARLIE HADDAD

AMOUNT:   $455.00

DATE:      1/12/07

RECEIPT NO. 50677FL

Dockets.Justia.com

```
Fri Jan 12 14:35:06 2007

   UNITED STATES DISTRICT COURT

   DETROIT         , MI

Receipt No.   400 50677
Cashier       miller

Check Number:  7233

DO Code    Div No
 4639       4

Sub Acct Type Tender    Amount
1:510000  N     2       150.00
2:086900  N     2       105.00
3:086400  N     2       200.00

Total Amount      $     455.00

CHARLIE HADDAD

APPEAL FILING FEE 04-74932
```