1 Page

# SEALED MATTER

CASE NUMBER　　04-CV-74932

DEFENDANT NO.　　_____

CASE TYPE　　____ CR　　_X_ CV　　____ X

　　　　　　　　____ MW　　____ PO　　____ MJ

DISTRICT JUDGE　　ANNA DIGGS TAYLOR

SIGNED BY
JUDICIAL OFFICER　　ANNA DIGGS TAYLOR

NEW CASE　　____ YES　　_X_ NO

# DOCUMENT PLACED IN VAULT
TIME STAMP IN THIS BLANK AREA

**FILED**

JAN 22 2007
CLERK'S OFFICE
U. S. DISTRICT COURT
EASTERN MICHIGAN

REV. 01/31/05

Dockets.Justia.com