UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CHARLES HADDAD,

    Plaintiff,

vs.

INDIANA PACERS, et al

    Defendants.

Case No. 2:04-cv-74932-ADT-DAS

Hon. Anna Diggs Taylor

## NOTICE OF CHANGE OF ATTORNEY INFORMATION

**To: Attorney Admission Clerk and All Other Parties**

Pursuant to the Electronic Filing Policy and Procedures, please take notice of the following attorney information change(s) for: Jason J. Thompson

**Name:**   From: _____   To: _____

**Law Firm/Government Agency Association:**

    New Law Firm Name: J. Thompson & Associates PLC

**X** I am no longer counsel of record on the above entitled case; please terminate my association to this case.

**Address:** 26000 W. 12 Mile Road, Southfield, MI 48034

**Telephone Number:** 248-436-8448

**Primary E-Mail Address:** jthompson@jta-law.com

**Secondary E-Mail Address:** rtaylor@jta-law.com

Dated: February 2, 2007

Signature: /s/ Jason J. Thompson
Bar No.        P47184
Firm Name:     J. Thompson & Associates PLC
Address:       26000 W. 12 Mile Road
City, State, Zip Code:   Southfield, MI 48034
Telephone No.            248-436-8448
Primary E-mail Address:  jthompson@jta-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on 2-2-07, the foregoing document was electronically filed with the U.S. District Court Clerk using the ECF system, which will send notification of such filing to the following:

BRIAN M. AKKASHIAN
bakkashian@dickinsonwright.com

Richard M. Apkarian
RApkarian@dickinsonwright.com

Lawrence S. Charfoos
lcharfoos@c2law.com

Thomas W. Cranmer
crammer@millercanfield.com

Matthew F. Leitman
Leitman@millercanfield.com

Rick J. Patterson
rjpatterson@potterlaw.com

Steven M. Potter
spotter@potterlaw.com

Hideaki Sano
sano@millercanfield.com

/s/Jason J. Thompson

C:\Documents and Settings\Becky\My Documents\NOC OF ATTORNEY INFO\Haddad.doc