UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,

Case No. 04-CV-74932

-vs-

Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS BASKETBALL CORPORATION, an Indiana corporation, JERMAINE O'NEAL and ANTHONY JOHNSON,

Mag. Judge Donald A. Scheer

    Defendants.

---

| | |
|---|---|
| L.S. CHARFOOS (P11799)<br>JASON J. THOMPSON (P47184)<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br>(313) 875-8080/FAX 8522 | Potter, DeAgostino, O'Dea & Patterson<br>STEVEN M. POTTER (P33344)<br>Attorney for Indiana Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, Michigan 48326<br>(248) 377-1700/FAX 0051 |
| LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN, JR. (P66206)<br>Attorneys for Jermaine O'Neal<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 | MATTHEW F. LEITMAN (P48999)<br>HIDEAKI SANO (P61877)<br>Attorneys for Anthony Johnson<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>(248) 267-3294/ FAX (248) 879-2001 |
| WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Co-Counsel for Jermaine O'Neal<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 | |

---

## ORDER GRANTING MOTION FOR SECURITY FOR COSTS

    At a session of said Court held at the U.S. Courthouse and Federal Building in Detroit, Michigan on <u>January 22, 2007</u>.

PRESENT:    <u>HON. ANNA DIGGS TAYLOR</u>
                       UNITED STATES DISTRICT JUDGE

This matter having come before this court on Motion made by Defendant Indiana Pacers, oral argument having been heard, and the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT Defendant Indiana Pacers' Motion for Security for Costs is granted.

IT IS FURTHER ORDERED THAT the Law Firm of Charfoos & Christensen shall pay to Defendant Indiana Pacers $4,665.86, representing the costs awarded by this Court to Defendant Indiana Pacers, out of the settlement proceeds that are being paid by Defendant Anthony Johnson to Plaintiff Charles Haddad.

IT IS SO ORDERED.

Dated: February 5, 2007

_____
U.S. DISTRICT COURT JUDGE

Approved as to form & content by:

s/J. Douglas Peters (w/consent)
J. DOUGLAS PETERS (P25686)
Attorney for Plaintiff

s/Matthew Leitman (w/consent)
MATTHEW LEITMAN (48999)
Attorney for Defendant Anthony Johnson

s/Steven M. Potter
STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 2, 2007.

s/Johnetta M. Curry-Williams
Case Manager