UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHARLES HADDAD,

    Plaintiff,                                      Case No. 04-CV-74932

-vs-                                                       Hon. ANNA DIGGS TAYLOR

INDIANA PACERS, an assumed name a/k/a PACERS         Mag. Judge Donald A. Scheer
BASKETBALL CORPORATION, an Indiana corporation,
JERMAINE O'NEAL and ANTHONY JOHNSON,

    Defendants.

| | |
|---|---|
| L.S. CHARFOOS (P11799)<br>JASON J. THOMPSON (P47184)<br>Attorneys for Plaintiff<br>5510 Woodward Avenue<br>Detroit, Michigan 48202<br>(313) 875-8080/FAX 8522 | Potter, DeAgostino, O'Dea & Patterson<br>STEVEN M. POTTER (P33344)<br>Attorney for Indiana Pacers<br>2701 Cambridge Court, Suite 223<br>Auburn Hills, Michigan 48326<br>(248) 377-1700/FAX 0051 |
| LAWRENCE G. CAMPBELL (P11553)<br>BRIAN M. AKKASHIAN (P55544)<br>RICHARD M. APKARIAN, JR. (P66206)<br>Attorneys for Jermaine O'Neal<br>500 Woodward Avenue, Suite 4000<br>Detroit, Michigan 48226<br>(313) 223-3500 | MATTHEW F. LEITMAN (P48999)<br>HIDEAKI SANO (P61877)<br>Attorneys for Anthony Johnson<br>840 West Long Lake Road, Suite 200<br>Troy, Michigan 48098<br>(248) 267-3294/ FAX (248) 879-2001 |
| WILLIAM D. TEMKO<br>JOSEPH YBARRA<br>Co-Counsel for Jermaine O'Neal<br>355 S. Grand Avenue, 35th Floor<br>Los Angeles, California 90071<br>(213) 683-9266 | |

## ORDER CONFIRMING AWARD OF COSTS

    At a session of said Court held at the U.S.
Courthouse and Federal Building in Detroit,
Michigan on January 22, 2007.

PRESENT:    HON. ANNA DIGGS TAYLOR
                   UNITED STATES DISTRICT JUDGE

This matter having come before the Court by a recommendation of the Clerk that Defendant Indiana Pacers be awarded $4,665.86 in costs pursuant to USC 28 §1920; and, the Court being fully advised in the premises:

IT IS HEREBY ORDERED THAT the Clerk's award of Costs is confirmed and Defendant Indiana Pacers is awarded costs in the amount of $4,665.86 pursuant to USC 28 §1920.

IT IS SO ORDERED.

Dated: February 5, 2007

U.S. DISTRICT COURT JUDGE

Approved as to form & content by:

s/J. Douglas Peters (w/consent)
J. DOUGLAS PETERS (P25686)
Attorney for Plaintiff

s/Matthew Leitman (w/consent)
MATTHEW LEITMAN (48999)
Attorney for Defendant Anthony Johnson

s/Steven M. Potter
STEVEN M. POTTER (P33344)
Attorney for Defendant Indiana Pacers

---

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing Order was served upon counsel of record via the Court's ECF System to their respective email addresses or First Class U.S. mail disclosed on the Notice of Electronic Filing on February 5, 2007.

s/Johnetta M. Curry-Williams
Case Manager