Case No: 06-2660

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

ORDER



FILED
APR 2 6 2007
LEONARD GREEN, Clerk

04-74932

FILED
MAY - 3 2007
CLERK'S OFFICE
DETROIT

CHARLES HADDAD

    Plaintiff - Appellant

v.

INDIANA PACERS, an assumed name, also known as PACERS BASKETBALL CORPORATION, an Indiana corporation; JERNAINE O'NEAL; ANTHONY JOHNSON, Jointly and Severally

    Defendants - Appellees

Appellant having previously been advised that failure to satisfy certain specified obligations would result in dismissal of the case for want of prosecution and it appearing that the appellant has failed to satisfy the following obligation(s):

The Appellant's Brief was not filed by 4/9/07.

It is therefore **ORDERED** that this cause be, and it hereby is, dismissed for want of prosecution.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Leonard Green, Clerk

Leonard Green /bc

**LEONARD GREEN**
**CLERK**

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

BRYANT CRUTCHER
(513) 564-7013
(FAX) 564-7096
www.ca6.uscourts.gov

Filed: April 26, 2007

Charles Haddad

Steven M. Potter

Brian M. Akkashian

Matthew F. Leitman

F I L E D
MAY - 3 2007
CLERK'S OFFICE
DETROIT

RE: 06-2660
Haddad vs. Indiana Pacers
District Court No. 04-74932

Dear appellant & counsel:

Enclosed is a copy of an order which was entered today in the above-styled case.

Very truly yours,
Leonard Green, Clerk

Bryant Crutcher
Bryant L. Crutcher
Case Manager

Enclosure

cc:
Honorable Anna Diggs Taylor
**Certified copy:**
Mr. David J. Weaver